Reed N. Smith (VA BN 77334)*
Kimberlee Wood Colby (DC BN 358024)*
CENTER FOR LAW & RELIGIOUS FREEDOM
8001 Braddock Road, Suite 302
Springfield, VA 22151
703-642-1070 tel / 703-642-1075 fax
rsmith@clsnet.org / kcolby@clsnet.org

Eric S. Baxter (DC BN 479221)*
Daniel H. Blomberg (DC BN 1032624)*
Nicholas R. Reaves (DC BN 1044454)*
Kayla A. Toney (DC BN 1644219)*
Abigail E. Smith (CA SBN 330347)
THE BECKET FUND FOR RELIGIOUS LIBERTY
1919 Pennsylvania Ave., Suite 400
Washington, DC 20006
202-955-0095 tel / 202-955-0090 fax
ebaxter@becketlaw.org / dblomberg@becketlaw.org
(*admitted *pro hac vice*)

*Attorneys for Plaintiffs*
<*Additional counsel listed below*>

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH SINCLAIR, CHARLOTTE KLARKE, FELLOWSHIP OF CHRISTIAN ATHLETES, an Oklahoma corporation, and FELLOWSHIP OF CHRISTIAN ATHLETES OF PIONEER HIGH SCHOOL, an unincorporated association,<br><br>        Plaintiffs,<br><br>vs.<br><br>SAN JOSE UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, in its official capacity, NANCY ALBARRÁN, in her official and personal capacity, HERBERT ESPIRITU, in his official and personal capacity, PETER GLASSER, in his official and personal capacity, and STEPHEN MCMAHON, in his official and personal capacity,<br><br>        Defendants. | **CASE NO. 5:20-cv-2798**<br><br>**JUDGE: Hon. Lucy H. Koh**<br><br>**THIRD AMENDED COMPLAINT FOR PRELIMINARY INJUNCTION, PERMANENT INJUNCTION, DECLARATORY RELIEF AND DAMAGES**<br><br>**DEMAND FOR JURY TRIAL** |

1

<u>**ADDITIONAL COUNSEL**</u>

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stephen C. Seto (CA SBN 175458)
Steven N.H. Wood (CA SBN 161291)
Christopher J. Schweickert (CA SBN 225942)
SETO WOOD & SCHWEICKERT LLP
1470 Maria Lane, Suite 300
Walnut Creek, CA 94596
925-938-6100 tel / 925-262-2318 fax
sseto@wcjuris.com / cjs@wcjuris.com

*Attorneys for Plaintiffs*

Plaintiffs ELIZABETH SINCLAIR, CHARLOTTE KLARKE, FELLOWSHIP OF CHRISTIAN ATHLETES ("FCA"), and FELLOWSHIP OF CHRISTIAN ATHLETES OF PIONEER HIGH SCHOOL ("Pioneer Student FCA Chapter") (collectively, "Plaintiffs") allege the following against Defendants NANCY ALBARRÁN, in her official and personal capacity, HERBERT ESPIRITU, in his official and personal capacity, PETER GLASSER, in his official and personal capacity, and STEPHEN MCMAHON, in his official and personal capacity, and in support thereof, state as follows:

## PRELIMINARY STATEMENT[1]

1.       Plaintiffs bring this action due to the unlawful and unconstitutional religious discrimination by Defendants, who are officials and employees of the San Jose Unified School District ("the District") who have violated and continue to violate the Equal Access Act ("EAA"), First Amendment, and Fourteenth Amendment.  Acting on behalf of the District, Defendants have revoked recognition of student groups affiliated with FCA, taking away benefits previously enjoyed by the students in those groups and that continue to be enjoyed by other noncurriculum-related student groups, and have knowingly allowed and facilitated harassment of such students, including Elizabeth Sinclair and Charlotte Klarke and students in student groups affiliated with FCA, including the Pioneer Student FCA Chapter, by District faculty and other students because of their religious beliefs and speech.

_____

[1] This Third Amended Complaint is being filed pursuant to the Court's Order Granting in Part and Denying in Part Motion to Dismiss ("Order"), dated January 28, 2021, and conforms to that ruling. The Order granted Plaintiffs leave to amend their First Amended Complaint, but instructed that Plaintiffs must request leave to amend in order to add a party or cause of action.  This Third Amended Complaint is filed pursuant to that instruction. But Plaintiffs are not waiving claims that were made in the First Amended Complaint, including those that were passed on or were ruled upon by the Court in its order of January 28, 2021. Plaintiffs understand the Court's order to dismiss claims of a facial challenge to the District's nondiscrimination policy, but may repeat such pleadings for preservation of error.  If there is an appeal of a final judgment, Plaintiffs may appeal the dismissal of claims made in the First Amended Complaint at that time.

*FCA is an international religious organization that promotes integrity, serving, teamwork, and excellence.*

2.     FCA is an international religious ministry with recognized student groups on hundreds of public university and high school campuses across the country.  Students have organized student FCA chapters at three high school campuses within the District for many years without incident: Pioneer High School ("Pioneer"), Willow Glen High School ("Willow Glen"), and Leland High School ("Leland") (collectively, the "Student FCA Chapters").  The Student FCA Chapters include the Pioneer Student FCA Chapter.

3.     FCA and the Student FCA Chapters invite all students to attend and participate in their meetings.  FCA and the Student FCA Chapters adhere to and express a core set of religious beliefs.  These beliefs are found primarily in the FCA Statement of Faith. The Student FCA Chapters do not require members to agree with FCA's core religious beliefs, but FCA's student leaders serve as representatives of FCA and its beliefs and message and therefore must affirm their agreement with these core religious beliefs and try to live consistent with those beliefs.

4.     FCA has a close relationship with the students who lead its student groups, including the Student FCA Chapters.  FCA's student leaders seek to promote their shared religious beliefs and message on their campuses.  FCA provides training for its student leaders and considers these student leaders to be its representatives.  This relationship is formalized through the student leaders' application to FCA and FCA's approval  of the application.

*The District has revoked recognition of the Student FCA Chapters because of their religious beliefs and speech.*

5.     Defendants have recognized and continue to recognize numerous noncurriculum-related student groups in its secondary schools, each of which triggers the District's duty to comply with the EAA. For example, in the 2019-2020 academic year, over 50 noncurriculum-related student groups were recognized at Pioneer High School alone including, but not limited to, the following: Bachelor Nation; Black Student Union; Chess Club; Communism Club; Dream Club; Dungeons and Dragons Club; Frisbee Club; Gender Sexuality Association; Harry Potter Club; Interact Club; K-Pop Club; Key Club; Latinx Club; Multicultural Club; Pacific Islander Club;

THIRD AMENDED COMPLAINT
CASE NO.: 5:20-cv-2798                                    -4-

Persian Club; PHS Ski and Ride; Ping Pong Club; Politics Club; Shrek Club; Simply Cards; Tetris Club; and The Satanic Temple Club.    (See ¶ 59 for a full list of noncurriculum-related student groups at Pioneer during the 2019-20 academic year.) The Key Club, Interact Club, and Chess Club are classic examples of student groups that automatically trigger the EAA's requirement that a religious student group be recognized. A true and correct copy of the list of student organizations at Pioneer, Leland, and Willow Glen for the 2019-20 academic year is attached as Exhibit A.

6.     Defendants and other District officials continue to grant official recognition to noncurriculum-related student groups.   For example, in the 2020-21 academic year, Pioneer continues to recognize the Interact Club and Key Club.  Defendants continue to deny the members of the Pioneer Student FCA Chapter the official recognition that it enjoyed before Defendants revoked it on or around May 2, 2019.

7.     On April 23, 2019, Peter Glasser, a teacher at Pioneer, posted a copy of an FCA Statement of Faith and a statement of FCA's Sexual Purity Statement, previously used by a different FCA region, in his classroom with the caption, "I am deeply saddened that a club on Pioneer's campus asks its members to affirm these statements.  How do you feel?"  Mr. Glasser's display was intended to and had the effect of disparaging the religious beliefs of FCA and students who share those beliefs.  Student leaders of the Pioneer Student FCA Chapter, including Ms. Klarke, were students in Mr. Glasser's classes at this time.  Ms. Sinclair, as a student at Pioneer, was also exposed to Mr. Glasser's disparaging message.



*Mr. Glasser's Whiteboard*

8.      Despite complaints by leaders of the Pioneer Student FCA Chapter to Mr. Glasser and to Pioneer Principal Herb Espiritu, Mr. Glasser's display remained posted in his classroom for several days.

9.      District officials, including Defendants, not only allowed Mr. Glasser to leave this hostile message posted, but adopted and expanded upon Mr. Glasser's statements.  Despite the Student FCA Chapters having existed on campus for years without incident, no discriminatory statements or acts were attributed to any member of a Student FCA Chapter. Nonetheless, on May 2, 2019, less than two weeks after Mr. Glasser posted his statements, Principal Espiritu informed Ms. Klarke and Ms. Sinclair, as student leaders of the Pioneer Student FCA Chapter, that their student group would no longer be recognized on campus.  Defendants Espiritu, Albarrán, Glasser, and McMahon were each involved in the decision to derecognize the Student FCA Chapters in the District.

10.     Soon afterward, District officials informed FCA student leaders at Leland and Willow Glen that schools in the District would no longer recognize the Student FCA Chapters. Officials at

Willow Glen informed FCA student leaders that the school would recognize their religious student club on the condition they disassociated with FCA.

11.     Defendants have violated and continue to violate the EAA and the First and Fourteenth Amendments through their revocation and continued denial of club recognition and its associated benefits to the Student FCA Chapters and their leaders and members because Defendants disfavor the religious beliefs and speech that the Student FCA Chapters and FCA share.

***The District has allowed and facilitated harassment of FCA students by faculty and other students.***

12.     In addition, Defendants have targeted FCA students, including Ms. Klarke, Ms. Sinclair, the Student Representatives, and the Pioneer Student FCA Chapter for negative treatment due to their disfavor of FCA's religious beliefs and speech.  During the 2018-19 and 2019-20 academic years, Ms. Klarke and Ms. Sinclair were co-presidents of the Pioneer Student FCA Chapter.  Defendants have adopted a practice of allowing and facilitating harassment of students affiliated with FCA.  Shortly after Defendants revoked recognition of the Student FCA Chapters, Mr. Glasser and Principal Espiritu discussed strategies specifically intended to prevent the Student FCA Chapters from existing in the District and deny them their rights to meet. District officials, including Principal Espiritu and Mr. Glasser, have also coordinated with students who oppose FCA's religious beliefs in an effort to prevent the Student FCA Chapters from meeting at all on campus.

13.     Defendants' coordination with students includes working with The Satanic Temple Club, knowing that it was founded by students who are opposed to the Student FCA Chapters' continued presence on campus for the purpose of targeting FCA students because of their religious beliefs and viewpoints.  Mr. Glasser also coordinated with The Satanic Temple Club students about their intention to harass the Student FCA Chapter.

14.     The Satanic Temple Club formed for the first time at Pioneer at the beginning of the 2019-2020 academic year. Defendants granted The Satanic Temple Club's application for recognition while denying the Pioneer Student FCA Chapter's application for recognition.  The Satanic Temple Club's application for recognition as an official student organization at Pioneer

indicates that a primary purpose of the club is to "protest." Similarly, correspondence shows that Defendants knew the purpose of the club was to target FCA students. The Satanic Temple Club asked for permission to gather at the same time as the Pioneer Student FCA Chapter, which the Defendants granted.

15.     Shortly before the first meeting of the Pioneer Student FCA Chapter of the 2019-20 academic year, students affiliated with The Satanic Temple Club publicly announced their intent to demonstrate immediately outside of the Pioneer Student FCA Chapter meetings because of their disagreement with FCA's religious beliefs. Despite requests from the FCA students and their parents to Principal Espiritu to move the demonstration to another location that would not subject FCA students to direct harassment, the District did not do so.

16.     Defendants allowed these demonstrations to occur immediately outside, and at the same time as, the Pioneer Student FCA Chapter's meetings despite Defendants' and other District officials' and employees' expectation that the demonstrations would intimidate and harass the FCA students. Mr. Glasser acknowledged that the situation violated the FCA students' "sense of humanity and safety." Principal Espiritu acknowledged that singling out the FCA students because of their religious beliefs could subject the FCA students to undue harassment. Nonetheless, Defendants made no effort to protect the FCA students from harassment, for example, by requiring the students to keep a certain distance from those walking into the Pioneer Student FCA Chapter's meetings or requiring the protesting students to gather elsewhere or at a different time.

17.     The protesting students' first organized attempt to harass and intimidate FCA students occurred on October 23, when they gathered outside of the Pioneer Student FCA Chapter meeting with signs disparaging the FCA students' religious beliefs, including "HATRED IS NOT A RELIGIOUS BELIEF." The protesting students yelled at the FCA students, including Ms. Klarke and Ms. Sinclair, as they entered their meeting and remained directly outside their meeting space during their meeting. Despite the FCA students' reasonable requests, Defendants not only refused to take any action to mitigate the harassment, but in some instances Principal Espiritu threatened to penalize the FCA students if they did not acquiesce in the protesting students' harassment.

18.     On November 6, 2019, student reporters for the school newspaper entered the Pioneer Student FCA Chapter meeting and took hundreds of pictures of the approximately 20 students attending the meeting. When the FCA students complained to Principal Espiritu, he did nothing to stop or report this harassing and intimidating behavior, despite having a duty to do so. Instead, Principal Espiritu told the FCA student leaders, including Ms. Klarke and Ms. Sinclair, that if they did not allow pictures to be taken during their meetings, they would not be allowed to have their individual pictures in the school yearbook.

19.     On December 4, 2019, faculty at Pioneer encouraged the protesting students to harass the students who were attending the FCA meeting by entering the room during their meeting. School Resource Officer Rick Granado intervened to keep the protesting students from further harassing the FCA students at their meeting.  On information and belief, neither the faculty nor students involved have been disciplined for their harassment of the FCA students before, during, and after their meetings.  Instead, the harassment of FCA students continued unabated during FCA's meetings.

20.     Discrimination against FCA and its students and against the Pioneer Student FCA Chapter by the District and Defendants demonstrates animus towards its religious message.  Not only have Defendants refused to recognize student groups affiliated with FCA, they have openly disparaged FCA's religious beliefs and have allowed and encouraged other students to harass and intimidate FCA students immediately outside of FCA meetings, in violation of its own written policy (but in accord with accepted District practices).

21.     Defendants' actions evince their open hostility toward FCA and its religious values. In June 2019, FCA procured counsel to send correspondence to Principal Espiritu and Willow Glen Principal Tina Vanlaarhoven explaining the EAA and First Amendment requirements that official recognition be restored to the Student FCA Chapters and addressing the District's discriminatory treatment of the Student FCA Chapters.  After receiving no response, the counsel sent similar correspondence to Superintendent Albarrán in July 2019.   In January 2020, Superintendent Albarrán was specifically informed of the District's discriminatory acts and harassment against the Student FCA Chapters and approved the District's continued discrimination and harassment.  No

later than January 2020, Deputy Superintendent McMahon also had notice of the District's discriminatory acts and harassment against the Student FCA Chapters through the correspondence sent to Superintendent Albarrán and did not act against the District's continued discrimination and harassment of students affiliated with FCA. This hostility has led the District and Defendants to target FCA students and student leaders illegally and unconstitutionally for discrimination and harassment.

22.     Defendants have continued and will continue to deny recognition to Student FCA Chapters and target FCA's student representatives for discrimination and harassment without intervention from the Court.  The Court should order the Defendants to restore full recognition to the Student FCA Chapters as required by the EAA and the United States Constitution, and to protect the FCA students from further harassment and intimidation at the hands of District officials, employees, and students, in accordance with the District's policies against harassment and bullying.

## INTRADISTRICT ASSIGNMENT

23.     Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) in that a substantial part of the events or omissions giving rise to the claims alleged in this pleading occurred in the Northern District of California.  Pursuant to Local Rule 3-2, all civil actions which arise in the counties of Santa Clara, Santa Cruz, San Benito or Monterey shall be assigned to the San Jose Division.

## PARTIES AND VENUE

24.     Elizabeth Sinclair is a former student in the District who was a student leader and co-President in the Pioneer Student FCA Chapter.  Ms. Sinclair attended Pioneer from 2016-2020. Ms. Sinclair is domiciled in California.

25.     Charlotte Klarke is a former student in the District who was a student leader and co-President in the Pioneer Student FCA Chapter.  Ms. Klarke attended Pioneer from 2016-2020. Ms. Klarke is domiciled in California.

26.     Elizabeth Sinclair and Charlotte Klarke bring this suit against all Defendants in their personal capacities.

27.     Fellowship of Christian Athletes is a religious nonprofit corporation incorporated in Oklahoma and whose principal place of business is in Missouri.  FCA brings this suit on behalf of itself and its student leaders in the District.   FCA has been recognized by the Internal Revenue Service as an organization described in section 501(c)(3) of the Internal Revenue Code.  FCA brings this suit against all Defendants in their official capacities only.

28.     FCA has a continued presence in the District through student leaders of the Pioneer Student FCA Chapter.  These student leaders serve as volunteer representatives of FCA.  The student leaders of the Pioneer Student FCA Chapter who currently attend and are subject to Defendants' ongoing harassment and discrimination due to their religious beliefs and message include B.W., a minor, and  L.W., a minor (collectively, "the Student Representatives").  The Student Representatives are current students at Pioneer who serve as leaders of the Pioneer Student FCA Chapter to advance FCA's religious beliefs, speech, and values among the Pioneer Student Community.  At all times during the events alleged herein, the Student Representatives were either members or leaders of the Pioneer FCA Student Chapter and subject to the harassment and discrimination alleged herein.

29.     The Pioneer Student FCA Chapter is a student group at Pioneer High School in the San Jose Unified School District.  The Pioneer Student FCA Chapter brings this suit on behalf of its members, who seek official recognition as a student club in the District.  The Pioneer Student FCA Chapter has a current and continued presence through its members at Pioneer, including B.W., a minor, L.W., a minor, and N.M., a minor.  These students are members of the Pioneer Student FCA Chapter and have been and continue to be subject to the derecognition, discrimination, and harassment described herein.

30.     Nancy Albarrán is domiciled in California and is the District's Superintendent and chief executive officer. Ms. Albarrán is sued in her official and personal capacity.

31.     Herbert Espiritu is domiciled in California and the principal of Pioneer High School. Mr. Espiritu is sued in his official and personal capacity.

32.     Peter Glasser is domiciled in California and a teacher at Pioneer High School.  He is sued in his official and personal capacity.

33.     Stephen McMahon is domiciled in California and is the District's Deputy Superintendent.  Mr. McMahon is sued in his official and personal capacity.

34.     All Defendants are persons acting under the color of state law.  42 U.S.C. § 1983.

35.     Defendants are subject to suits for prospective relief in their official capacity under the *Ex parte Young* doctrine. 209 U.S. 123 (1908).

36.     Venue is proper in this court because a substantial part of the events or omissions giving rise to Plaintiffs' claims occurred within the jurisdiction of this Court.  28 U.S.C. § 1391. Additionally, all Defendants are domiciled or located within the Northern District of California.  *Id*.

## JURISDICTION

37.     This court has jurisdiction over this matter because Plaintiffs assert causes of action, including civil rights causes of action, arising under federal statutes and the U.S. Constitution.  28 U.S.C. §§ 1331, 1343.

38.     This court has authority to issue the declaratory and injunctive relief sought herein.  28 U.S.C. §§ 2201 and 2202.

## FACTUAL BACKGROUND

***FCA is an international religious organization.***

39.     FCA was founded in 1954 as an international Christian ministry with the mission "to lead every coach and athlete into a growing relationship with Jesus Christ and His Church." https://www.fca.org/aboutus/who-we-are/vision-mission.

40.     FCA has recognized student organizations on college, high school, and middle school campuses across the country.  Today, FCA has over 14,000 active chapters in 84 countries.  Many of these are on public university and high school campuses across the United States.

41.     FCA's organizational values include "demonstrat[ing] steadfast commitment to Jesus Christ and His Word through Integrity, Serving, Teamwork, and Excellence." https://www.fca.org/aboutus/who-we-are/vision-mission.

42.     FCA imposes no membership requirements on students who participate in  affiliated student groups and welcomes all students to participate.  Similarly, all students enrolled in the Pioneer High School are eligible for membership in the Pioneer Student FCA Chapter.  During the

events alleged herein, all Student FCA Chapters had no requirements for membership beyond that a student be enrolled in the respective school.  With respect to student group leadership, FCA and Student FCA Chapters require only that student leaders agree and live in accordance with their core religious beliefs and religious standards as expressed in the Student Leadership Application.  The student leadership application used for all Student FCA Chapters in the District during the events alleged herein is attached as Exhibit B.  Any student who applies for a leadership position will be considered for leadership.  These leadership restrictions are necessary to ensure that the content of FCA's religious message is maintained at Student FCA Chapter meetings and that FCA's religious mission is carried out by the student leaders at Student FCA Chapter meetings.

43.    FCA's religious mission is signified by its Mission Statement: "To lead every coach and athlete into a growing relationship with Jesus Christ and His Church."  See Exhibit C at 32 (2019-20 Huddle Playbook); *see also* Exhibit D at 39 (2020-21 Huddle Playbook).

44.    FCA is a Christian community led by those who serve FCA's mission as its representatives, including the Student Representatives and other volunteer leaders.  FCA's mission and the association of FCA's representatives, including the Student Representatives, are an exercise and expression of FCA's Christian beliefs. *See* FCA Community Statement, Exh. C at 7; Exh. D at 38.

45.    As part of its ministry, FCA performs charitable works nationwide.  For example, FCA and volunteers invested $250,000 to develop a community center in inner-city Baltimore to provide disadvantaged students a safe place to gather, study, and play. https://www.wmar2news.com/news/region/baltimore-city/new-park-heights-community-center-ties-together-work-and-worship.  FCA gatherings across the country participate in humanitarian causes, such as food banks and Operation Christmas Child, a ministry that provides Christmas gifts to children internationally.

46.    FCA also performs charitable works in the Bay Area.  The Bay Area FCA and its students have been involved in numerous charitable works, including Operation Christmas Child, providing sports camps for underprivileged children in the Bay Area, and distributing sports equipment to underprivileged children in the Dominican Republic and Haiti.

47.    The Pioneer Student FCA Chapter is a student-initiated and student-led group at Pioneer whose purpose is to create a community of students learning about Christ with a common interest in sports.   The members and leaders of the Pioneer Student FCA Chapter, including B.W., L.W., and N.M., seek to have a recognized student group that is affiliated with FCA and promote their shared religious beliefs, message, and values at Pioneer.

***Like many other religious organizations, FCA has a core set of beliefs that it exercises and expresses through community, including its chapter meetings.***

48.    FCA has a statement of faith ("Statement of Faith") that sets forth the core religious beliefs that FCA exercises and expresses as a faith community.   All FCA representatives, including staff, volunteers, and student leaders, are required to affirm the FCA Statement of Faith.   FCA's religious beliefs are comprised of its Statement of Faith and FCA Mission Statement.   In some instances, FCA has created context-specific statements, like the Student Leadership Statement and Sexual Purity Statement, that are rooted in its core religious beliefs.

49.    A true and correct copy of the FCA Statement of Faith is found on page 6 of the FCA Huddle Playbook, attached as Exhibit C.  *See also* Exhibit D at 6.  The Statement of Faith includes core tenets of FCA's religious beliefs.  Each item in the Statement of Faith references biblical passages from which the item is drawn.

50.    For example, the first item in the Statement of Faith is "[w]e believe the Bible to be the only inspired, trustworthy and true, without error, Word of God. (2 Timothy 3:16-17)."

51.    The fifth item in the Statement of Faith is "[w]e believe in the present ministry of the Holy Spirit, who lives within and guides Christians so they are enabled to live godly lives. (John 14:15-26; John 16:5-16; Ephesians 1:13-14)."

52.    The seventh item in the Statement of Faith is "[w]e believe in the spiritual unity of believers in our Lord Jesus Christ, that all believers are members of His body, the Church. (Philippians 2:1-4)."

53.    The eighth item in the FCA Statement of Faith is "[w]e believe God's design for sexual intimacy is to be expressed only within the context of marriage. . . . God instituted marriage between one man and one woman as the foundation of the family and the basic structure of human

society.  For this reason, we believe that marriage is exclusively the union of one man and one woman. (Genesis 2:24; Matthew 19:5-6; Mark 10:6-9; Romans 1:26-27; 1 Corinthians 6:9)."

54.      Student FCA chapters meet regularly to advance the religious mission of FCA to reach others for Christ. One of the primary purposes of these meetings is to transmit and reinforce the religious beliefs of FCA as stated in the FCA Statement of Faith.  FCA's student leaders, including the Student Representatives, are a principal means of transmitting FCA's beliefs and values to the members of its student groups and to the student body as a whole of their respective schools.

55.      Although FCA allows its regional staff to make minor variations in their expression of its Sexual Purity Statement, the Sexual Purity Statement states:

> God desires His children to lead pure lives of holiness.  The Bible teaches that the appropriate place for sexual expression is in the context of a marriage relationship.  The biblical description of marriage is one man and one woman in a lifelong commitment.

> While upholding God's standard of holiness, FCA strongly affirms God's love and redemptive power in the individual who chooses to follow Him.  FCA's desire is to encourage individuals to trust in Jesus and turn away from any impure lifestyle.

*See* Exhibit E.

**The District expresses open hostility to FCA's religious beliefs.**

56.      Prior to the events described herein, the Student FCA Chapters met without incident for years at Pioneer, Willow Glen, and Leland, which are secondary schools within the District that receive federal financial assistance.

57.      All acts by Defendants, employees or officials of the District and its secondary schools as alleged herein were performed under color of law and pursuant to the policies, practice, and customs of the District and its secondary schools or were adopted by a final policymaker for the District or his or her delegate.

58.      During the events alleged herein, Defendants officially recognized noncurriculum-related student groups.  For example, during the 2019-20 academic year, Pioneer recognized approximately 51 noncurriculum-related student groups, each one of which triggers the requirements of the EAA. Leland recognized approximately 70 noncurriculum-related student

groups, and Willow Glen recognized approximately 35 noncurriculum-related student groups, each one of which triggers the requirements of the EAA. Each of these schools continues to recognize noncurriculum-related student groups but not student groups affiliated with FCA.

59. Examples of noncurriculum-related student groups that are recognized at Pioneer while Defendants refuse to recognize the Student FCA Chapter include: Almaden Homework Club (helping elementary students after school); Art Club (celebrating creativity and art); Bachelor Nation (discussing the "Bachelor" television series); Baking Society (raising money for charity); BC2M ("Bring Change to Mind," raising awareness on mental health); Best Buddies (building friendships with those with disabilities); Black and Blue Crew ("amping up crowd" at sports events); Book Club (spreading the joy of reading); BSU ("Black Student Union," bringing black students together); Chess Club (teaching students chess); Communism Club (discussing ideas of Communism); Cycling Club (meeting up with other cyclists); Dream Club (discussing dreams and psychological theories); Dungeons and Dragons (playing "Dungeons and Dragons"); Ecstatic Club (learning new dance skills); Flora and Fauna (spreading awareness on environmental issues); Folklorico (sharing traditional dance with the school); Frisbee Club (playing Frisbee); Gifts for Teens (collecting items for homeless persons); Girls Learn Club (increasing awareness on gender discrimination); Girls Who Code (closing gender gap in tech); Green Team (helping clean up the environment); Gender Sexuality Association (LGBTQ+ advocacy); Harry Potter Club (discussing Harry Potter); Interact Club (international organization service club); K-Pop Club (discussing Korean culture); Key Club (giving back to community through service); Latinx Club (sharing cultural activities); Make a Difference Club (spreading awareness of world problems); Mermaids Club (dancing and exploring self-expression); Multicultural Club (learning about different cultures); Mustangs Handball (playing handball); Noteworthy Notes (expressing musical interest); Pacific Islander Club (discussing Pacific Islander culture); Persian Club (talking about Persian culture); PHS Ski and Ride (going skiing and snowboarding); Ping Pong Club (playing ping pong); Pioneers for Christ (supporting one another learning about Christ); Politics Club (talking about politics); Positive Balance (anti-stress safe space for students); Pre-Med Society (students who are interested in the medical field); Radio Club (allowing students with own radio show); Save our Seas

(fundraising for a business, "4Ocean," which cleans up the oceans); Shrek Club (talking about Shrek and Dreamworks); Simply Cards (playing cards); Smash Club (playing Super Smash Brothers); Spikeball Club (playing spikeball); Sports Medicine club (students interested in sports medicine); Student Action Committee (encouraging activism in a positive way); Tech Deck club (having fun with tech decks); Tetris Club (playing Tetris); UNICEF (fundraising for children); and The Satanic Temple Club (practicing the Seven Tenets of The Satanic Temple).

60.     Pioneer continues to officially recognize noncurriculum-related clubs, including the Key Club, Interact Club, Harry Potter Club, Gender Sexuality Alliance, and Girls Learn International.  Pioneer continues to refuse official recognition to the Pioneer Student FCA Chapter.

61.     On or about April 23, 2019, Peter Glasser, a teacher at Pioneer, used his classroom to express hostility to the religious beliefs of FCA.  On that date, Mr. Glasser put the FCA Statement of Faith and a version of the Sexual Purity Statement on the classroom whiteboard.  Under these statements, Mr. Glasser wrote, "I am deeply saddened that a club on Pioneer's campus asks its members to affirm these statements.  How do you feel?"

62.     Mr. Glasser's statements were specifically aimed at the religious beliefs of FCA and its student leaders, as well as the Pioneer Student FCA Chapter. Some FCA student leaders, including Ms. Klarke, were students in Mr. Glasser's classes when his hostility toward their religious beliefs was displayed on the classroom whiteboard.  Mr. Glasser left this display up in his classroom for several days despite concerns expressed by some of his students, including Ms. Klarke.  Ms. Sinclair was also exposed to these statements as a student at Pioneer.  Mr. Glasser's statements were intended to and had the effect of making students associated with FCA feel like outsiders in their community because of their religious beliefs.

63.     Despite complaints by FCA student leaders and other students to Principal Espiritu and Mr. Glasser about the display and despite the violation of District policies, no District employee or officer required Mr. Glasser to take down his display or disciplined him.  This was because District officials and administrators at the District and Pioneer, including Defendants, share Mr. Glasser's hostility toward FCA's religious views.

*Pioneer and the District adopted and expanded Mr. Glasser's hostile treatment of the FCA students due to their religious beliefs.*

64.     Not only did the District, including Superintendent Albarrán and Principal Espiritu, refuse to discipline Mr. Glasser or order him to take down his display, the District and its officers adopted, both formally and in practice, Mr. Glasser's hostile view toward the religious views of the Student FCA Chapters and their members.  Mr. Glasser coordinated with Principal Espiritu and other District officials to find justifications for the District to revoke recognition of the Student FCA Chapters.

65.     On May 2, 2019, less than two weeks after Mr. Glasser posted his disparagement of FCA's religious beliefs in his classroom, Principal Espiritu told Ms. Klarke and Ms. Sinclair, student leaders of the Pioneer Student FCA Chapter, that FCA would no longer be a recognized student group at Pioneer.  Principal Espiritu presented this decision to the Pioneer Climate Committee which concurred with the decision.  Mr. Glasser participated in the Climate Committee's concurrence.  District officials, including Defendants, made this decision without any prior discussion with the FCA students.  The decision to derecognize FCA was accompanied by a statement that the District "does not sponsor programs and activities with discriminatory practices." Neither Principal Espiritu nor any District official identified any discriminatory practices or acts by the Student FCA Chapters.  At the same time, District officials informed FCA student leaders at Leland and Willow Glen that neither the District nor their respective high schools would recognize their groups.

66.     Defendants' use of FCA's religious beliefs and speech as a cause for derecognition of student groups affiliated with FCA was intended to and had the effect of making Ms. Klarke, Ms. Sinclair, the Student Representatives and other students who share FCA's religious beliefs feel like outsiders in their community because of their religious beliefs.

67.     The denial of recognition results in the loss of numerous benefits associated with recognition, including:  access to faculty advisors; inclusion in the school yearbook; access to Associated Student Body ("ASB") funds and accounts; permission to fundraise through club

activities; and other benefits.  ASB funds are raised by the student body and do not come from tax revenue.

68.     Defendants have targeted the Student FCA Chapters specifically for their religious beliefs.  District officials told students at Willow Glen that they could regain recognition of their religious group by forming a new group not associated with FCA.  District officials told a member of the faculty at Leland that the Leland Student FCA Chapter would not be recognized if it continued to require its leaders to approve the FCA Statement of Faith. The FCA students at Leland were told they would only be approved as an interest group, not as a club. Interest groups do not receive the benefits associated with club recognition, such as access to ASB funds.

69.     Although Defendants recognized that the Student FCA Chapters have a right to campus access under the EAA and other laws, District officials and employees, including at least Mr. Glasser and Principal Espiritu, coordinated to find ways to remove the Student FCA Chapters from the District high schools entirely.

70.     Ms. Sinclair and Ms. Klarke applied for club recognition at Pioneer as a Student FCA Chapter for the 2019-20 school year.  Their application was denied.  Michelle Mayhew, the Pioneer Activities Director, and the ASB president signed the denial of the Pioneer Student FCA Chapter application on orders from Principal Espiritu.  Principal Espiritu and Mr. Glasser specifically took actions to ensure that the Pioneer Student FCA Chapter would not be recognized. Superintendent Albarrán also participated in the decision to derecognize the Student FCA Chapters. This denial is attached as Exhibit F.

71.     L.W. and B.W. applied for club recognition of the Pioneer Student FCA Chapter during the 2020-21 school year.   The Pioneer Student FCA Chapter meets all stated requirements for recognition provided when Pioneer renewed student club activity in or around September 2020. Although Defendants have allowed the Pioneer Student FCA Chapter to participate in club rush and hold meetings, the District and Defendants refuse to recognize the Pioneer Student FCA Chapter as an officially recognized student group while continuing to offer official recognition to other noncurriculum-related student groups.

72.     Since this litigation began, District officials have begun to claim that officially recognized student groups must now submit a newly created ASB Affirmation Form.  This form contains various provisions, including nondiscrimination provisions, that Defendants contend the Student FCA Chapters violate because of the requirement that their leaders agree with FCA's religious beliefs.  Because the District and Defendants have taken the position that a Student FCA Chapter's requirement that its student leaders agree with its religious beliefs violates the District's nondiscrimination policy, the student leaders of the Student FCA Chapter at Pioneer cannot in good faith certify their compliance with the District's nondiscrimination policy or sign the ASB Affirmation Form without altering the religious beliefs, speech, and content of their group's message and its meetings.

73.     Pursuant to District BP 3452, the principal of each school, including Principal Espiritu, is delegated responsibility for the distribution of club funds.  Pursuant to District policies, Defendants Albarrán and Espiritu have authority to recognize student groups and participated in the decision to derecognize the Student FCA Chapters. Deputy Superintendent McMahon also has been delegated authority over the recognition of student groups and directly participated in or enforced the decision to derecognize the Student FCA Chapters.  Mr. Glasser also approved the derecognition of the  Student FCA Chapter at Pioneer through his role in the Pioneer Climate Committee.

74.     The Student FCA Chapters were recognized student groups for a number of years and continue to meet all criteria to be a recognized student group. Defendants derecognized the Student FCA Chapters because of the content and viewpoint of their religious beliefs and speech. Because the Student FCA Chapters are not recognized as student clubs by the District, they have been denied and continue to be denied the previously identified benefits granted to recognized student clubs.

***The District has approved of and facilitated attempts to harass and intimidate FCA students.***

75.     Not only have Defendants  and other District officials revoked and denied recognition to the Student FCA Chapters, Defendants have approved and facilitated harassment of FCA

---

THIRD AMENDED COMPLAINT
CASE NO.: 5:20-cv-2798                                   -20-

students, including Ms. Klarke, Ms. Sinclair, and the Student Representatives, by faculty and other students due to Plaintiffs' religious beliefs and message.

76.     By way of example, District BP 3515.2 specifies that the "Superintendent or designee shall provide for the prompt removal from school premises of any individual who disrupts or threatens to disrupt normal school operations, threatens the health and safety of students or staff, or causes property damage."

77.     Similarly, California Educational Code § 48900(r)(1) defines bullying as "any severe or pervasive physical or verbal act or conduct . . . that has or can be reasonably predicted to have the effect of one or more of the following: (d) causing a reasonable pupil to experience substantial interference with his or her ability to participate in or benefit from the services, activities, or privileges provided by a school."

78.     Despite these policies, Defendants and other District officials have harassed and bullied or allowed faculty and students to harass and bully the students wishing to attend the Pioneer Student FCA Chapter meetings, before, during, and after their meetings.  District officials and Defendants understood that the planned harassment would likely intimidate the FCA students. Ms. Klarke and Ms. Sinclair expressed concerns to Principal Espiritu. These concerns were also expressed in letters written by legal counsel for FCA to Principal Espiritu.

79.     Following the District's decision to revoke its recognition of the Student FCA Chapters, Principal Espiritu spoke with students opposed to FCA about their concern over FCA continuing to meet at Pioneer even as an unrecognized student group. At least some of these students subsequently formed The Satanic Temple Club at Pioneer. The District approved recognition of The Satanic Temple Club and granted its request to meet at the same time as the derecognized Student FCA Chapter met at Pioneer despite knowing that these students were planning to protest against the FCA students' meetings.

80.     Principal Espiritu and other District officials, including Superintendent Albarrán, have allowed some Pioneer students to harass and intimidate the FCA students with impunity. On September 16, 2019, students associated with The Satanic Temple Club passed out flyers announcing the intent to gather directly outside of the meeting space for the Pioneer Student FCA

Chapter's meeting in order to denounce the FCA students' religious beliefs.   When Principal Espiritu was asked to intervene to prevent harassment of the FCA students, he initially indicated that any demonstrations would be moved to an area away from the FCA meetings, but ultimately refused to take any preventative actions.

81.   District officials expected these protests to intimidate and harass FCA students.  Mr. Glasser and Principal Espiritu each understood that singling out the Student FCA Chapters would subject FCA students to harassment.  Nonetheless, the Defendants took no effort to prevent or mitigate the harassment, for example, by maintaining a buffer zone between the hostile protesting students and those students attending the FCA meetings.

82.   On October 23, 2019, Pioneer students attempted to harass, intimidate, and prevent the Pioneer Student FCA Chapter students from meeting.  District officials, including Principal Espiritu, were aware of the students' plans but did nothing to inform the FCA student leaders or to stop the students' harassing and intimidating behavior. The protesting students yelled at the FCA students as they were entering their meeting and held signs disparaging their religious beliefs. District officials knew such harassment would likely deter some Pioneer students from participating in FCA meetings but allowed the harassment and intimidation to proceed.

83.   On November 6, 2019, student reporters from the school newspaper, *The Pony Express*, which has published editorials vilifying the Student FCA Chapters' religious beliefs, entered the  Pioneer Student FCA Chapter meeting in a manner calculated to harass and intimidate the FCA students.  In the thirty-minute meeting, the school newspaper's reporters took more than 300 pictures, standing only a few feet from, and putting the camera into, the face of each student as he or she spoke.  When the Pioneer administration received complaints about the student reporters' behavior, Principal Espiritu told FCA students that they would have no presence in the yearbook, including their own individual photos, if they did not allow the students acting on behalf of the school newspaper to take pictures at the FCA students' meetings.

84.   On December 4, 2019, protesting students, including members of The Satanic Temple Club, with the knowledge and approval of District officials, attempted to harass the FCA students by intruding into the classroom while they were meeting.  At least one member of the faculty was

actively involved in this harassment and encouraged students to enter the meeting.  Only the intervention of the school resource officer prevented further harassment.

85.     Though the intruding students were prohibited from entering due to the officer's actions, they and faculty remained outside of the meeting room with the intent to harass and bully the FCA students from holding or attending future meetings. This attempt caused emotional distress for Ms. Klarke and Ms. Sinclair, who as student leaders of the Pioneer Student FCA Chapter, were present at each of these meetings and subject to the harassment described herein. Other members of the Pioneer Student FCA Chapter, including L.W., B.W., and N.M. were also subject to these protests.

86.     In February 2020, Assistant Principal Amy Hanna threatened to punish Ms. Sinclair and Ms. Klarke and other FCA students at Pioneer for taking pictures of students harassing them, despite also telling the FCA students that they would be punished for refusing to be photographed by students harassing them.

87.     Although specific incidents are described here in detail, similar harassment of students in the  Pioneer Student FCA Chapter, which includes Ms. Sinclair, Ms. Klarke, and the Student Representatives occurred nearly every FCA meeting.  Although protests have temporarily subsided because in-person meetings have been suspended, FCA, the Student Representatives, and the Pioneer Student FCA Chapter have a reasonable expectation that such protests will resume when in-person classes resume, at least in part because of the encouragement of student protests by faculty and staff and the harassment as described herein.

88.     Unfortunately, FCA students have not only been harassed by other students.  Faculty within the District, including Defendants, have also openly disparaged their religious beliefs and participated in the harassment of the Student FCA Chapters.

89.     As previously noted, Mr. Glasser wrote remarks disparaging FCA's religious beliefs on the whiteboard in his classroom and then left them there for several days. Mr. Glasser encouraged Pioneer students to pursue derecognition of the Student FCA Chapter and denial of its application to be a recognized student group in the 2019-2020 academic year. When a Stanford athlete came to speak to the Pioneer Student FCA Chapter on September 25, 2019, Mr. Glasser met

the athlete at the desk where outside visitors sign-in and attempted to dissuade him from speaking to the Student FCA Chapter, calling FCA a discriminatory group.

90.     In addition, Chanel Sulc, a teacher at Pioneer, has encouraged and participated in demonstrations aimed at disparaging FCA's religious beliefs and harassing the FCA students before, during, and after their meetings.  The teacher also actively encouraged students to harass the FCA students as they entered, attended, and left their meetings.

91.     The actions of students and faculty hostile to FCA, as described above, at a minimum, were reasonably predicted to harass, intimidate, and bully the FCA students from meeting at Pioneer.  In contrast, Principal Espiritu and Mr. Glasser noted that Ms. Klarke and Ms. Sinclair acted maturely with respect to the District's disparagement of their religious beliefs.

92.     Nonetheless, on information and belief, Defendants have taken no action to discipline any student or faculty member for their attempts to harass and intimidate the students who wish to participate in the FCA students' meetings.

***The District Recognizes One or More Noncurriculum-Related Student Groups that Trigger the Requirements of the Equal Access Act.***

93.     Pioneer, Willow Glen, and Leland are public secondary schools that receive federal financial assistance and maintain a limited open forum for noncurriculum-related student groups to meet. These schools are subject to the authority and control of the District.

94.     Pioneer, Willow Glen, and Leland recognize numerous noncurriculum-related student groups and allow them to meet.  Pioneer has recognized over 50 noncurriculum-related student groups, including Key Club, Interact Club, and Chess Club, which are quintessential groups that trigger the EAA's requirement that a religious student group be recognized and given the benefits afforded other noncurriculum-related student groups meeting at the school.  The recognized noncurriculum-related student groups at Pioneer are listed in ¶ 59.

95.     Leland has recognized approximately 70 noncurriculum-related student groups, including Chess Club, Gender Sexuality Alliance/Gay Straight Alliance, and Key Club, which are quintessential groups that trigger the EAA's requirement that a religious student group be recognized and given the benefits afforded other noncurriculum-related student groups meeting at

the school.  Leland continues to recognize numerous noncurriculum-related clubs, including the Gender-Sexuality Alliance and Key Club.

96.     Examples of noncurriculum-related student groups that the District has recognized at Leland while denying recognition to Student FCA Chapters include:  2050 (fundraising for the Environmental Defense Fund); 4K Dance (focusing on K-Pop); Acts of Random Kindness (performing random acts of kindness); Advocates for Disabled Adolescents through Projects and Toys ("ADAPT") (learning about genetic diseases and fundraising for a children's hospital); AI Club (teaching AI technology); Amnesty International Club (writing letters and petitions about human rights); Anime Club (spreading appreciation for Japanese culture); Art Club (participating in fun art-related activities); Aviation Club (learning about aviation); Bare Necessities (collecting hygiene products for homeless shelters); Bioinformatics Club (exploring biology and computer science); Black Student Union (students of color sharing their school experiences); Bridge Club (playing bridge); Calligraphy Club (lettering and calligraphy); CAN Club (assisting local food bank); Card Games Club (playing card games); Charger Pals (building relationships with special needs students); Chargers for the Cure (promoting healthy living); Chess Club (playing chess); Cinema Club (discussing American film); Code-matics Club (exploring math and computer science); Codementary (gathering passionate coders); Creation Club (making unconventional art); Economics Club (discussing economics); Entourage (student cheering section); Future Business Leaders of America (preparing for business careers); Finance Club (educating about personal and global economies); Game Club (playing games); Game Design and Programming Club (developing games); Games Club of Leland (playing games); Gaming to Give (raising money for non-profits); Girls Who Code (closing the gender gap in engineering); Glee Club (performing music); Gender Sexuality Alliance/Gay Straight Alliance ("GSA") (discussing LGBTQ+ history and personal and social issues); Handcrafted Club (crafting); Helping Hands (fundraising for Iranian orphanages); Hockey Club (discussing hockey); Indian Heritage Club (promoting Indian culture); International Club (exploring different cultures); Journey Around the World (fundraising for Cambodian school); Key Club (providing service, building character, and developing leadership); Ladki Love (fundraising for Indian children's education); Leland American Red Cross (teaching community

disaster preparedness); Leland Bring Change to Mind ("BC2M") (ending stigma around mental health); Leland Girl Up (fundraising for girls' education in third world countries); Leland Junior State of America (discussing politics); Leland Medical Club (pursuing medical careers); Leland Oceanic Preservation Club (educating about the oceans); Leland Robotics 604 (competing in robotics competitions); Leland STEM Club (inspiring younger students); Leland Women (creating empowered women on campus); Linguistics Club (informing about linguistics); Liberty in North Korea ("LINK") (fundraising for North Korean refugees); Machine Learning and Hackathon Club (teaching basic algorithms); Make A Wish (fundraising for the Make A Wish Foundation); Math Club (participating in extracurricular math competitions); Meditation and Stress-Reduction Club (practicing stress-reduction); Model United Nations (preparing for model UN conferences); Music Club (playing music and performing community service); National Honor Society (recognizing students for scholarship, character, leadership, and service); Origami Club (folding origami); Physics Club (preparing for physics competitions and tutoring other students); Podcast Club (producing podcasts); Psychology and Neuroscience Club (exploring psychology and neuroscience); Quiz Bowl (playing trivia); Save the Children (fundraising and petitioning for national organization); Senior Women (helping persons in need in the community); Students for the Environment (hosting environmental community service projects); Students Rebuild (combining art and philanthropy to make a difference in the community and globally); Table Tennis (playing table tennis); and Youth Conservative Forum (exposing students to conservative ideas).

97.     Willow Glen has recognized over 30 noncurriculum-related student groups while the District has refused to recognize the Student FCA Chapters, including Democratic Socialists of America, Key Club, and Interact Club, which are quintessential groups that trigger the EAA's requirement that a religious student group be recognized and given the benefits afforded other noncurriculum-related student groups meeting at the school. Willow Glen continues to recognize noncurriculum-related student groups, including Key Club and Interact Club.

98.     Examples of noncurriculum-related student groups that the District recognized at Willow Glen during the 2019-20 academic year include:  Anime Club; Art Club; Black Student Body; Book Club; Buddies Club; Christian Club; Clean Wave Club; Democratic Socialists of

America; Doki Literature Club (video game); Drama Club; Dubs Only (spirit club); FIDM Club ("Fashion Institute of Design and Merchandising Fashion Club"); Fighting Game Club; Film Club; French Club; Frisbee Club; Hack Club; Hacky Sack Club (playing footbag game); Hiking Club; Ice Hockey; Interact; Invisible Issues Club; Jewish Culture Club; Key Club; Latino Club and Dreamers; Model United Nations Club; National Honor Society; Plus Club; Recycling Club; Robotics Club; Showcase Club; Spikeball Club; Tabletop Club; The Environmental Protection Club; Thespian Club; and True Crime Club.

99.     Club recognition and its benefits also create a limited public forum available to students. *See Prince v. Jacoby*, 303 F.3d 1074, 1090-91 (9th Cir. 2002). Defendants and other District officials have denied and continue to deny recognition and its associated benefits to the Student FCA Chapters in clear violation of the EAA and First Amendment.

**The District recognizes student groups that trigger the FCA students' First Amendment right to meet to express their religious viewpoints.**

100.     Defendants and other District officials recognize noncurriculum-related student groups at Pioneer, Willow Glen, Leland, and other public secondary schools within the District that trigger the EAA's requirement that the District recognize the Student FCA Chapters. Many of these same student groups are organized for purposes of discussing certain viewpoints that separately and independently trigger the FCA students' constitutional right to meet. Defendants coordinated to revoke recognition of the Student FCA Chapters because they hope to stifle viewpoints espoused by the Student FCA Chapters.

101.     For example, the District has recognized other student groups that discuss religious or atheistic ideas and values, including The Satanic Temple Club, Pioneers for Christ, and Communism Club at Pioneer, the Muslim Club and Shekinah Christian Club at Leland, and the Jewish Cultural Club and Christian Club at Willow Glen. The District continues to recognize such clubs, including the Shekinah Christian Club. The Student FCA Chapters discuss religious ideas and values from a specific religious viewpoint.

102.     The District recognizes student groups that discuss issues regarding sexuality, such as the Gender Sexuality Association (Pioneer), Gay Straight Alliance (Leland), and Sexuality and

Gender Acceptance Club (Willow Glen).  The District continues to recognize these student groups. The Student FCA Chapters discuss issues regarding sexuality from a specific religious viewpoint.

103.    The District recognizes numerous student groups that discuss ways to serve others in the community, including but not limited to: Almaden Homework Club (tutoring elementary students); Baking Society (fundraising for charity); BC2M (raising awareness regarding mental health); Best Buddies (friendships with persons with disabilities); Castillero Math Tutoring (tutoring middle school students); Gifts for Teens (collecting items for homeless persons); Green Team (cleaning up the environment); Interact Club (an international service club); Key Club (giving back to the community through service); Make a Difference Club (spreading awareness of world problems); Positive Balance (providing an anti-stress, safe space for students); Save our Seas (fundraising for ocean clean-up); Student Action Committee (encouraging activism in a positive way); and UNICEF (fundraising for children).  Defendants continue to officially recognize such groups as BC2M, Best Buddies, and Interact Club.   The Student FCA Chapters discuss issues regarding how to serve others and their community from a specific religious viewpoint.

104.    The District recognizes student groups that are based on the specific identity promoted by those groups, including: BSU (Black Student Union); Girls Learn Club (increasing awareness on gender discrimination); Girls Who Code (closing gender gap in tech); K-Pop Club (discussing Korean culture); Latinx Club (sharing cultural activities); Pacific Islander Club (discussing Pacific Islander culture); and Persian Club (talking about Persian culture). Defendants continue to officially recognize these groups, including the Girls Learn Club, Girls Who Code, and the Pacific Islander Club.  The Student FCA Chapters discuss issues of identity and affinity from a religious viewpoint.

105.    The District recognizes student groups that meet to discuss books they have read, such as the Book Club, which exists to spread the joy of reading, and Harry Potter Club, which meets to discuss the Harry Potter book series. Defendants continue to recognize the Book Club and Harry Potter Club.  Student FCA Chapters encourage students to read and discuss the Bible, the best-selling book of all time, from a religious viewpoint.

106.    To the extent that Defendants rely on the District's nondiscrimination policy, such reliance is pretextual. The District does not apply its nondiscrimination policies uniformly. The District recognizes, supports, and even sponsors student groups and activities that deny membership or leadership opportunities on the basis of students' belonging to enumerated classes.  For example, the District and Pioneer sponsor and support numerous single-sex athletic teams.  For example, Pioneer has Boys' Wrestling teams, separate Girls' & Boys' Basketball teams, and Girls' Softball teams. On information and belief, these teams discriminate on the basis of sex and gender identity. Additionally, these exceptions are determined on an individualized basis.   The policy is unconstitutional and violates the EAA as applied to Plaintiffs.

107.    Similarly, District officials, including Defendants Espiritu, Albarrán, and McMahon, have approved applications for numerous noncurriculum-related student groups that have expressed gender, religious, or racial membership or leadership requirements in their applications. For example, Pioneer has recognized the "Big Sister/Little Sister" club, whose purpose is to "help freshmen learn the school better and get advice from senior girls."  Similarly, the Black Student Union's purpose is "to bring black students together to strive for academic excellence and promote positive images and defy stereotypes and to bring more cultural and social events for black students to Pioneer."  These exemptions are made on an individualized basis. Defendants continue to discriminate against the Pioneer Student FCA Chapter and the Student Representatives because of the religious content and viewpoint of their message.

108.    On information and belief, Defendants and other officials within the District have advocated to officials in other school districts that they not recognize FCA because of its religious beliefs.

109.    Defendants' actions, including their refusal to recognize the Student FCA Chapters and their approval and acceding to student and faculty harassment toward FCA and its students, have caused emotional distress to Ms. Sinclair and Ms. Klarke.

110.    Defendants' actions have frustrated FCA's mission of reaching athletes and other students and promoting FCA's religious beliefs, speech, and values.  Defendants' derecognition of the Pioneer Student FCA Chapter and other Student FCA Chapters in the District are intended to

and have the effect of stigmatizing FCA's religious beliefs, speech, and values.  By stigmatizing FCA's religious beliefs, speech, and values, Defendants frustrate FCA's mission of promoting its religious beliefs, speech, and values to athletes and other students.  These actions further frustrate FCA's mission by making students and athletes less likely to start or maintain a student-led FCA Chapter at their school.  Because of Defendants' actions, the Student FCA Chapters at Leland and Willow Glen have ceased meeting.  By denying benefits to Student FCA Chapters because of the content and viewpoint of their religious speech and message and agreement with FCA's religious beliefs, speech, and values, Defendants discourage students from attending meetings and events held by Student FCA Chapters.

111.    Furthermore, Defendants' actions have made, and can reasonably be predicted to make, students feel unsafe attending meetings and events held by the Student FCA Chapter. Students who may otherwise attend meetings would reasonably be deterred by the harassment and intimidation that Defendants have consciously allowed and encouraged.  This deterrence frustrates the religious mission of FCA, its Student Representatives, and the Pioneer Student FCA Chapter.

112.    Additionally, Defendants' actions frustrate FCA's purposes by denying the Student FCA Chapters benefits on the basis of leadership criteria.  This denial of benefits impedes the religious message of FCA, its Student Representatives, and the Pioneer Student FCA Chapter by forcing them to choose between foregoing generally available benefits or giving up leadership criteria necessary to protect the religious beliefs and message of those student-led groups with whom it affiliates.

113.    Defendants' actions have caused FCA to divert resources from its core mission of promoting its Christian values and leading students into a growing relationship with Jesus Christ. For example, Rigo Lopez, FCA's Metro Director for the Bay Area has spent time that he would otherwise use to provide ministry outreach and support to other Student FCA Chapters within the Bay Area to  ensure the safety and raise the morale of the students who attend the Pioneer Student FCA Chapter.  Additionally, Mr. Lopez has had to more frequently attend meetings of the Pioneer Student FCA Chapter in order to protect the students from harassment and intimidation.  He would otherwise spend this time on other ministry advancing tasks, such as supporting other student

groups, training new staff, raising financial resources, developing relationships with guest speakers, or in preparation for supporting other FCA ministry objectives. *See Pac. Shores Properties, LLC v. City of Newport Beach*, 730 F.3d 1142, 166-67 (9th Cir. 2013) ("Diverted staff time is a compensable injury.").

114.    Mr. Lopez has had to divert his time and resources interacting with numerous officials at the District, including Principal Espiritu.  Mr. Lopez also has had to spend time monitoring, documenting and reporting the treatment of the students at Pioneer by Defendants, faculty, and students at Pioneer.  This is additional time he has had to divert from ministry tasks.

115.    Additionally, senior leaders of FCA have had to divert time and resources from their regular duties to address and mitigate Defendants' unlawful actions.

116.    FCA has also diverted resources by hiring and paying attorneys to prepare and send correspondence to school officials in an attempt to educate these officials about the rights of students to affiliate with FCA and to promote FCA's religious beliefs, speech, and values under the EAA and the First Amendment.  FCA later paid attorneys to prepare correspondence regarding the planned protests of FCA students and the District's acquiescence in the harassment of FCA Students.  FCA has further diverted resources to educate its student leaders, including the Student Representatives, Ms. Sinclair, and Ms. Klarke of their legal rights under the EAA and the First Amendment. This frustration of mission and the diversion of Mr. Lopez's time and other FCA resources are ongoing as Defendants discrimination against and harassment of FCA students continues.

***FCA student leaders lead religious activities at their meetings and express the group's religious message.***

117.    Students interested in becoming FCA student leaders submit a student leadership application.  These student leadership applications are based on FCA's model student leadership application, although minor variations may be made by FCA regional staffs.  All schools in the District and their Student FCA Chapters are within the ministry of the Bay Area FCA.   The Bay Area FCA Student Leader Application includes the FCA Statement of Faith and FCA Student Leadership Statement.  It also references FCA's Sexual Purity Statement.  These statements lay out

the core religious beliefs of FCA and the qualifications expected of student leaders.  A true and correct copy of the Bay Area student leadership application is attached as Exhibit B.   Ms. Sinclair, Ms. Klarke, and each of the Student Representatives have submitted this student leadership application to FCA.

118.    FCA's student leaders and FCA share a personal stake in the outcome of this matter. FCA's student leaders, including the Student Representatives, agree to affiliate with FCA and fill out a student leadership application asking FCA to approve them as its representatives.  The Student Representatives and FCA share FCA's core religious beliefs and mission of 1) seeing all people, with an emphasis on athletes and those with an interest in athletics, develop a personal relationship with Christ and 2) promoting FCA's religious beliefs, speech, and values.  The Pioneer Student FCA Chapter also seeks to share and promote these religious beliefs and message.

119.    FCA's student leaders choose to represent FCA through their participation in and leadership of student FCA groups throughout the country and signify that association through their completion of a student leadership application.  FCA similarly associates with its student leaders by approving their applications, holding them out as its representatives, affiliating with their student-led groups,  and providing them support and training, including FCA materials and access to FCA's ministry staff.  FCA student leaders help to create and run student groups affiliated with FCA and spread FCA's religious message.

120.    In addition to asking whether student leadership applicants agree with the Statement of Faith, the Bay Area FCA student leadership application asks applicants to include relevant information about their Christian faith, including when they first believed in Jesus, what it means to be a Christian, and why people go to Heaven.

121.    Each student leadership application asks whether the student agrees to conform to FCA's Student Leadership Statement, which sets out requirements that student leaders are expected to fulfill and states that student leaders are expected to conduct themselves according to a higher standard.  The Student Leadership Statement provides as follows:

> Just as "captains" are held to a higher standard for their team, FCA Student Leaders are held to a higher standard of biblical lifestyle and conduct. God desires all of His people, especially leaders, to pursue His

standards of holiness through their conduct and obedience. Paul the Apostle instructed young Timothy to live similarly in 1 Timothy 4:12 (NLT): "Do not let anyone think less of you because you are young. Be an example to all believers in what you say, in the way you live, in your love, your faith, and your purity."

FCA Student Leaders are not always perfect examples, but they do their best to live and conduct themselves in accordance with biblical values and instruction in order to glorify God. If there are questions about what God says regarding how we live, love, or live sexually pure lives, FCA encourages student leaders to look to the Bible as their Playbook and speak to a FCA Adult Volunteer or Staff member if there are further questions.

Exhibit B.

122.    The Bay Area FCA student leadership application further states that "Each FCA representatives [*sic*] shall affirm their agreement with FCA's Christian beliefs and shall not subscribe to or promote any religious beliefs inconsistent with these beliefs." *Id*.   Additionally, "FCA Representatives shall at all times (both during working and non-working hours) endeavor to conduct themselves in a manner that affirms biblical standards of conduct in accordance with FCA's Christian beliefs. Such conduct standards include FCA's Youth Protection Policy and Sexual Purity Statement." *Id.*

123.    Each FCA student leader, including the Student Representatives, must be "ready, willing and able to participate and contribute to distinctly Christian activities such as worship and prayer services." *Id.*

124.    Each FCA student leader has a role that helps promote FCA's religious beliefs and message.  For example, the Pioneer Student FCA Chapter President is responsible for the content of the meetings, including planning and preparing the agenda for club meetings and leading the meetings.  The Vice-President shares these responsibilities with the President and must fulfill these duties if the President is unable to do so.  The Treasurer's responsibilities include overseeing club fund-raising efforts and ensuring that these fundraisers reflect FCA's religious beliefs, message, and values.  The Secretary's responsibilities include speaking on behalf of the Student FCA group,

through carrying out its correspondence and shaping its religious content. *See* Exhibit G (Pioneer Constitution).

125.    FCA student leaders must agree with FCA's Sexual Purity Statement. That statement asks student leaders to abstain from any sexual acts outside of a marriage consistent with FCA's religious beliefs. The Sexual Purity Statement is attached at Exhibit E.

126.    The Student FCA Chapters' ability to express their Christian beliefs would be significantly impaired if they were not allowed to require their leaders to share their core religious beliefs and values. For example, because the Student FCA Chapters are student-led, the student leaders choose the speakers, religious activities, and religious message of each meeting.

127.    FCA student leaders serve as ministers for FCA. The FCA Huddle Playbook ("Playbook") describes each FCA student club as a ministry. *See* Exhibit C. The Playbook further indicates that "[a]s ambassadors of Jesus Christ, we are positioned as ministers of the Gospel to the world." *See* Exhibit C at 2.

128.    As stated in the Playbook, "FCA is a Christian community *that is led by* those who serve FCA's mission as its representatives, including all of FCA's directors, officers, employees, *and volunteer leaders*, each of whom is an integral part of the community (and are described in this Manual as 'FCA Representatives')." *Id.* at 7 (emphasis added).

129.    All FCA student leaders "must contribute to FCA's Christian character and mission" and are expected to "[u]se personal gifts and talents to help plan and implement FCA ministry . . . including leading Bible Study Workouts." *Id*. at 9.

130.    Within FCA, the title "student leader" designates a ministerial role. For example, FCA student leaders must apply for their positions and are selected for their ability to demonstrate FCA's religious beliefs in word and conduct. FCA student leaders "are held to a higher standard of biblical lifestyle and conduct." *Id*. at 58.

131.    FCA student leaders, including the Student Representatives, apply for leadership positions, commit to being held to a higher standard of biblical conduct, and typically lead their clubs in prayer and Bible study.

***The District's discrimination against the Student FCA Chapters is intentional***
***and pursuant to the policies, practices, and customs of the District.***

132.    All of the discriminatory and unlawful acts taken by Defendants and other officials, employees, and staff of the District, Pioneer, Willow Glen, and Leland, as alleged herein, were pursuant to the policies, practices, and customs of the District and acting under color of law.  These actions were performed by, approved by, or adopted by Superintendent Albarrán as the District's chief executive officer or her delegate or other final policymaker.

133.    When Principal Espiritu informed the FCA student leaders that the Student FCA Chapters would no longer be recognized at Pioneer, his email cited District policies.  FCA student leaders for all Student FCA chapters within the District were informed at or near this time that the District would not recognize a Student FCA Chapter at any school because of instructions from the District.

134.    Additionally, the Superintendent of the District, who is chiefly responsible for interpreting and executing District policy, was informed in writing about the revocation of FCA's recognition as a student club and subsequent denial of its recognition for the 2019-2020 academic year in letters sent on behalf of FCA. Superintendent Albarrán and Principal Espiritu were expressly informed in letters sent on behalf of FCA that the District's decision to derecognize the Student FCA Chapters violates federal law and the United States Constitution but continued to approve of and allow discrimination against the Student FCA Chapters.  Similarly, Deputy Superintendent McMahon had actual notice of the District's unlawful refusal to recognize the Student FCA Chapters and harassment suffered by Ms. Klarke, Ms. Sinclair and the Pioneer Student FCA Chapter no later than January 2020. Despite this awareness of the discrimination and harassment of student affiliated with FCA, Mr. McMahon took no action to stop it despite having authority over the recognition of student groups.

135.    Pursuant to BP 2120 of District Policies and Regulations, Ms. Albarrán, Superintendent of the District, is "the chief executive officer and educational leader of the district." Additionally, Superintendent Albarrán has authority over recognition of student groups. *See* AR 6145.5.  Her edicts or acts may be fairly said to represent official policy for the District.  All events

described herein occurred with her knowledge and approval either through prior knowledge and assent or through adoption of the actions taken by District employees.

136.    The Superintendent has taken no action to correct this revocation and rejection despite being informed of its illegality.   The Superintendent has adopted the denial of FCA recognition as consistent with and compelled by District policy, practice, and custom.

137.    Defendants' actions were taken pursuant to official policy, as evidenced, among other things by Principal Espiritu's citations to District policy and the District's refusal to correct its actions and recognize FCA even after the illegality of its decisions was pointed out.

138.    All actions as alleged herein as performed by Principal Espiritu were performed as the Superintendent's designee or with the approval of the Superintendent.  Additionally, Principal Espiritu, as principal for Pioneer, is responsible for overseeing club recognition and protecting students from bullying and discrimination at Pioneer. For example, pursuant to District BP 3452, the principal of each school is delegated responsibility for the distribution of club funds.  Principal Espiritu had actual knowledge of the facts described herein and refused to act despite having a duty to do so.

139.    All actions of District officials as alleged herein were made with the approval of Superintendent Albarrán or a person to whom she has delegated authority or other final policymaker, or pursuant to District policies, including without limitation BP 0410 and BP 5145.3. To the extent not expressly performed by Superintendent Albarrán, all actions by District officials alleged herein were made, approved, or adopted by Superintendent Albarrán, her delegate, or another final policymaker for the District.

140.    Ms. Sinclair and Ms. Klarke have been directly affected by the events described herein and have suffered mental anguish, including fear, anxiety, and loss of sleep.  Ms. Sinclair, Ms. Klarke, the Student Representatives, and the Pioneer Student FCA Chapter have been, and the Student Representatives and other Pioneer FCA Student Chapter members continue to be, deprived of rights granted them under the Equal Access Act, the United States Constitution, and other federal law. This deprivation of rights is ongoing as to the FCA, its Student Representatives, and the Pioneer Student FCA Chapter  and will continue unless the Court provides needed injunctive relief.

141.    Pursuant to District Policy BP 0410,
The Governing Board is committed to equal opportunity for all individuals in district programs and activities. District programs, and activities, and practices shall be free from discrimination based on gender, gender identity and expression, race, color, religion, ancestry, national origin, immigration status, ethnic group, pregnancy, marital or parental status, physical or mental disability, sexual orientation or the perception of one or more of such characteristics. The Board shall promote programs which ensure that any discriminatory practices are eliminated in all district activities.

Any school employee who observes an incident of discrimination, harassment, intimidation, or bullying or to whom such an incident is reported shall report the incident to the Coordinator or principal, whether or not the victim files a complaint.

142.    Pursuant to District Policy 5145.3:

All district programs and activities within a school under the jurisdiction of the superintendent of the school district shall be free from discrimination, including harassment, with respect to the actual or perceived ethnic group, religion, gender, gender identity, gender expression, color, race, ancestry, national origin, and physical or mental disability, age or sexual orientation. The Governing Board desires to provide a safe school environment that allows all students equal access to District programs and activities regardless of actual or perceived ethnicity, religion, gender, gender identity, gender expression, color, race, ancestry, national origin, physical or mental disability, sexual orientation, or any other classification protected by law.

***The District's Discrimination and Harassment of FCA Student Representatives is ongoing, and FCA and the Student FCA Chapter of Pioneer are entitled to prospective relief.***

143.    Defendants' actions continue to discriminate against the Pioneer Student Representatives and Pioneer Student FCA Chapter and deny them benefits to which they are otherwise entitled under the Equal Access Act, First Amendment, and Fourteenth Amendment.

144.    During the 2020-2021 academic year, Pioneer High School has continued to grant official recognition to student groups. The District claims that Pioneer has temporarily suspended ASB funding for student groups during the 2020-21 academic year, but it continues to offer official

recognition of student groups. Other secondary schools in the District, including Leland High School, have resumed or continue ASB funding.

145.    Since this litigation was filed, the District created an ASB Affirmation Form, which the District claims it will require all officially recognized clubs to complete. See Exhibit H.  The District claims that in order to receive official recognition, student group leaders will be required to sign the ASB Affirmation Form. The ASB Affirmation Form contains language materially indistinguishable from the nondiscrimination policies under which Defendants indicated that they revoked official club recognition and its benefits to the Student FCA Chapters.

146.    The ASB Affirmation Form has been developed in response to this litigation for the purposes of denying club recognition to the Student FCA Chapters because of their religious beliefs and the religious content and viewpoint of their speech and meetings in violation of their rights under the EAA and the First Amendment.

147.    The District continues to recognize noncurriculum-related student groups who have official positions or statements that violate the District's nondiscrimination policy. For example, the Black Student Union at Pioneer states that its mission is "to bring minority students together." Although it also states that "all students welcome!" that does not distinguish it from the Pioneer FCA Student Group, where all students are also welcome.  *See* Exhibit G (FCA Pioneer constitution).  Similarly, the GSA ("Gender Sexuality Alliance") publicizes that it is "a safe space for anyone in the LGBTQ+ community" and is intended to create a "group of people like them." Further, Pioneer recognizes the "Right Wing Club" which is intended to "bring all right leaning or conservative students at Pioneer together."  Defendants continue to deny official club recognition to the Pioneer Student FCA Chapter.

148.    The District and Defendants similarly recognize groups that require their leaders or members to affirm their agreement with the groups' purpose, mission, or goals.  For example, the Harry Potter Club at Pioneer is "a safe space for Harry Potter fans to hang out and talk about the Harry Potter Franchise…".  Similarly, Girls Learn International at Pioneer is for students to "focus on feminist topics and believe in full equality."

149.     Similarly, other schools in the District continue to recognize noncurriculum-related student groups that violate the District's nondiscrimination policies.  For example, at Willow Glen, the Black Student Union "serves as a communication between students of African descent and other minorities on campus."  Willow Glen also recognizes "Hustlin' Honeys," a club that is "an empowering women's club" that will "show all the beautiful young women coming together to build our community stronger."

150.     Leland likewise recognizes noncurriculum-related student groups whose missions or policies violate the District's nondiscrimination policies.  For example, Leland has approved the group "Leland Women" designed to "create a tight knit community of empowered women on campus." Similarly, Leland recognizes the "Shekinah Christian Club" that is "built around teaching others about Christianity."  Similarly, Leland recognizes clubs that require members or leaders to promote certain viewpoints.  For example, the Indian Heritage Club has a purpose "to promote Indian Culture and teach our members the important aspects of it."

151.     Additionally, Pioneer and the District continue to violate their nondiscrimination policies in ways beyond club recognition.  For example, Pioneer Promotes "Girl's Circle," a school-sponsored wellness program for students who identify as female.  Girl's Circle "addresses the specialized needs of girls ages 9-18."

## CONDITIONS PRECEDENT

152.     All conditions precedent have occurred, been performed, or were waived.

153.     For all requests for declaratory relief asserted herein, a case and controversy exists because Defendants have denied and continue to deny Plaintiffs' rights, privileges, and immunities secured under the United States Constitution and federal law.

154.     All actions performed by Defendants as alleged herein were malicious, oppressive, and in reckless disregard for Plaintiffs' rights.

155.     To the extent required by law, Plaintiffs have exhausted all administrative remedies by alerting the District of the nature of their complaints through correspondence, including correspondence on July 2, 2019 and January 14, 2020.  The District has not timely responded to Plaintiffs' correspondence and the relief requested therein is deemed denied by law.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**FIRST CAUSE OF ACTION**
**42 U.S.C. § 1983**
**Equal Access Act, 20 U.S.C. §§ 4071 _et seq._**

156.    All preceding paragraphs are incorporated here by reference as if fully written herein.

157.    The Equal Access Act, 20 U.S.C. §§ 4071-4074, makes it unlawful for "any public secondary school which receives Federal financial assistance and which has a limited open forum to deny equal access or a fair opportunity to, or discriminate against, any students who wish to conduct a meeting within that limited open forum on the basis of the religious, political, philosophical, or other content of the speech at such meetings." § 4071(a).

158.    Pioneer, Willow Glen, and Leland are public secondary schools that receive federal financial assistance and are within the jurisdiction and control of the District.

159.    During the events alleged herein, Pioneer, Willow Glen, and Leland have each allowed at least one noncurriculum-related student group to meet on school premises during noninstructional time and thereby maintain a limited open forum as that term is defined within the EAA.  Pioneer, Willow Glen, and Leland continue to recognize noncurriculum-related student groups and grant them benefits not available to unrecognized student groups.

160.    Defendants, acting pursuant to the policies, practices, and customs of the District, have revoked and continue to deny official club recognition and the benefits associated with recognition to Student FCA Chapters, including the Pioneer Student FCA Chapter, thereby "deny[ing] equal access or a fair opportunity to, or discriminat[ing] against," the FCA students, including Ms. Klarke, Ms. Sinclair, and the Student Representatives, on the basis of the religious content of their speech.  This denial of recognition relegates the FCA students to second-class status and denies them access to other resources that are granted to student groups which are officially recognized.

161.    Defendants have denied and continue "to deny equal access or a fair opportunity to, or discriminate against" Plaintiffs' right to meet as a recognized student group because of the religious content of their speech.  This includes denying club recognition to and placing other restrictions on the Student FCA Chapters, including the Pioneer Student FCA Chapter, because

they require their leaders to agree with their religious beliefs in order to preserve the religious content of their message. *See Hsu By & Through Hsu v. Roslyn Union Free Sch. Dist. No. 3*, 85 F.3d 839, 861 (2d Cir. 1996). Defendants' application of the District's nondiscrimination policy to the Student FCA Chapters violates the EAA on its face[2] because the EAA's requirement preempts state and local laws that might otherwise prevent religious groups from being recognized student groups. The District's application of its nondiscrimination policy or other policies to the Student FCA Groups violates the EAA as applied because the District does not enforce those policies equally, including allowing recognized student clubs to limit leaders or members on the basis of gender, race, or other characteristics as well as limiting leaders to those who agree with the group's purpose, mission, message, and shared ideas.

162.    District officials, including Defendants, recognize they are bound by the EAA's requirements but nonetheless withdrew recognition from the Student FCA Chapters and subsequently refused to grant them official club recognition despite the EAA's requirements.  The rights of religious and other noncurriculum-related student groups to meet and enjoy all the other benefits of recognition are well-established in the law, including *Board of Education v. Mergens,* 496 U.S. 226 (1990), and *Prince v. Jacoby*, 303 F.3d 1074, 1086 (9th Cir. 2002) ("The School District discriminates against Prince and the World Changers by denying them equal access to [ASB] funds.").

163.    Defendants' actions were taken pursuant to official policy, as evidenced, among other things, by Principal Espiritu's citations to District policy and the District's refusal to correct its actions and recognize FCA even after the illegality of its decisions was pointed out.

164.    Defendants' actions, taken under color of state law, have denied and continue to deny Plaintiffs rights and privileges secured under the EAA.

165.    Additionally, Defendants have selectively enforced their policies, including but not limited to their nondiscrimination policies, to deny recognition to student groups that wish to

---

[2] Plaintiffs understand that the Court dismissed Plaintiffs' facial challenge with prejudice but include facial challenge pleadings in order to preserve the argument for future proceedings and appeal.

affiliate with FCA, including the Pioneer Student FCA Chapter. The Student Representatives and Pioneer Student FCA Chapter continue to seek and to be denied official recognition while other student groups who similarly violate the District's nondiscrimination and other policies are granted full recognition and its benefits.

166.    Ms. Sinclair and Ms. Klarke have suffered mental anguish and the denial of their rights due to Defendants' unlawful actions and seek to recover damages.

167.    Defendants continue to deny official recognition and its benefits to student groups who wish to affiliate with FCA and promote its religious beliefs, speech, and values in violation of the rights of FCA, FCA's Student Representatives, and the Pioneer Student FCA Chapter, who wish to promote and advance their shared religious beliefs, speech, and values at Pioneer. Injunctive relief is necessary to stop this ongoing violation of the rights of FCA, its Student Representatives, and the Pioneer Student FCA Chapter and to prevent irreparable harm.

168.    Defendants' ongoing denial of recognition and its benefits to student groups affiliated with FCA and continued harassment of students who attend meetings of FCA Student Chapters frustrates FCA's mission by, among other things, stigmatizing FCA and its religious beliefs and intimidating students who attend meetings or events held by student groups affiliated with FCA. FCA has diverted and continues to divert resources, including staff time and procuring legal advice and correspondence, in order to address and mitigate its injury caused by Defendants' illegal actions.

169.    FCA seeks on behalf of itself and the Student Representatives, and the Pioneer Student FCA Chapter seeks on behalf of its members, a declaration that Defendants' actions violate the EAA and injunctive relief prohibiting future acts in violation of the EAA. Without such declaratory and injunctive relief, FCA, the Student Representatives, and the Pioneer Student FCA Chapter will continue to be irreparably harmed.

### SECOND CAUSE OF ACTION
#### 42 U.S.C § 1983
#### U.S. Const., amend. I, Free Speech Clause
#### <u>Viewpoint Discrimination</u>

170.    All preceding paragraphs are incorporated here by reference as if fully set out herein.

171.    Governments "must not discriminate against speech on the basis of viewpoint." *Good News Club v. Milford Central Sch.*, 533 U.S. 98, 106 (2001); *Rosenberger v. Rector & Visitors of the Univ. of Va.*, 515 U.S. 819, 829 (1995) ("Viewpoint discrimination is thus an egregious form of content discrimination. The government must abstain from regulating speech when the specific motivating ideology or the opinion or perspective of the speaker is the rationale for the restriction."); *Lamb's Chapel v. Center Moriches Union Sch. Dist.*, 508 U.S. 384 (1993).

172.    Defendants and other District officials at Pioneer, Leland, and Willow Glen, acting under the policies, practices, and customs of the District, recognize and grant benefits to numerous student groups that meet to discuss a variety of topics, including religion, sexuality, books, and serving others and the community. *See, e.g.*, ¶¶ 59, 96, 98, 100-105.  These practices and policies create a limited public forum to which the Student FCA Chapters and their students including Ms. Klarke, Ms. Sinclair, the Student Representatives, and the Pioneer Student FCA Chapter have a right of access.  Yet, these schools have refused to recognize the Student FCA Chapters because of their religious viewpoints on these topics.  FCA and the Student FCA Chapters, whose meetings are initiated and led by student leaders acting as FCA representatives, have been and are being denied recognition and its accompanying benefits that the schools allow to other student groups because of Defendants' disapproval of FCA's and the Student FCA Chapters' religious beliefs as expressed in their religious viewpoints.

173.    Additionally, Defendants discriminate against FCA's and the Student FCA Chapters' viewpoint because the District does not apply its nondiscrimination or club recognition policies uniformly. The District recognizes, supports, and even sponsors student groups and other District activities and programs that condition opportunities on the basis of belonging to an enumerated class.   Defendants further recognize student groups that require their leaders to support the groups' beliefs, mission, and message.

174.    Defendants also discriminate against Plaintiffs by knowingly and intentionally allowing students and faculty to harass and bully them for the purposes of chilling their speech because of their religious viewpoint. Defendants' refusal to act is intended to allow a "heckler's veto" of FCA students' speech.

THIRD AMENDED COMPLAINT
CASE NO.: 5:20-cv-2798                        -43-

175.     Defendants have no compelling interest in their denial of Plaintiffs' rights.  Even if there were a compelling government interest, Defendants have not shown their actions are the least restrictive means of achieving that interest.

176.     Defendants' actions were and are taken pursuant to official policy, as evidenced, among other things by Principal Espiritu's citations to District policy and the District's refusal to correct its actions and recognize FCA even after the illegality of its decisions was pointed out.

177.     Defendants' actions, taken under color of state law, have denied Ms. Sinclair and Ms. Klarke, and continue to deny FCA, the Student Representatives, and the Pioneer Student FCA Chapter rights and privileges secured under the U.S. Constitution's First Amendment as applied to the states through the Fourteenth Amendment.

178.     Ms. Sinclair and Ms. Klarke have had their rights infringed and suffered mental anguish due to Defendants' unlawful actions and seek to recover damages.

179.     Defendants continue to deny official recognition and its benefits to student groups who wish to affiliate with FCA and promote its religious speech, beliefs, and values in violation of the rights of FCA, its Student Representatives, and the Pioneer Student FCA Chapter who wish to promote and advance their shared religious values at Pioneer.  Injunctive relief is necessary to stop this ongoing violation of the rights of FCA, the Student Representatives, and the Pioneer Student FCA Chapter and to prevent irreparable harm.

180.     Defendants' ongoing denial of recognition and its benefits to student groups affiliated with FCA and continued  harassment of students who attend meetings of FCA Student Chapters frustrates FCA's mission by, among other things, stigmatizing FCA and its religious beliefs and intimidating students who attend meetings or events held by student groups affiliated with FCA. FCA has diverted and continues to divert resources, including staff time and procuring legal advice and correspondence, in order to address and mitigate its injury caused by Defendants' illegal actions.

181.     FCA seeks on behalf of itself and the Student Representatives, and the Pioneer Student FCA Chapter seeks on behalf of its members, a declaration that Defendants' actions violate the First Amendment and injunctive relief prohibiting future acts.  Without such declaratory and

1    injunctive relief, FCA, the Student Representatives, and the Pioneer Student FCA Chapter will

2    continue to be irreparably harmed.

### THIRD CAUSE OF ACTION
### 42 U.S.C. § 1983
### U.S. Const., amend. I, Free Speech and Assembly Clauses
### <u>Right of Expressive Association</u>

182.    All preceding paragraphs are incorporated here by reference as if fully set out herein.

183.    Meetings of the Student FCA Chapters, which are initiated and led by student leaders,

are a means of transmitting a system of religious beliefs and values and are expressive by nature.

*See Boy Scouts of America v. Dale*, 530 U.S. 640, 649-50 (2000).

184.    Plaintiff FCA, through its student leaders, including the Student Representatives, and

Ms. Sinclair and Ms. Klarke as student leaders of the Pioneer Student FCA Chapter, and the

members of the Pioneer Student FCA Chapter desire to associate together in ways that express their

Christian faith and the religious beliefs set forth in FCA's statements and governing documents.

185.    Plaintiffs' meetings are intended to instill, examine, and reinforce their religious

beliefs as expressed in FCA's governing documents and statements of core religious beliefs and,

therefore, are inherently expressive of their shared religious beliefs.

186.    Because Plaintiffs' meetings are intended to express religious messages and religious

viewpoints, the Student FCA Chapter leaders, including Ms. Klarke, Ms. Sinclair, and the Student

Representatives, must agree with FCA's core religious beliefs. Forcing the Student FCA Chapters

to accept leaders who do not share FCA's religious beliefs runs contrary to the expressive purposes

of these meetings and compels Plaintiffs to adopt a message contrary to their views.

187.    Moreover, Defendants' actions have unconstitutionally required and continue to

require Plaintiffs to affirm or abjure a specific belief or set of beliefs. *See, e.g., West Virginia Board*

*of Education v. Barnette*, 319 U.S. 624, 642 (1943) ("If there is any fixed star in our constitutional

constellation, it is that no official, high or petty, can prescribe what shall be orthodox in politics,

nationalism, religion, or other matters of opinion or force citizens to confess by word or act their

faith therein."). Defendants may not condition participation in a program on an organization

affirming or abjuring a specific set of beliefs or policy statement. *Agency for Int'l Dev. v. All. for*

*Open Soc'y Int'l, Inc.*, 570 U.S. 205, 218 (2013) ("By requiring recipients to profess a specific belief, the Policy Requirement goes beyond defining the limits of the federally funded program to defining the recipient.").

188.    Defendants have violated and continue to violate Plaintiffs' right of expressive association by denying recognition and its accompanying benefits to Plaintiffs because of FCA's core religious beliefs, which are shared by Ms. Sinclair, Ms. Klarke, and the Student Representatives.  Defendants have required and continue to require Plaintiffs to affirm beliefs with which they disagree.

189.    By penalizing the Student FCA Chapters for requiring their leaders to affirm their core religious beliefs, as expressed in FCA's statements of its core religious beliefs and other governance documents, Defendants have interfered with Plaintiffs' ability to choose their leaders and have unlawfully impaired Plaintiffs' message.  *Dale*, 530 U.S. 640.

190.    Defendants have knowingly and intentionally allowed students and faculty to harass and bully Ms. Sinclair, Ms. Klarke, and other FCA students for the purpose of pressuring them to renounce their religious beliefs and affirm beliefs that District officials insist they affirm. Defendants continue to require this of the Pioneer Student FCA Chapter and its members and FCA's Student Representatives.

191.    Defendants have no compelling interest in their denial of  Plaintiffs' rights.  Even if there were a compelling government interest, Defendants have not shown their actions are the least restrictive means of achieving that interest.

192.    Defendants' actions were taken pursuant to official policy, as evidenced, among other things by Principal Espiritu's citations to District policy and the Defendants' refusal to correct their actions and recognize the FCA Student Chapters even after the illegality of these actions was pointed out.

193.    Defendants' actions, taken under color of state law, have denied and continue to deny Plaintiffs rights and privileges secured under the U.S. Constitution's First Amendment as applied to the states in the Fourteenth Amendment.

194.    Ms. Sinclair and Ms. Klarke have been deprived of their rights and suffered mental anguish due to Defendants' unlawful actions and seek to recover damages.

195.    Defendants have denied and continue to deny official recognition and its benefits to student groups who wish to affiliate with FCA and promote its religious values in violation of the rights of FCA , its Student Representatives and the Pioneer Student FCA Chapter.  Injunctive relief is necessary to stop this ongoing violation of the rights of FCA, the Student Representatives, and the Pioneer Student FCA Chapter and to prevent irreparable harm.

196.    Defendants continue to deny official recognition and its benefits to student groups who wish to affiliate with FCA and promote its religious values in violation of the rights of FCA, its Student Representatives, and the Pioneer Student FCA Chapter, who wish to promote and advance their shared religious values at Pioneer.  Injunctive relief is necessary to stop this ongoing violation of the rights of FCA, the Student Representatives, and the Pioneer Student FCA Chapter and to prevent irreparable harm.

197.    Defendants' ongoing denial of recognition and its benefits to student groups affiliated with FCA and continued  harassment of students who attend meetings of FCA Student Chapters frustrates FCA's mission by, among other things, stigmatizing FCA and its religious beliefs and intimidating students who attend meetings or events held by student groups affiliated with FCA. FCA has diverted and continues to divert resources, including staff time and procuring legal advice and correspondence, in order to address and mitigate its injury caused by Defendants' illegal actions.

198.    FCA seeks on behalf of itself and the Student Representatives, and the Pioneer Student FCA Chapter seeks on behalf of its members, a declaration that Defendants' actions violate the First Amendment and injunctive relief prohibiting future acts.  Without such declaratory and injunctive relief, FCA, its Student Representatives, and the Pioneer Student FCA Chapter will continue to be irreparably harmed.

**FOURTH CAUSE OF ACTION**
**42 U.S.C. § 1983**
**U.S. Const., amend. I, Religion Clauses**
**Free Exercise and Denial of Generally Available Benefits**

199.    All preceding paragraphs are incorporated here by reference as if fully written herein.

200.    Plaintiffs seek to exercise their religion by gathering together as a recognized club. Under the Free Exercise Clause, "denying a generally available benefit solely on account of religious identity imposes a penalty on the free exercise of religion that can be justified only by a state interest 'of the highest order.'" *Trinity Lutheran Church of Columbia, Inc. v. Comer*, 137 S. Ct. 2012, 2019 (2017) (quoting *McDaniel v. Paty*, 435 U.S. 618, 628 (1978)).

201.    Recognition as a club and all its accompanying benefits are generally available benefits for which Plaintiffs qualify within the District. Plaintiffs qualify for recognition and its attendant benefits. Nonetheless Defendants have denied Plaintiffs these generally available benefits because of their religious identity.

202.    Defendants have targeted Plaintiffs for disparate treatment, including lack of club recognition and its attendant benefits, because of their religious beliefs. To the extent Defendants intend to claim that such disparate treatment is based on nondiscrimination policies, this policy is subject to individualized exceptions and falls under *Lukumi*. *See Church of the Lukumi Babalu Aye, Inc. v. City of Hialeah,* 508 U.S. 520, 537 (1993).

203.    Defendants' actions were taken pursuant to official policy, as evidenced, among other things by Principal Espiritu's citations to District policy and the District's refusal to correct its actions and recognize FCA even after the illegality of its decisions was pointed out.

204.    Defendants have no compelling interest in their denial of Plaintiffs' rights. Even if there were a compelling government interest, Defendants have not shown their actions are the least restrictive means of achieving that interest.

205.    Defendants' actions, taken under color of state law, have denied and continue to deny Plaintiffs rights and privileges secured under the U.S. Constitution's First Amendment as applied to the states in the Fourteenth Amendment.

206.    Defendants continue to deny official recognition and its benefits to student groups who wish to affiliate with FCA and promote its religious beliefs in violation of the rights of FCA, its Student Representatives, and the Pioneer Student FCA Chapter.  Injunctive relief is necessary to stop this ongoing violation of the rights of FCA, its Student Representatives, and the Pioneer Student FCA Chapter,  and to prevent irreparable harm.

207.    Ms. Sinclair and Ms. Klarke have been deprived of their rights and suffered mental anguish due to Defendants' unlawful actions and seek to recover damages.

208.    Defendants continue to deny official recognition and its benefits to student groups who wish to affiliate with FCA and promote its religious beliefs in violation of the rights of FCA, its Student Representatives, and the Pioneer Student FCA Chapter, who wish to promote and advance their shared religious beliefs at Pioneer.  Injunctive relief is necessary to stop this ongoing violation of the rights of FCA, its Student Representatives, and the Pioneer Student FCA Chapter, and to prevent irreparable harm.

209.    Defendants' ongoing denial of recognition and its benefits to student groups affiliated with FCA and continued  harassment of students who attend meetings of FCA Student Chapters frustrates FCA's mission by, among other things, stigmatizing FCA and its religious beliefs and intimidating students who attend meetings or events held by student groups affiliated with FCA. FCA has diverted and continues to divert resources, including staff time and procuring legal advice and correspondence, in order to address and mitigate its injury caused by Defendants' illegal actions.

210.    FCA seeks on behalf of itself and the Student Representatives, and the Pioneer Student FCA Chapter seeks on behalf of its members, a declaration that Defendants' actions violate the First Amendment and injunctive relief prohibiting future acts.  Without such declaratory and injunctive relief, FCA, its Student Representatives, and the Pioneer Student FCA Chapter, will continue to be irreparably harmed.

1
2
3

**FIFTH CAUSE OF ACTION**
**42 U.S.C. § 1983**
**U.S. Const., amend. I, Religion Clauses**
**Targeting of Religious Beliefs**

4        211.    All preceding paragraphs are incorporated here by reference as if fully written herein.

5        212.    Under the Free Exercise Clause, "a law targeting religious beliefs as such is never

6    permissible." *Trinity Lutheran*, 137 S. Ct. at 2024 n.4; *Church of the Lukumi Babalu Aye v. City of*

7    *Hialeah*, 508 U.S. 520, 533 (1993).

8        213.    Under the First Amendment, the government "cannot impose regulations that are

9    hostile to the religious beliefs of affected citizens and cannot act in a manner that passes judgment

10   upon or presupposes the illegitimacy of religious beliefs and practices." *Masterpiece Cakeshop,*

11   *Ltd. v. Colorado Civ. Rights Comm'n*, 138 S. Ct. 1719, 1731 (2018).

12       214.    Additionally, government hostility toward religion violates the Establishment Clause.

13   *See Catholic League for Religious & Civil Rights v. City & County of San Francisco*, 624 F.3d

14   1043 (9th Cir. 2010).

15       215.    Defendants have expressly stated or adopted views hostile to the religious faith of

16   FCA and its student leaders and the Pioneer Student FCA Chapter and acted pursuant to such hostile

17   views.   These views include statements that FCA's religious beliefs, which are shared by the

18   Pioneer Student FCA Chapter, are shameful and hateful.

19       216.    In accordance with these views, Defendants have targeted Plaintiffs for disparate

20   treatment, including lack of recognition and its attendant benefits, as well as knowingly allowing

21   or encouraging faculty and other students at the school to harass Plaintiffs for their religious beliefs

22   despite having written policies against harassment.

23       217.    Defendants grant club recognition to other student groups despite those groups'

24   exclusion of members or leaders based on classes enumerated in the District's nondiscrimination

25   policies.

26       218.    Defendants have no compelling interest in their denial of Plaintiffs' rights.  Even if

27   there were a compelling government interest, Defendants have not shown their actions are the least

28   restrictive means of achieving that interest.

---

THIRD AMENDED COMPLAINT                          -50-
CASE NO.: 5:20-cv-2798

219.    Defendants' actions reflect animus toward Plaintiffs' religious beliefs.

220.    Defendants' actions were taken pursuant to official policy, as evidenced, among other things by Principal Espiritu's citations to District policy, coordination with students hostile to FCA's religious values, and refusal to require Mr. Glasser to take down his display disparaging FCA's religious values.

221.    Defendants' actions, taken under color of state law, have denied Plaintiffs rights and privileges secured under the U.S. Constitution's First Amendment as applied to the states in the Fourteenth Amendment.

222.    Ms. Sinclair and Ms. Klarke have been deprived of their rights and suffered mental anguish due to Defendants' unlawful actions and seek to recover damages.

223.    Defendants continue to deny official recognition and its benefits to student groups like the Pioneer Student FCA Chapter who wish to affiliate with FCA and promote its religious beliefs in violation of the rights of FCA, its Student Representatives, and the Pioneer Student FCA Chapter, who wish to promote and advance their shared religious beliefs at Pioneer.  Injunctive relief is necessary to stop this ongoing violation of the rights of FCA, its Student Representatives, and the Pioneer Student FCA Chapter, and to prevent irreparable harm.

224.    Defendants' ongoing denial of recognition and its benefits to student groups affiliated with FCA and continued  harassment of students who attend meetings of FCA Student Chapters frustrates FCA's mission by, among other things, stigmatizing FCA and its religious beliefs and intimidating students who attend meetings or events held by student groups affiliated with FCA. FCA has diverted and continues to divert resources, including staff time and procuring legal advice and correspondence, in order to address and mitigate its injury caused by Defendants' illegal actions.

225.    FCA seeks on behalf of itself and the Student Representatives, and the Pioneer Student FCA Chapter seeks on behalf of its members, a declaration that Defendants' actions violate the First Amendment and injunctive relief prohibiting future acts.  Without such declaratory and injunctive relief, FCA, its Student Representatives, and the Pioneer Student FCA Chapter will continue to be irreparably harmed.

**SIXTH CAUSE OF ACTION**
**42 U.S.C. § 1983**
**U.S. Const. amend. I – Religion Clauses**
**Ministerial Exception & Internal Autonomy**

226.   All preceding paragraphs are incorporated here by reference as if fully written herein.

227.   Under the Religion Clauses of the First Amendment, "it is impermissible for the government to contradict a church's determination of who can act as its ministers." *Hosanna-Tabor Evangelical Lutheran Church & School v. EEOC*, 565 U.S. 171, 185 (2012).

228.   Ministers include "those who serve in positions of leadership, those who perform important functions in worship services and in the performance of religious ceremonies and rituals, and those who are entrusted with teaching and conveying the tenets of the faith to the next generation." *Id.* at 200 (Alito, J., concurring).

229.   Similarly, religious organizations have the "power to decide for themselves, free from state interference, matters of church government as well as those of faith and doctrine." *Kedroff v. Saint Nicholas Cathedral of Russian Orthodox Church in N. Am.*, 344 U.S. 94, 116 (1952).

230.   FCA is an international Christian ministry that includes student leaders within its leadership structure.

231.   At a minimum, FCA student leaders, which include or have included Ms. Klarke, Ms. Sinclair, and the Student Representatives, have titles denoting leadership, hold themselves out as FCA leaders, and perform distinctly religious functions, including leading Student FCA Chapter meetings in prayer, worship, and Bible study.

232.   FCA student leaders are the primary way in which FCA fulfills its religious mission on public school campuses. FCA leaders must agree with FCA's religious beliefs, including agreement with its statement of core religious beliefs and other governing documents, in order to express the religious message and live in accordance with those beliefs. Ms. Klarke, Ms. Sinclair, and the Student Representatives agree that the requirements are necessary to preserve and transmit the content and character of their shared religious beliefs and mission to those who attend their meetings and other students and faculty at Pioneer.

233.    By denying club recognition to FCA and the Pioneer Student FCA Chapter because of their religious beliefs, including their leadership requirements, Defendants interfered with and continue to interfere with Plaintiffs' First Amendment rights to select their religious leaders and preserve the religious content and viewpoint of their religious message.

234.    To the extent Defendants have denied recognition to Plaintiffs due to their religious leadership criteria, Defendants impermissibly entangle themselves with Plaintiffs' religious beliefs and internal religious affairs.

235.    Defendants' actions were taken pursuant to official policy, as evidenced, among other things by Principal Espiritu's citations to District policy and the District's refusal to correct its actions and recognize FCA even after the illegality of its decisions was pointed out.

236.    Defendants' actions, taken under color of state law, have denied Plaintiffs rights and privileges secured under the U.S. Constitution's First Amendment as applied to the states in the Fourteenth Amendment.

237.     Ms. Sinclair and Ms. Klarke have had their rights infringed and suffered mental anguish due to Defendants' unlawful actions as described herein and seek to recover damages for the same.

238.    Defendants continue to deny official recognition and its benefits to student groups who wish to affiliate with FCA and promote its religious beliefs, speech, and values in violation of the rights of FCA, its Student Representatives, and the Pioneer Student FCA Chapter, who wish to promote and advance their shared religious beliefs, speech, and values at Pioneer.  Injunctive relief is necessary to stop this ongoing violation of the rights of FCA, its Student Representatives, and the Pioneer Student FCA Chapter, and to prevent irreparable harm.

239.    Defendants' ongoing denial of recognition and its benefits to student groups affiliated with FCA and continued  harassment of students who attend meetings of FCA Student Chapters frustrates FCA's mission by, among other things, stigmatizing FCA and its religious beliefs and intimidating students who attend meetings or events held by student groups affiliated with FCA. FCA has diverted and continues to divert resources, including staff time and procuring legal advice

and correspondence, in order to address and mitigate its injury caused by Defendants' illegal actions.

240.    FCA seeks on behalf of itself and the Student Representatives, and the Pioneer Student FCA Chapter seeks on behalf of its members, a declaration that Defendants' actions violate the First Amendment and injunctive relief prohibiting future acts.  Without such declaratory and injunctive relief, FCA, its Student Representatives, and the Pioneer Student FCA Chapter, will continue to be irreparably harmed.

**SEVENTH CAUSE OF ACTION**
**42 U.S.C. § 1983**
**U.S. Const., amend. I – Religion Clauses**
**<u>Denominational Discrimination</u>**

241.    All preceding paragraphs are incorporated here by reference as if fully written herein.

242.    As the Supreme Court held in *Larson v. Valente*, "[t]he clearest command of the Establishment Clause is that one religious denomination cannot be officially preferred over another."  456 U.S. 228, 244 (1982).

243.    Defendants have officially recognized and continue to officially recognize a number of religious or atheistic student groups, including a Muslim Club and Shekinah Christian Club at Leland, The Satanic Temple Club, Pioneers for Christ, and the Communism Club at Pioneer, and Jewish Cultural Club and Christian Club at Willow Glen, and give them various benefits of recognition that are not given the Student FCA Chapters.  Defendants will not recognize Student FCA Chapters because it disagrees with their religious beliefs.

244.    Defendants and District officials have indicated they would grant full recognition to the Student FCA Chapters if they agree to change their religious beliefs and affirmations.  For example, officials at Willow Glen told students that the District would  recognize a new religious student club as long as it was not associated with FCA.

245.    Defendants' actions were taken pursuant to official policy, as evidenced, among other things by Principal Espiritu's citations to District policy and the District's refusal to correct its actions and recognize FCA even after the illegality of its decisions was pointed out.

246.     Defendants' actions, taken under color of state law, have denied Plaintiffs rights and privileges secured under the U.S. Constitution's First Amendment as applied to the states in the Fourteenth Amendment.

247.     Ms. Sinclair and Ms. Klarke have had their rights infringed and suffered mental anguish due to Defendants' unlawful actions as described herein and seek to recover damages for the same.

248.     Defendants continue to deny official recognition and its benefits to student groups who wish to affiliate with FCA and promote its religious beliefs, speech, and values in violation of the rights of FCA and its Student Representatives and the Pioneer Student FCA Chapter who wish to promote and advance their shared religious beliefs, speech, and values at Pioneer.  Injunctive relief is necessary to stop this ongoing violation of the rights of FCA, its Student Representatives, and the Pioneer Student FCA Chapter, and to prevent irreparable harm.

249.     Defendants' ongoing denial of recognition and its benefits to student groups affiliated with FCA and continued  harassment of students who attend meetings of FCA Student Chapters frustrates FCA's mission by, among other things, stigmatizing FCA and its religious beliefs and intimidating students who attend meetings or events held by student groups affiliated with FCA. FCA has diverted and continues to divert resources, including staff time and procuring legal advice and correspondence, in order to address and mitigate its injury caused by Defendants' illegal actions.

250.     FCA seeks on behalf of itself and the Student Representatives, and the Pioneer Student FCA Chapter seeks on behalf of its members, a declaration that Defendants' actions violate the First Amendment and injunctive relief prohibiting future acts.  Without such declaratory and injunctive relief, FCA, its Student Representatives, and the Pioneer Student FCA Chapter will continue to be irreparably harmed.

**EIGHTH CAUSE OF ACTION**
**42 U.S.C § 1983**
**U.S. Const., amend. I – Religion Clauses**
**Government Hostility Toward Religion**

251.     All preceding paragraphs are incorporated here by reference as if fully written herein.

252.    The First Amendment forbids an official purpose to disapprove of a particular religion or of religion in general. *See Catholic League for Religious & Civil Rights v. City & Cty. of San Francisco,* 624 F.3d 1043, 1054 (9th Cir. 2010).

253.    Mr. Glasser, while in his capacity as a teacher, displayed a message specifically targeted at FCA's religious beliefs and expressed disapproval of FCA's religious beliefs.  Mr. Glasser posted these statements on the whiteboard in his classroom. Mr. Glasser's message disapproving FCA's religious beliefs was highly visible to his students during classes for several days.  Ms. Klarke was a student of Mr. Glasser and in his classroom when the hostile message was displayed.  Ms. Sinclair also was subjected to Mr. Glasser's whiteboard statement.  Mr. Glasser spoke as a government employee, and any reasonable person would have understood Mr. Glasser to be speaking as a government employee for purposes of the Establishment Clause.  *See Kennedy v. Bremerton Sch. Dist.*, 869 F.3d 813, 827 (9th Cir. 2017) (noting that teachers are necessarily government speakers when they speak at school in the presence of students in a capacity one might reasonably view as official).  Mr. Glasser intended that his statement would show disapproval of the religious beliefs of FCA and students involved in a Student FCA Chapter, including Ms. Klarke and Ms. Sinclair.

254.    Defendants adopted Mr. Glasser's hostility towards FCA's religious beliefs, including by refusing to require Mr. Glasser to take down the display despite having knowledge of it.  As a result, the District revoked recognition of the Student FCA Chapters due to its disfavor of their religious beliefs.  On multiple occasions, District officials indicated that they would grant the FCA students recognition if they disavowed FCA's religious beliefs. Defendants' statements and actions were intended to and had the effect of making Plaintiffs feel like outsiders in their own community.

255.    Mr. Glasser and Principal Espiritu openly discussed strategies to remove the Student FCA Chapters from the District entirely because of their hostility towards the religious beliefs of the Student FCA Chapters and the students who affirm those beliefs.

256.    Defendants' actions were taken pursuant to official policy, as evidenced, among other things by Principal Espiritu's citations to District policy, coordination with students hostile to

FCA's religious values, and refusal to require Mr. Glasser to take down his display disparaging FCA's religious values.

257.     Defendants' actions, taken under color of state law, have denied Plaintiffs rights and privileges secured under the U.S. Constitution's First Amendment as applied to the states in the Fourteenth Amendment.

258.     Ms. Sinclair and Ms. Klarke have suffered deprivation of constitutional rights and mental anguish due to Defendants' unlawful actions as described herein and seek to recover damages for the same.

259.     Defendants continue to deny official recognition and its benefits to student groups who wish to affiliate with FCA and promote its religious beliefs, speech, and values in violation of the rights of FCA, its Student Representatives, and the Pioneer Student FCA Chapter, who wish to promote and advance their shared religious beliefs, speech, and values at Pioneer.  Injunctive relief is necessary to stop this ongoing violation of the rights of FCA, its Student Representatives, and the Pioneer Student FCA Chapter and to prevent irreparable harm.

260.     Defendants' ongoing denial of recognition and its benefits to student groups affiliated with FCA and continued  harassment of students who attend meetings of FCA Student Chapters frustrates FCA's mission by, among other things, stigmatizing FCA and its religious beliefs and intimidating students who attend meetings or events held by student groups affiliated with FCA. FCA has diverted and continues to divert resources, including staff time and procuring legal advice and correspondence, in order to address and mitigate its injury caused by Defendants' illegal actions.

261.     FCA seeks on behalf of itself and the Student Representatives, and the Pioneer Student FCA Chapter seeks on behalf of its members, a declaration that Defendants' actions violate the First Amendment and injunctive relief prohibiting future acts.  Without such declaratory and injunctive relief, FCA, its Student Representatives, and the Pioneer Student FCA Chapter will continue to be irreparably harmed.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### NINTH CAUSE OF ACTION
### 42 U.S.C § 1983
### U.S. Const., amend. XIV – Equal Protection
### <u>Denial of Equal Protection</u>

262.    All preceding paragraphs are incorporated here by reference as if fully written herein.

263.    Defendants have penalized the Student FCA Chapters because of their religious beliefs by denying them recognition and its attendant benefits because of their religious beliefs while granting recognition and its attendant benefits to other similarly situated student organizations that do not share Plaintiffs' religious beliefs.

264.    Defendants' refusal to protect the legal right of the FCA students to meet as a recognized student organization with all the benefits attendant on recognition while according other student organizations their legal right to meet as recognized student organizations with all the benefits attendant on recognition violates the Equal Protection Clause of the Fourteenth Amendment.

265.    Defendants have knowingly and intentionally allowed students and faculty to harass and bully Ms. Sinclair, Ms. Klarke, and other FCA students in violation of the District's anti-harassment and anti-bullying polices for the purpose of pressuring them to renounce their religious beliefs and affirm beliefs that District officials insist they affirm.  Defendants continue to require this of the Pioneer Student FCA Chapter and FCA's Student Representatives.  *See Flores v. Morgan Hill Unified Sch. Dist.,* 324 F.3d 1130 (9th Cir. 2003).

266.    Defendants' actions were taken pursuant to official policy, as evidenced, among other things, by Principal Espiritu's citations to District policy, and refusal to require Mr. Glasser to take down his display disparaging FCA's religious values.

267.    Defendants' actions, taken under color of state law, have denied Plaintiffs rights and privileges secured under the U.S. Constitution's Fourteenth Amendment.

268.    Ms. Sinclair and Ms. Klarke have suffered deprivation of constitutional rights and mental anguish due to Defendants' unlawful actions and seek to recover damages.

269.    Defendants continue to deny official recognition and its benefits to student groups who wish to affiliate with FCA and promote its religious beliefs, speech, and values in violation of

the rights of FCA, its Student Representatives, and the Pioneer Student FCA Chapter, who wish to promote and advance their shared religious beliefs, speech, and values at Pioneer.  Injunctive relief is necessary to stop this ongoing violation of the rights of FCA, its Student Representatives, and the Pioneer Student FCA Chapter, and to prevent irreparable harm.

270.    Defendants' ongoing denial of recognition and its benefits to student groups affiliated with FCA and continued  harassment of students who attend meetings of FCA Student Chapters frustrates FCA's mission by, among other things, stigmatizing FCA and its religious beliefs and intimidating students who attend meetings or events held by student groups affiliated with FCA. FCA has diverted and continues to divert resources, including staff time and procuring legal advice and correspondence, in order to address and mitigate its injury caused by Defendants' illegal actions.

271.    FCA seeks on behalf of itself and the Student Representatives, and the Pioneer Student FCA Chapter seeks on behalf of its members, a declaration that Defendants' actions violate the First Amendment and injunctive relief prohibiting future acts.  Without such declaratory and injunctive relief, FCA, its Student Representatives, and the Pioneer Student FCA Chapter will continue to be irreparably harmed.

**TENTH CAUSE OF ACTION**
**42 U.S.C § 1983**
**U.S. Const., amend. I, Free Speech Clause**
**Compelled Speech**

272.    All preceding paragraphs are incorporated here by reference as if fully written herein.

273.    Public school officials may not compel students to affirm or abjure a specific belief or set of beliefs. *See, e.g., West Virginia Board of Education v. Barnette*, 319 U.S. 624, 642 (1943) ("If there is any fixed star in our constitutional constellation, it is that no official, high or petty, can prescribe what shall be orthodox in politics, nationalism, religion, or other matters of opinion or force citizens to confess by word or act their faith therein."). Accordingly, government officials may not condition participation in a program on an organization affirming or abjuring a specific set of beliefs or policy statement. *Agency for Int'l Dev. v. All. for Open Soc'y Int'l, Inc.*, 570 U.S. 205, 218

(2013) ("By requiring recipients to profess a specific belief, the Policy Requirement goes beyond defining the limits of the federally funded program to defining the recipient.").

274.   Defendants and other District officials at Pioneer, Leland, and Willow Glen, acting under the policies, practices, and customs of the District, have denied recognition and its accompanying benefits to the Student FCA Chapters because of their affirmation of their religious beliefs, their refusal to abjure their religious beliefs, or their refusal to affirm beliefs that District officials insist they affirm.

275.   Defendants and other District officials at Pioneer, Leland, and Willow Glen, acting under the policies, practices, and customs of the District, have conditioned recognition and its accompanying benefits on the Student FCA Chapters' abjuration of their religious beliefs or their affirmation of beliefs that the District officials insist they affirm.

276.   Defendants have knowingly and intentionally allowed students and faculty to harass and bully the FCA students for the purpose of pressuring them to abjure their religious beliefs or affirm beliefs that District officials insist they affirm.

277.   Defendants' actions were taken pursuant to official policy, as evidenced, among other things by Principal Espiritu's citations to District policy and the District's refusal to correct its actions and recognize FCA even after the illegality of its decisions was pointed out.

278.   Defendants' actions, taken under color of state law, have denied Plaintiffs rights and privileges secured under the U.S. Constitution's First Amendment as applied to the states through the Fourteenth Amendment.

279.   Ms. Sinclair and Ms. Klarke have had their rights infringed and suffered mental anguish due to Defendants' unlawful actions and seek to recover damages.

280.   Defendants continue to deny official recognition and its benefits to student groups who wish to affiliate with FCA and promote its religious beliefs, speech, and values in violation of the rights of FCA, its Student Representatives, and the Pioneer Student FCA Chapter, who wish to promote and advance their shared religious beliefs, speech, and values at Pioneer.  Injunctive relief is necessary to stop this ongoing violation of the rights of FCA, its Student Representatives, and the Pioneer Student FCA Chapter and to prevent irreparable harm.

281.     Defendants' ongoing denial of recognition and its benefits to student groups affiliated with FCA and continued  harassment of students who attend meetings of FCA Student Chapters frustrates FCA's mission by, among other things, stigmatizing FCA and its religious beliefs and intimidating students who attend meetings or events held by student groups affiliated with FCA. FCA has diverted and continues to divert resources, including staff time and procuring legal advice and correspondence, in order to address and mitigate its injury caused by Defendants' illegal actions.

282.     FCA seeks on behalf of itself and the Student Representatives, and the Pioneer Student FCA Chapter seeks on behalf of its members, a declaration that Defendants' actions violate the First Amendment and injunctive relief prohibiting future acts.  Without such declaratory and injunctive relief, FCA, its Student Representatives, and the Pioneer Student FCA Chapter will continue to be irreparably harmed.

## ELEVENTH CAUSE OF ACTION
### 42 U.S.C § 1983
### U.S. Const., amend. I – Free Speech and Assembly Clauses
### <u>Unconstitutional Conditions</u>

283.     All preceding paragraphs are incorporated here by reference as if fully written herein.

284.     Government entities and officials may "not deny a benefit to a person on a basis that infringes his constitutionally protected interests—especially, his interest in freedom of speech. For if the government could deny a benefit to a person because of his constitutionally protected speech or associations, his exercise of those freedoms would in effect be penalized and inhibited." *Perry v. Sindermann*, 408 U.S. 593, 597 (1972).

285.     Defendants have created a limited public forum for students by allowing students to form clubs and granting benefits associated with student clubs.  *See Prince*, 303 F.3d at 1090-91. Plaintiffs have a free speech and associational right to promote their religious views in this forum.

286.     Defendants have unconstitutionally conditioned club recognition and its attendant benefits on Plaintiffs' foregoing their constitutional rights to associate and speak in support of their religious beliefs.

287.   Defendants' actions were taken pursuant to official policy, as evidenced, among other things by Principal Espiritu's citations to District policy and the District's refusal to correct its actions and recognize FCA even after the illegality of its decisions was pointed out.

288.   Defendants' actions, taken under color of state law, have denied Plaintiffs rights and privileges secured under the U.S. Constitution's First Amendment as applied to the states through the Fourteenth Amendment.

289.   Ms. Sinclair and Ms. Klarke have had their rights infringed and suffered mental anguish due to Defendants' unlawful actions and seek to recover damages.

290.   Defendants continue to deny official recognition and its benefits to student groups who wish to affiliate with FCA and promote its religious beliefs, speech, and values in violation of the rights of FCA, its Student Representatives, and the Pioneer Student FCA Chapter, who wish to promote and advance their shared religious beliefs, speech, and values at Pioneer.  Injunctive relief is necessary to stop this ongoing violation of the rights of FCA, its Student Representatives, and the Pioneer Student FCA Chapter and to prevent irreparable harm.

291.   Defendants' ongoing denial of recognition and its benefits to student groups affiliated with FCA and continued  harassment of students who attend meetings of FCA Student Chapters frustrates FCA's mission by, among other things, stigmatizing FCA and its religious beliefs and intimidating students who attend meetings or events held by student groups affiliated with FCA. FCA has diverted and continues to divert resources, including staff time and procuring legal advice and correspondence, in order to address and mitigate its injury caused by Defendants' illegal actions.

292.   FCA seeks on behalf of itself and the Student Representatives, and the Pioneer Student FCA Chapter seeks on behalf of its members, a declaration that Defendants' actions violate the First Amendment and injunctive relief prohibiting future acts.  Without such declaratory and injunctive relief, FCA, its Student Representatives, and the Pioneer Student FCA Chapter will continue to be irreparably harmed.

## TWELFTH CAUSE OF ACTION
### 42 U.S.C § 1983
### U.S. Const., amend. I – Free Speech Clause
### Retaliation

293.    All preceding paragraphs are incorporated here by reference as if fully written herein.

294.    The Government cannot retaliate against persons because of their exercise of their constitutional rights.  *See, e.g.*, *O' Brien v. Wiley*, 818 F.3d 920, 932-33 (9th Cir. 2016).

295.    Plaintiffs' meetings of the Student FCA Chapters and the promotion of their religious views at those meetings are speech protected by the Equal Access Act and First Amendment.

296.    Because of Plaintiffs' exercise of their First Amendment rights, Defendants denied Plaintiffs club recognition and the benefits of club recognition, sought to shame students in the classroom, and knowingly allowed and facilitated harassment of Plaintiffs and other members of the Student FCA Chapters.

297.    Defendants' actions would chill persons of ordinary firmness from continuing to engage in the protected activity.

298.    Defendants' actions were motivated by their opposition to Plaintiffs' meetings and speech promoting their religious beliefs and sought to chill them.

299.    Defendants' actions were taken pursuant to official policy, as evidenced, among other things by Principal Espiritu's citations to District policy and the District's refusal to correct its actions and recognize FCA even after the illegality of its decisions was pointed out.

300.    Defendants' actions, taken under color of state law, have denied Plaintiffs rights and privileges secured under the U.S. Constitution's First Amendment as applied to the states through the Fourteenth Amendment.

301.    Ms. Sinclair and Ms. Klarke have had their rights infringed and suffered mental anguish due to Defendants' unlawful actions and seek to recover damages.

302.    Defendants continue to deny official recognition and its benefits to student groups who wish to affiliate with FCA and promote its religious beliefs, speech, and values in violation of the rights of FCA, its Student Representatives, and the Pioneer Student FCA Chapter, who wish to promote and advance their shared religious beliefs, speech, and values at Pioneer.  Injunctive relief

is necessary to stop this ongoing violation of the rights of FCA, its Student Representatives, and the Pioneer Student FCA Chapter to prevent irreparable harm.

303.    Defendants' ongoing denial of recognition and its benefits to student groups affiliated with FCA and continued  harassment of students who attend meetings of FCA Student Chapters frustrates FCA's mission by, among other things, stigmatizing FCA and its religious beliefs and intimidating students who attend meetings or events held by student groups affiliated with FCA. FCA has diverted and continues to divert resources, including staff time and procuring legal advice and correspondence, in order to address and mitigate its injury caused by Defendants' illegal actions.

304.    FCA seeks on behalf of itself and the Student Representatives, and the Pioneer Student FCA Chapter seeks on behalf of its members, a declaration that Defendants' actions violate the First Amendment and injunctive relief prohibiting future acts.  Without such declaratory and injunctive relief, FCA, its Student Representatives, and the Pioneer Student FCA Chapter will continue to be irreparably harmed.

<b><u>DEMAND FOR JURY TRIAL</u></b>

Plaintiffs demand that the Court set this matter for trial before a jury of their peers.

///

///

///

1

**PRAYER FOR RELIEF**

2

Wherefore, Plaintiffs request that the Court:

3

a.     Set this matter on its docket and schedule it for trial in front of a jury of Plaintiffs'

4

peers;

5

b.     Declare that the Equal Access Act and the First and Fourteenth Amendments to the

6

United States Constitution require Defendants to cease withholding official club recognition and

7

all its attendant benefits due to Plaintiffs' religious beliefs, including but not limited to religious

8

leadership requirements;

9

c.     Issue a preliminary injunction during the pendency of this action prohibiting

10

Defendants from denying the Pioneer Student FCA Chapter or students wishing to form a student-

11

led group affiliated with Plaintiff FCA recognition as a recognized student group or any benefits of

12

recognition available to other student groups because of Plaintiffs' religious beliefs, including but

13

not limited to religious leadership requirements, and enjoining Defendants from allowing students

14

and faculty to harass students in the Student FCA Chapters because of their religious beliefs and/or

15

the FCA students' exercise of their federal statutory or constitutional right to meet to express those

16

religious beliefs;

17

d.     Issue a permanent injunction prohibiting Defendants from denying the Pioneer

18

Student FCA Chapter or students wishing to form student-led clubs affiliated with Plaintiff FCA

19

recognition as a recognized student group or any benefits of recognition available to other student

20

groups because of Plaintiffs' religious beliefs, including but not limited to religious leadership

21

requirements, and enjoining Defendants from allowing students and faculty to harass students in

22

the Student FCA Chapters because of their religious beliefs and/or the FCA students' exercise of

23

their federal statutory or constitutional right to meet to express those religious beliefs;

24

e.     Award Plaintiffs Ms. Klarke and Ms. Sinclair such compensatory, punitive, and

25

nominal damages to which they are entitled for the infringement of their rights under federal law;

26

f.     Award Plaintiffs the costs of this action and reasonable attorney's fees; and

27

g.     Award all such other relief to which Plaintiffs are entitled in law or in equity.

28

---

THIRD AMENDED COMPLAINT
CASE NO.: 5:20-cv-2798

1

Respectfully Submitted,

2

Dated: July 15, 2021                    CENTER FOR LAW & RELIGIOUS FREEDOM

3

By: _____ /s/ Reed N. Smith _____

4

Reed N. Smith (VA SBN 77334)*
Kimberlee Wood Colby (DC BN 358024)*

5

8001 Braddock Road, Suite 302
Springfield, VA 22151

6

703-642-1070 tel / 703-642-1075 fax
rsmith@clsnet.org / kcolby@clsnet.org

7

8

THE BECKET FUND FOR RELIGIOUS LIBERTY

9

Eric S. Baxter (DC BN 479221)*
Daniel H. Blomberg (DC BN 1032624)*

10

Nicholas R. Reaves (DC BN 1044454)*
Kayla A. Toney (DC BN 1644219)*

11

Abigail E. Smith (CA SBN 330347)
1919 Pennsylvania Ave., Suite 400

12

Washington, DC 20006
202-955-0095 tel / 202-955-0090 fax

13

ebaxter@becketlaw.org / dblomberg@becketlaw.org
(*admitted *pro hac vice*)

14

15

SETO WOOD & SCHWEICKERT LLP

16

Stephen C. Seto (CA SBN 175458)
Steven N.H. Wood (CA SBN 161291)

17

Christopher J. Schweickert (CA SBN 225942)
1470 Maria Lane, Suite 300

18

Walnut Creek, CA 94596
925-938-6100 tel / 925-262-2318 fax

19

sseto@wcjuris.com / cjs@wcjuris.com

20

*Attorneys for Plaintiffs*

21

Elizabeth Sinclair, Charlotte Klarke, Fellowship of
Christian Athletes, and Fellowship of Christian

22

Athletes of Pioneer High School

23

24

25

26

27

28

# EXHIBIT A

| Name of Club | Advisor | President/Treasurer | Purpose of Club | Meeting Day/Time |
|---|---|---|---|---|
| Almaden Homework Club | Renduchintala | ████████████ | Help elementary students after school | Wed  S-Period  Almaden Elementary |
| Art Club | Tobin | ████████ | Celebrate Creativity and art | Wed  Lunch Rm:  152 |
| Bachelor Nation | Hernandez | ████████ | Discuss Bachelor | Tues.  Lunch  Rm: PAC |
| Baking Society | Cozzella | ██████████ | raise money for charity | Tues   Lunch  Rm: 451 |
| BC2M | Koring | ███████ | Raise Awareness on Mental Health | Fri  Lunch  Rm: P-3 |
| Best Buddies | Lord | █████████ | Build friendships with those with disabilities | Tues. Lunch  Rm: 400B |
| Black and Blue Crew | Mayhew | █████████ | Amp up Crowd @ sport events | Fridays 7:00pm Football Field |
| Book Club | Cozzella | ██████████ s | Spread Joy of reading | Thurs: Lunch Rm: 451 |
| BSU | Dampier | ██████ | Bring black students together | Tues Lunch Rm: R-7 |
| Business is Booming | Koring | ██████ | | Wed.  S-Period  P-3 |
| Castillero Math Tutoring | Quint | ██████ | Help Castillero with tutors | Mon  Lunch Rm: P-5 |
| Chess Club | Quint | ██████ | Teach Students Chess | Mon.  Lunch  P-5 |
| Communism Club | Hoang | █████████ | Discuss Ideas of Communism | Fri Lunch Rm: R-9 |
| CSF | Gatcke | ██████████ | Provide recognition for great students | Thurs  Lunch  Rm: Library |
| Cycling Club | Murdock | ████████ | meet up with other cyclists | Thurs.  Lunch  Rm: 309 |
| Dream Club | Koring | █████████ | Discuss dreams and psychological theories | Mon  Lunch  Rm: P-3 |
| Dungeons and Dragons | Ratermann | ████████ | Play DND | Mon Lunch Rm: 352 |
| Estatic Club | Mayhew | ███████ | Learn new dance skills | Fri  Lunch   Rm: PAC |
| Flora and Fauna | Murdock | ████████ | Spread awareness on Environmental issues | Fri  Lunch  Rm: 309 |
| Folklorico | De Leon | ████████ | Share traditional dance with the school | Thurs  Lunch  Rm: R-3 |
| Frisbee Club | Zaccheo, R. | ███████ | Play Frisbee | Tues.  Lunch Rm: 301 |
| Geometry Club | Pearl | ███████ | Expand STEM Culture | Wed/Thurs  Flex  Rm: 204 |
| Gifts for Teens | Bacon | ████████ | Collect Items for Homeless | Tues Lunch Rm: PAC |
| Girls Learn Club | Renduchintala | ████████ | increase awareness on gender discrimination | Tues. Lunch |
| Girls Who Code | King | ███████ | Close gender gap in Tech | Wed Lunch Rm: 500 |
| Green Team | Murdock | ████████ | Help Clean up the Environment | Wed  S-Period  Rm: 309 |
| GSA | Sulc/McConnell | ██████████ | LGBTQ+ provide a safe place | Thurs. Lunch  Rm: 353 |
| Harry Potter Club | Glasser | ███████ | Discuss Harry Potter | Tues: Lunch Rm: P-1 |
| Integratoin Club | Moaven | ███████ | Assist in Calculus | Tues. Lunch  Rm: R-5 |
| Interact Club | Davis | ██████ | International organization service club | |
| K-Pop Club | Boyd | ████ | Discuss Korean Culture | Mon  Lunch  Rm: 305 |
| Key Club | Davis | ██████ | Give back to community through service | Tues  Lunch  Rm: 200 |
| Latinx Club | De Leon | ██████ | Share Cultural Activities | Wed Lunch Rm: R-3 |
| Make A Difference Club | Bowman | ██████ | Spread Awareness of World Problems | Wed  Lunch  Rm: R-12 |
| Med Ed Club | Boyd | █████████ | Background Knowledge of medical school | Wed Lunch Rm: 305 |
| Mermaids Club | Bald | ██████ | Dance and explore self-expression | TBD |
| Mock Trial | McConnell | █████████ | Mock Trial | M/Th/F  After school  Rm: 453 |

| Club | Advisor | | Description | Schedule |
|---|---|---|---|---|
| Multicultural Club | Bald | | Learn about different Cultures | Fri  Lunch  203 |
| Mustangs Handball | Krail | | Play Handball | Mon. Lunch  Rm: 307 |
| Newspaper Club | Goldman-Hall | | Pioneer Newspaper | Wed  S-Period Rm: P-6 |
| Noteworthy Notes | McDonough | | express musical interest | Fri Lunch Rm: 101/107 |
| Pacific Islander Club | Quint | | Discuss Pacific Islander Culture | Wed  Lunch  Rm: P-5 |
| Persian Club | Rodriguez | | Talk about Persian Culture | Wed  Lunch  Rm: 357 |
| PHS Ski and Ride | Cozzella | | Go skiing and Snowboarding | Monday  Lunch R,: 451 |
| Ping Pong Club | Tony Lien | | Play Ping Pong | Varies  Gym |
| Pioneers for Christ | Boyd | | Support one another learning about Christ | Tues  Lunch  Rm:305 |
| Political Debate Club | Stallions | | Educate students about politics | Tues; Lunch Rm: 304 |
| Politics Club | Day | | Talk about politics | Tues.  Lunch  Rm: 359 |
| Positive Balance | Hernandez/ | | Anti-Stress/ safe space for students | Tues  Lunch  Rm: R-7 |
| Pre-Med Society | Boyd | | Bring students who are interested in the medical field | Everyother Fri:  Lunch Rm: 305 |
| Radio Club | Day | | Allow students with own Radio show | Wed.  Lunch  Rm: TBD |
| Robotics | King | | Expand opportunity for STEM | Multi days and times |
| Save our Seas | McDonough | | Fundraise for 4Ocean | Fri.  Lunch  Rm: 101 |
| Science olympiad | Murdock | | Passion about STEAM | Thurs  Lunch  Rm: 309 |
| Shrek Club | Bowman | | Talk about Shrek and Dreamworks | Friday Lunch Rm: R-12 |
| Simply Cards | Esquerra | | Play Cards | M/W/F Lunch Rm: R-6 |
| Smash Club | Zaccheo, R. | | Play Super Smash Brothers | Wed. S-Period Rm: 301 |
| Spikeball Club | Esquerra | | Play Spikeball | Thurs:  Afterschool Rm: R-6 |
| Sports Medicine Club | Vasquez | | Students Interested in Sports Medicine | Wed. Lunch  Rm: 304 |
| Student Action Committee | Glasser | | Encourage activism in a positive way | Wed. Lunch  P-1 |
| Tech Deck Club | Hernandez | | Have fun with tech decks | Tues  After School Rm: 203 |
| Tetris Club | King | | play tetris | Mon. After School  Rm: 500 |
| The Satanic Temple Club | Bowman | | Promote religious pluralism | Wed.  Lunch Rm: R-12 |
| UNICEF | Murdock | | Fundraise for Children | Mon  Lunch  Rm: 309 |
| Voices of Music | Levy | | Spread Joy through Music | Wed: Lunch Rm:107 |

| Club/ Interest group NAME | Club/ Interest Group DESCRIPTION for the school website. | Club Email contact | Club Advisor | Meeting DAY | Meeting TIME | Meeting FREQUENCY | Meeting LOCATION | Primary Website/ Social Media address |
|---|---|---|---|---|---|---|---|---|
| 2050 | Our goal is to spread awareness and educate on the environmental crisis as well as discuss ways in which we can help guide our planet back to balance. We will also raise money to donate towards the Environmental Defense Fund which will help further take action to help restore our planet. | 2050leland@gmail.com | P. Stoltz | Tuesday | Lunch | Twice a month | H10 | |
| 4K Dance | 4K Dance is a club that focuses on K-POP dance covers. We perform at our own concerts which occur twice a year and at many other event inside and out of school. | 4kdanceleland3@gmail.com | T. Blandino | Wednesday | After School | Weekly | FDR | @4kdance.leland |
| Acts of Random Kindness | We aim to unify Leland students and staff through random acts of kindness. During club meetings, we create arts and crafts activities that we'll pass out to relive student stress and brighten peoples' day! | lelandarkclub@gmail.com | J. Moura | Monday | Lunch | Weekly | K-7 | IG: @lelandarkclub |
| ADAPT | ADAPT, or Advocates for Disabled Adolescents through Projects and Toys, is a club dedicated to raising awareness about genetic diseases and collecting donations for the Saratoga Pediatric Subacute Hospital. Meeting every other Thursday in Mrs. Sarkar's room, we will learn about the different types of complications that occur from different genetic diseases, plan the next outing to the Subacute Hospital (where we connect and play with patients), and help introduce new volunteers to the hospital. | adapt.lhs@gmail.com | A. Sarkar | Thursday | Lunch | Twice a month | F-6 | IG: @adapt.leland |
| AI Club | We teach complicated applications of AI technology through interactive means. We include practical applications and attend conferences | lelandai1920@googlegroups.com | L. Berti | Wednesday | Lunch | Twice a month | Media Center | |
| Amnesty International Club | Leland Amnesty International Club is a chapter of the non-profit organization that works towards achieving human rights for everyone. We write letters and sign petitions in order to help those whose human rights are violated. Some are addressed to government officials, while others are written directly for the victims and their families. | lelandamnestyinternational@gmail.com | E. Ngo | Friday | Lunch | Weekly | H2 | Instagram: @lelandamnestyinternational |
| Anime Club | Anime Club is a club that provides exposure to Japanese culture. Our goal is to help spread appreciation towards the culture by endorsing its trends and entertainment. In doing so, we hope to unite our community on a common interest in Japanese cultural enrichment. | lelandanimeclub@gmail.com | S. Paulazzo | Friday | Lunch | Weekly | K-8 | fb: Leland Anime Club |
| Art Club | This club is a place for anyone who enjoys art to meet and interact with other art enthusiasts! Each club meeting, we have fun art related activities and more planned out! | lhsartclub1920@gmail.com | S. Rapoport | Wednesday | Lunch | Weekly | J-7 | IG: @lelandartclub |
| Aviation Club | Aviation Club connects students with a passion for aviation together once a week in K-6. Our purpose is to share information about aviation history and careers, along with teaching about basics of aerodynamics and other aviation fundamentals. | | D Hilger | Tuesday | Lunch | Weekly | k-6 | IG: aviationclub_leland |
| Bare Necessities | We collect menstrual hygiene products (pads and tampons) and gently used bras to donate to homeless shelters in our community and/or victims of natural disasters (like Hurricane Dorian). There is a constant need for menstrual hygiene products as well as bras for the less fortunate. Homeless/ in need menstruators shouldn't have to choose between dinner or a tampon and bras shouldn't be a luxury. | barenecessitiesclub1920@gmail com | E. Ngo | Wednesday | Lunch | Weekly | H2 | IG: lhs.barenecessities |
| Bioinformatics Club | Bioinformatics club explores the bridge between biology and computer science. We empower students with biochemistry and data science, preparing them for thinkers of tomorrow. | lelandbioinfo@gmail.com | D. Hall | Thursday | Lunch | Weekly | F5 | |
| Black Student Union (BSU) | Black Student Union fosters an environment that allows students of color to feel comfortable sharing their experiences at Leland and discussing current events regarding people of color around the world. BSU aims to build awareness to the reality of being a person of color in today's society, as well as to teach the ideas of tolerance and acceptance to its members. | lelandbsu@gmail.com | Nyia Roberts | Friday | Lunch | Twice a month | Media Center | |
| Bridge Club | Students will learn how to play bridge - a card game that promotes excellence in math, logic, memory, and teamwork. Warren Buffett once said: "Bridge is such a sensational game that I wouldn't mind being in jail if I had three cellmates who were decent players." No materials or prior knowledge needed. | lelandbridgecard@gmail.com | R. Jankowski | Wednesday | Lunch | Weekly | H-4 | Facebook: Leland Bridge Card Club |
| Calligraphy Club | Calligraphy Club aims to share a love of lettering and calligraphy with the community. Members learn lettering and calligraphy in lessons during club meetings and participate in projects to create cards for hospitalized children and overseas U.S. soldiers. | lelandcalligraphy@gmail.com | S. Paulazzo | Monday | Lunch | Twice a month | K-8 | |

| Club/ Interest group NAME | Club/ Interest Group DESCRIPTION for the school website. | Club Email contact | Club Advisor | Meeting DAY | Meeting TIME | Meeting FREQUENCY | Meeting LOCATION | Primary Website/ Social Media address |
|---|---|---|---|---|---|---|---|---|
| CAN Club | Our mission is to bring awareness to the Leland High School community about the need for food banks in our area, as well as assist Second Harvest Food Bank through volunteering and food drives at Leland. | lelandcanclub@gmail com | H. Pimentel | Thursday | Lunch | Twice a month | G-1 | IG: @llhs_canclub |
| Card Games Club | Card Games Club not only incorporates a fun atmosphere in which members can express their interests through their own choice of card games but also diversifies their knowledge of card games through learning new card games. We welcome all people to join because we can teach them new and entertaining card games that will certainly help them relieve their stress. | lelandcardgamesclub@gmail. com | W. Yen | Tuesday | Lunch | Weekly | J-4 | IG: @lhs_card_games_club, |
| Charger Pals | In Charger Pals, club members will create crafts with special needs students at Leland. The main focus of our club is to encourage interaction and build relationships with the special needs students. Through making crafts, playing games, eating food, and more, students are able to feel included in a friendly and encouraging environment. | chargerpalsleland@gmail.com | T. Hart | Wednesday | Lunch | Weekly | K-12 | |
| Chargers for the Cure | Our club works to better community health by informing residents of San Jose about healthy living, through monthly newsletters that discuss health issues like vaping and preventative measures, organizing projects like a low-cost vaccination event, and conducting blood sugar screenings at senior centers. | chargersforthecure@gmail.com | J. Paulsen | Friday | Lunch | Twice a month | F-5 | https://www.facebook. com/groups/383504415519062/ |
| Chess Club | Chess Club provides the needed materials to help people interested in chess become better. We hosts tournaments and provide lessons within the club. | | J. Sloneker | Wednesday, Thursday | Lunch | Weekly | E-6 | website: https://lelandchess club/, Instagram: https://www.instagram. com/leland chess club/ website: https://www.chess. com/club/leland-chess-club |
| Cinema Club | Cinema Club is a club where students can explore and discuss various pieces of American film. At meetings members discuss their favorite movies, directors, actors/actresses, and more while also getting the opportunity to watch them with their fellow peers. | lelandcinemaclub@gmail.com | P. Stoltz | Tuesday, Thursday | Lunch | Weekly | H-10 | IG: lhs_cinema.club |
| Code-matics Club | We bridge the gap between mathematics and computer science - in order to code, you need to know a bit of discrete math + number theory. We meet bi-monthly, and we lectures on topics regarding number theory and discrete math. Besides these wonderful lectures, we aim to bring guest mathematician speakers, prepare students for the USA Mathematical Talent Search (USAMTS) competition, and add an interdisciplinary aspect to our lectures - for example: making relations with biology, chemistry, and physics. | leland codematics@gmail com | H. Pimentel | Wednesday | Lunch | Twice a month | G-1 | Instagram: @code matics |
| Codementary | Our club will be designed to bring together passionate coders from around the school and progress our knowledge together. Once we have established the core fundamentals of computer science, we plan to continue our ongoing program where we teach 3rd-6th graders the basics of coding at local San Jose library branches through interactive, exciting game-developing workshops. This experience is aimed to heighten each high school individual's knowledge in computer science and encourage them to adapt to exciting, fresh environments. | leland codementary@gmail. com | R. Wallace | Tuesday | Lunch | Weekly | E8 | Website: codementary org, IG: @leland.codementary |
| Creation Club | Basically: we make things. We do unconventional art, including digital art, animation, and 3D. Club members also have the choice to use materials for traditional art to create unconventional art, such as abstract paintings and sculptures. There are a multitude of things that club members can do, including working in groups to create something. The whole club will participate in at least 1 big project per school year for the art show held once per semester, or if needed only once per school year. | | A. Rutsch | Monday, Friday | Lunch | Weekly | J-11 | |
| CSF | CSF is a club that provides community service opportunities to students who have outstanding grades. Members who earn 60 hours over 4 years receive a scholarship and sash to wear at graduation! | csf.leland@gmail.com | S Seandel | Tuesday | Lunch | Twice a month | H9 | |
| Economics Club | Economics Club is an interest group at Leland dedicated to discussing economic topics, analyzing current market trends, and exploring careers in finance. We also have a ongoing stocks game to practice investing skills. We meet monthly on Mondays in K-1. | lelandeconomicsclub@gmail. com | R. Miller | Monday | Lunch | Montly | K-1 | Facebook: Leland Economics Club |
| Entourage | Have you ever seen the student section at the football games? Ever wonder where all the hype comes from during basketball season? That's Entourage in a nutshell. Eat. Sleep. Charge on. | | M. Walsh | Friday | After Scho | Montly | GBA | IG: lelandentourage2020 |

| Club/ Interest group NAME | Club/ Interest Group DESCRIPTION for the school website. | Club Email contact | Club Advisor | Meeting DAY | Meeting TIME | Meeting FREQUENCY | Meeting LOCATION | Primary Website/ Social Media address |
|---|---|---|---|---|---|---|---|---|
| FBLA | FBLA is the high school division of Future Business Leaders of America-Phi Beta Lambda, Inc. FBLA helps high school students prepare for careers in business through academic competitions (FBLA Competitive Events), leadership development, and educational programs. | lelandfbla1@gmail.com | T. Hall | Friday | Lunch | Weekly | C10 | Website: https://lhsfbla.weebly.com, IG: @leland.fbla, Facebook Page: Leland FBLA, Facebook Group: Leland FBLA |
| Fellowship of Christian Athletes (FCA) | Our vision is to see the world transformed by Jesus Christ through the influence of coaches and athletes. We aim to lead new believers into a growing relationship with Jesus Christ and His church. Our relationships will demonstrate steadfast commitment to Jesus Christ and His Word through integrity, serving, teamwork and excellence. | lelandfca@gmail.com | G. Clarke | Thursday | Lunch | Montly | E-1 | IG: @lelandfca, Website: https://fca.org/aboutus/who-we-are/vision-mission |
| Finance Club | Looking at economics from both a global view and personal view, Finance Club aims to educate interested people in the means of both personal finance and global economics. | | Robert Miller | Tuesday | Lunch | Twice a month | K-1 | |
| French Club | French Club aims to expose Leland students to French language and culture and to emphasize multiculturalism in daily life. Participating in this club includes exploring French cuisine, music, and culture, and opportunities to attend lectures and classes to better understand the language. No prior French knowledge is necessary. All are welcome! | frenchclubleland@gmail.com | M. McNabb | Friday | Lunch | Twice a month | F1, Madame M | Instagram: @lelandfrenchclub, |
| Game Club | In Game Club, students have a great chance to meet new people, relax, and play games with each other. Computer games, board games, phone games, and card games are all an option at Game Club. Feel free to bring in any game you want to play with others! | lelandgameclub@gmail.com | P. Stoltz | Wednesday | Lunch | Twice a month | H-10 | Facebook: Leland Game Club |
| Game Design and Programming Club | Game Design and Programming club is a club dedicated to game development. Our mission is to teach not just coding behind game design but also programming in general as well. We will also teach other crucial aspects of game design such as music creation, CADing, and sprite creation. By the end of the year, you should be able to create your very own game! | lelandgamedesignclub@gmail.co | R Wallace | Wednesday | Lunch | Twice a month | E-8 | |
| Games Club of Leland | All-inclusive club for games of all kinds. Video games, board games, etc. | lelandgamesclub@gmail.com | T. Hart | Friday | Lunch | Weekly | class K-3 | IG: @gamesclubofleland |
| Gaming To Give | We hold gaming tournaments to raise money for local organizations and non-profits. We play some of the most popular games and encourage even the most casual of gamers or non gamers to contribute and have fun! | gamingtogivecorp@gmail.com | W. Yen | Wednesday | Lunch | Twice a month | J4 | gamingtogive org, IG: @gamingtogive |
| Girls Who Code | Girls who code close the gender gap in the Engineering field. In our club we help our members create cool projects through lessons that occur during lunch. We also go to hackathons as well as field trips(not as often). | lelandgirlwhocode@gmail com | K Thoman | Monday | Lunch | Twice a month | C-9 | @lhsgirlswhocode |
| Glee Club | A club where people come together to play music and sing. Performances about twice a semester and a very fun experience which benefits the community and the students involved. | lhsglee@gmail.com | R. Ajlouny | Tuesday | Lunch | Weekly | G-2 | Instagram: @lelandgleeclub |
| GSA | GSA (Gender Sexuality Alliance/Gay Straight Alliance) is a club where students of the community or allies come together and discuss about LGBTQ+ history, important figures, and personal/social issues | lelandgsaclub@gmail.com | C. Barros | Tuesday | Lunch | Weekly | E-3 | |
| Handcrafted Club | In Handcrafted club, we will be making fun crafts and DIYs every other Thursday during lunch. Our club's goal is to mainly reuse waste such as plastic water bottles by using these as materials for our crafts. This way we can create art, and help save the planet at the same time. | handcraftedclub@gmail.com | N. Hamilton | Thursday | Lunch | Twice a month | J-8 | IG: @lhshandcraftedclub, |
| Helping Hands | We help raise money for orphanages in impoverished regions of Iran. Iranian orphanages receive very little funding from the government, so we will use the money to buy clothes for the orphanages. | lhshelpinghands@gmail com | T. Blandino | Friday | Lunch | Weekly | K-11 | IG: @lhshelpinghands |
| Hockey club | Hockey club is an interactive team and social group, where anyone of any skill or interest is welcome. Even if you don't play hockey and are just interested, come to our meetings where we will talk all things hockey. | hockeyclublhs@gmail com | S. Paulazzo | Tuesday | Lunch | Montly | K-8 | |
| Indian Heritage Club | Our club strives to promote Indian Culture and teach our members the important aspects of it. This is done by holding club meetings, running fun activities for our members, and inviting guest speakers to come and share their knowledge of Indian Culture. | lhsindianheritageclub@gmail.co | P. Stoltz | Friday | Lunch | Twice a month | Mr. Stoltz's roo | IG: @indianheritageclub |
| International Club | We at International Club want to expose the Leland Community to different cultures from around the world the world. At club meetings, we learn about new cultures by watching foreign films and enjoying free snacks. | leland international10@gmail.com | J Topalovic | Tuesday | Lunch | Weekly | C-6 | Leland International Club (facebook) |

| Club/ Interest group NAME | Club/ Interest Group DESCRIPTION for the school website. | Club Email contact | Club Advisor | Meeting DAY | Meeting TIME | Meeting FREQUENCY | Meeting LOCATION | Primary Website/ Social Media address |
|---|---|---|---|---|---|---|---|---|
| JAW (Journey Around The World) | JAW is a non-profit club at Leland High School. Each year, we choose a new country to fundraise and provide helpful resources for. In the past and this year, we are donating money to Doris Dillon School in Cambodia, a non-profit school for underprivileged students in Cambodia. | jawnonprofit@gmail.com | T. Blandino | Tuesday | Lunch | Twice a month | K-11 | Instagram: @lelandjaw, Website: http://jawnonprofit.wixsite.com/jawnonprofit |
| Key Club | Key Club is an international student-led organization which provides its members with opportunities to provide service, build character, and develop leadership skills. We have been serving our community since 1967 and is one of the many high schools in a division, also known as Division 12 South, in the California-Nevada-Hawaii district. Key Club provides funds for the Pediatric Trauma Program and strives to eliminate Maternal Neonatal Tetanus. | lelandkc@gmail.com | Annie Larks | Wednesday | Lunch | Weekly | GBA | Website: @http://lelandkey.weebly.com/, IG: @lelandkeyclub, FB: @Leland Key Club, Flickr: @lelandkeyclub, |
| Lacrosse Club | Lacrosse Club is meant to help prepare incoming and returning lacrosse players for the season in the spring. We hope to boost awareness of the sport at Leland and to expose new players to the sport through field time with experienced players. | lelandlaxclub@gmail com | A Rutsch | Thursday | Lunch | Twice a month | J-11 | |
| Ladki Love | Our mission is to help kids in rural parts of India get a proper education. We sell accessories to raise money so we can donate it to an organization in India. | | | Thursday | Lunch | Twice a month | H-9 | Website: http://www.ladkilove.org/ IG: @ladkilove Facebook: Ladki Love |
| Leland American Red Cross | Leland American Red Cross is a club that focuses on disaster preparedness and community safety. Throughout the year, we have many volunteer opportunities such as volunteering at blood drives. This year, out goal is to be able to teach safety and preparedness at local facilities, expanding our knowledge onto our community. | lelandamericanredcross@gmail.com | J. Kerwin | Tuesday | Lunch | Weekly | k-10 | instagram: lelandamericanredcross facebook: Leland American Red Cross 2019-2020 |
| Leland Bring Change to Mind (BC2M) | The Leland Bring Change to Mind club is dedicated to ending stigma surrounding mental health. We accomplish this by educating club members about various mental illnesses and providing a safe network. Highlights over the past few years include bringing therapy dogs to campus during finals week and wellness week with self-care centered tutorial periods. | | S. Peters | Friday | Lunch | Twice a month | GBA | Instagram: @lelandbc2m. Facebook: Leland Bring Change to Mind Club |
| Leland Girl Up | We work towards providing funding for girls' education in third world countries like India, Guatemala, and Ethiopia. We spread awareness about the forced child marriages, sexual harassment, and lack of citizenship these girls face to Leland's community. | | J. Touchton | Monday | Lunch | Montly | H-8 | @lelandgirlup |
| Leland Junior State of America | Junior State of America (JSA) is the largest student led organization in the US. Our goal is to give a place for students to discuss politics with people of varied opinions, give students the tools to differentiate real news from fake news, and to teach students the importance of fulfilling one's civic duty. We do this by hosting debates regularly, going to JSA conventions where students can network with students and legislators from across the country, and finding opportunities for students to directly impact politics such as internships or becoming part of a political campaign. | lelandjuniorstate@gmail.com | T. Connors | Friday | Lunch | Twice a month | K4 | https://www.facebook.com/Leland-Junior-State-of-America-113484496699464/ |
| Leland Medical Club | We're a club that aims to inspire students to pursue a career in medicine through activities such as lectures from physicians and dissections. | lelandmedicalclub@gmail.com | M. Cahn | Wednesday | Lunch | Twice a month | F-7 | FB: Leland Medical Club IG: @lhsmedicalclub |
| Leland Naach | Naach is Leland's premier Bollywood/Hip-Hop Dance Team. Our school team performs at rallies, school events, and the talent show. Our competitive team also performs at several school events, as well as auditions and shows at different high schools all across the bay. | lelandhsnaach@gmail.com | J. Oddson | Monday | After Scho | Weekly | E-wing hallway | IG: l@elandnaach |
| Leland Oceanic Preservation Club | We are an interest group dedicated to educating students about the various issues surrounding the world's oceans, including: the effects that ocean contamination has on both humans and the ecosystem, international political issues revolving around the state of the oceans, and various steps that can be taken to preserve the ocean and prevent further contamination. | lhsoceanpreservation@gmail.com | L. Walton | Thursday | Lunch | Twice a month | F-3 | Instagram: @lhs_ocean_preservation, |
| Leland Robotics 604 | Team 604 has been a member of the FIRST Robotics Competition since 2001. We have made it to championships every year since 2012, and even won our division in 2017. Not only do we compete, we also teach local kids STEM through Lego robotics and science experiments. There are no prerequisites to joining our team; just the desire to learn. | lelandrobotics@gmail.com | H. Arrington | Monday | Lunch | Weekly | GBA | website: 604robotics.com facebook: @frc604 instagram: frc604 |

| Club/ Interest group NAME | Club/ Interest Group DESCRIPTION for the school website. | Club Email contact | Club Advisor | Meeting DAY | Meeting TIME | Meeting FREQUENCY | Meeting LOCATION | Primary Website/ Social Media address |
|---|---|---|---|---|---|---|---|---|
| Leland Science Club | We are a club with the aim to increase a passion of science in our community through science fairs, science bowl, and olympiads such as the USABO and the Science Bowl. We are also holding a Leland Science Fair for elementary, middle and high school students to give exposure to research methods and/or to prepare for the Synopsys Science Fair. Members and volunteers can get community service and show leadership!! | lelandsciclub@gmail.com | J. Lutze | Wednesday | Lunch | Weekly | C-1 | Facebook: https://www.facebook.com/groups/233915833944419/ |
| Leland STEM Club | Leland STEM aims to inspire young kids to pursue STEM by exposing them to a number of basic concepts through interactive experiments. Our topics range from chemistry and physics to innovative engineering challenges all hosted by Leland students. High School volunteers will receive community service hours and be a part of exciting club activities throughout the year. We will also be inviting guest speakers from Bay Area companies over the year. | lelandstem@gmail.com | K. Thoman | Friday | Lunch | Twice a month | Ms. Kat's room | IG: @lelandstem, FB: Leland STEM Club |
| Leland Women | Leland Women is a club that works towards empowering the women on the Leland campus and overall providing a safe space to discuss topics surrounding feminism, beauty standards, intersectionality, etc. We hope to create a tight knit community of empowered women on campus and give them the support and love they deserve. | lelandwomen@gmail.com | B. Marchetti | Wednesday | Lunch | Twice a month | K-5 | IG: @lelandwomen, |
| Linguistics Club | Linguistics Club aims to bring information and connect Leland students to resources and information in the field of linguistics. Our goal is to create a community of Leland students interested in linguistics, or other fields that connect to linguistics. Club meetings generally consist of lectures, interactive activities, or guest speakers. | lelandlinguisticsclub@gmail.com | J. Touchton | Friday | Lunch | Weekly | H-8 | |
| LiNK (Liberty in North Korea) | Fundraising to secure safe passage for North Korean refugees and raising awareness about the plight of North Koreans. | linkatleland@gmail.com | J. Lutze | Friday | Lunch | Twice a month | C1 | IG: linkatleland |
| Machine Learning and Hackathon Club | Our club teaches introductory python and to basic machine learning algorithms. We want to focus on applying programming knowledge to solve real world problems. | lelandmachinelearning@gmail.com | T. Blandino | Tuesday | Lunch | Twice a month | K11 | |
| Make A Wish | Make a Wish club is dedicated to spreading cancer awareness and raising money for the Make A Wish Foundation! Every meeting we talk about different types of cancers. We have fundraisers and fun events, all the while helping children in hospitals all around the Bay Area. | makeawishleland@gmail.com | J. Oddson | Tuesday | Lunch | Twice a month | E-4 | IG: @makeawishleland |
| Math Club | If you want to learn mathematics outside of classroom, this is the club for you. You get to participate in extracurricular math competitions and join a group of people who all enjoy math. | | J. Montgomery | Friday | After School | Weekly | C-3 | |
| Meditation and Stress-Reduction Club | Feeling stressed? Overwhelmed? Join the Meditation Club! Here we give you techniques on how to reduce stress in all aspects of life: social, academic, and so much more! | | J.Paulsen | Thursday | Lunch | Montly | F-5 | |
| Model United Nations | A club for students of all ages to learn more about the world and the way it works through conferences that model the real-world United Nations. There are two this year, information is given every weekly meeting, the first one in the beginning of December and the second at the end of January. | lelandhsmun@gmail.com | G. Brasher | Monday | Lunch | Weekly | H-7A | https://sites.google.com/view/lelandhsmun/home |
| Music Club | Music Club allows students to play music in a comfortable and stress-free environment, collaborate with their peers as chamber musicians, and add on to their knowledge of music. Through the many service opportunities provided by this club, students are able to benefit the community when they perform, receive volunteer hours, and gain performance experience. The club's mission is to make a positive impact on the community—one note at a time! | lelandmusicclub@gmail.com | M. Cahn | Thursday | Lunch | Weekly | F7 | instagram: @lelandmusicclub |
| National Honor Society | National Honor Society is a club that recognizes students who demonstrate the qualities of scholarship, character, leadership, and service. Our club is circumscribed around service and the main objective is for all of our members to bring an effective change to their communities and the world that we live in. | lelandnhs4@gmail com | J. Cohen | Tuesday | Lunch | Twice a month | K-2 | |
| Origami Club | We learn to fold a new origami model every week during lunch. At events such as the Hakone Matsuri, our club members teach origami to people of all ages. Also, we occasionally decorate the school. | leland origami@gmail.com | J. Touchton | Thursday | Lunch | Weekly | Room H-8 | |
| Physics Club | We focus around preparing for the physics competitions, especially the F=ma competition in January. We also discuss physics in general, and help others in their physics classes. | lelandphysics@gmail.com | K. Tibbs | Monday | Lunch | Weekly | F9 | |

| Club/ Interest group NAME | Club/ Interest Group DESCRIPTION for the school website. | Club Email contact | Club Advisor | Meeting DAY | Meeting TIME | Meeting FREQUENCY | Meeting LOCATION | Primary Website/ Social Media address |
|---|---|---|---|---|---|---|---|---|
| Podcast Club | Students learn how to record, edit and produce their own podcasts that are uploaded on Anchor for other students to listen to. Students get into groups based on interests (lifestyle, politics, sports, entertainment, arts, etc.) to come up with ideas for episodes of their podcasts. The club produces several types of podcasts catered to different interests. | lhspodcastclub@gmail.com | S. Dawson | Wednesday | Lunch | Montly | J-5 | |
| Psychology and Neuroscience Club | We're an interest group that is targeted at students who want to major in/interested in psychology and/or neuroscience. We plan on exploring current research in the field, participating in events such as the Alzheimer's Walk, discussing student's summer research opportunities, and more. Drop in to one of our meetings in F-6 on Fridays or talk to Rishab Iyer for more information! | lelandpsychneuroclub@gmail.co | A. Sarkar | Friday | Lunch | Weekly | F6 Sarkar | |
| Quiz Bowl | We play Quiz Bowl, a Jeopardy-style activity where people buzz in to answer questions about a variety of subjects ranging from history and science to pop culture and current events. We regularly compete in tournaments against other schools both locally and nationally and it's a great way to show any knowledge you have and learn more. | lelandquizbowl@gmail.com | R. Miller | Wednesday | Lunch | Weekly | K1 | Facebook: Leland Quiz Bowl |
| SAT Prep Club | SAT Prep Club provides students with the perfect environment and resources they need to excel at the SAT and standardized testing in general. It levels the playing field between those who can and cannot afford expensive test prep bootcamps. | lelandsatclub@gmail.com | T. Blandino | Friday | Lunch | Twice a month | K11 | |
| Save the Children | A school club of the charity, Save the Children, dedicated to championing the rights and interests of children worldwide. We spread awareness about and take action to change the situations of marginalized youth in the Silicon Valley and in other countries through fundraisers, community service projects, petitioning, and more. | lelandstc@gmail.com | W. Yen | Thursday | Lunch | Twice a month | J-4 | IG: @lelandstc |
| Senior Women | We help ensure a happy environment for the Leland community specifically the seniors and staff. We decorate the campus and provide fun activities for the seniors. We also hold events to help those who are in need throughout our community outside of Leland. | | P. Young | Thursday | Lunch | Montly | D-2 | IG: lhs_seniorwomen |
| Students for the Environment | Students committed to making Leland a leading eco-friendly school. We are going to host community service clean ups and start a Leland compost program. We are also going to do small art projects around the school to increase environmental consciousness. | | J. Canter | Wednesday | Lunch | Twice a month | K-9 | IG: @studentsfortheenvironment |
| Students Rebuild | We combine art and philanthropy to make a difference within our local community and globally. This year's challenge is the Hunger Challenge so our efforts will be focused towards that. | | S. Gillis | Tuesday | Lunch | Montly | E-2 | @lelandstudentsrebuild |
| Table Tennis | This club will help you grow your table tennis skills. We will hold tournaments occasionally in order to add a competitive aspect for those interested. Students can also interact with new faces and bond together to form one community. If table tennis is your passion or interest, then I recommend you join this club! | Lhs.tabletennis19@gmail.com | T. Blandino | Wednesday, T | Lunch, Aft | Twice a month | K-11 and gym | Lhs.table_tennis |
| The Creative Writing Club | The Creative Writing Club publishes original works of fiction, poetry, art, and music. Every semester, we produce an anthology of student works, as a professionally-bound magazine. Each is carefully designed and curated, and backed by three years of publishing experience. Join today! | chargerscreative@gmail com | J. Touchton | Tuesday | Lunch | Twice a month | Room H-8 | Facebook: The Creative Writing Club, chargerscreative@gmail. com, |
| Youth Conservative Forum | The Youth Conservative Forum is a club dedicated to promoting diversity of political thought and exposing students to conservative ideas. We host debates and forums, and volunteer at local political events. | youthconservativeforum@gmail .com | J. Moura | Tuesday | Lunch | Twice a month | K-9 | Web: youthconservativeforum.org, IG: @youthconservativeforum |

| Club Name | Advisor |
|---|---|
| Robotics Club | Dr. Milgram |
| Ice Hockey | Mr. O |
| FIDM Club | Ms. Bielefeld |
| Art Club | Mr. Stachnick |
| Thespian Club | Ms, Disario |
| Showcase Club | Ms. Disario |
| Drama Club | Ms. Disario |
| Jewish Culture Club | Ms. Miller |
| Book Club | Mr. McDonald |
| CSF | Ms. Bielefeld |
| AVID | Ms. Lee |
| NHS | Ms. Avery |
| Tabletop Club | Mr. Miller |
| French Club | Ms. Foster |
| Hiking Club | Ms. Banerjee |
| FCA | Mr. Cooper |
| Interact | Dr. Spodick |
| Plus Club | Ms. Disario |
| True Crime Club | Ms. Delucchi |
| Doki Doki Literature Club | Dr. Milgram |
| Anime Club | Ms. Bielefeld |
| Buddies Club | Mr. Peterson |
| Clean Wave Club | Mr. Wind |
| Recycling Club | Mr. Partridge |
| Frisbee Club | Mr. Stachnick |
| WGHS Spirit Squad | Mr. Sierra |
| SAGA | Ms. Lee |
| Christian Club | Mr. Cooper |
| Dubs Only | Mr. Marino |
| Hacky Sack Club | Ms. Bielefeld |
| Invisible Issues Club | Ms. Bauer |
| Democratic Socialist of America | Mr. Old |
| Hack Club | Mr. Old |
| Black Student Body | Ms. Sariñana |
| Hiking Club | Mrs. Walker |
| Film Club | Mr. Andres |
| Spikeball Club | Mr. Wind |
| Model United Nations Club | Ms.Banerjee |
| Club Youth & Government | Ms.Suarez |
| Latino Club and Dreamers | Ms. Norment |
| Rambuck's Cafe | Mr. Peterson |
| Key Club | Ms. Miller |
| The Environmental Protection Club | Ms. Lee |
| Fighting Game Club | Mr.Old |

**EXHIBIT B**

## FCA Student Leader Application

Instructions: Please fill out this form and return to your Club Advisor and/or FCA Staff if you are interested in being considered as an FCA Leadership Team member this coming school year.

### Personal Information

Date_____ School_____ T-Shirt Size _____ Graduation Year _____

Name _____ Sport (you play or enjoy)_____

Address _____

City _____ State _____ Zip _____

Phone  (cell)_____

Email  _____

School sport(s)/other club activities_____

_____

Parent's name(s)_____

Dad email _____ Mom email _____

Dad cell phone _____ Mom cell phone _____

### Church Involvement

Current church you attend_____

How often?       Regularly        Sometimes        Rarely        I would like to find a Church/High School Youth Group

Pastor/Priest's name _____

### FCA Experience

Briefly list your FCA involvement:

What leadership position are you interested in?

Why would you like to be part of the FCA Leadership Team?

What is the purpose of FCA?

Are you a current FCA Teammate?        Yes        No  (To join for free, visit fca.org)

## FCA Leadership Commitments

### Statement of Faith

FCA's Statement of Faith helps us keep Jesus Christ the center of our ministry with a clear understanding of what we believe. As a ministry, we focus on what we agree on, not what we disagree about. FCA does not deal with doctrinal differences like the gifts of the Spirit and baptism. This allows us to be inter-denominational while keeping Jesus Christ at the core of our ministry.

- We believe the Bible to be the only inspired, trustworthy and true, without error, Word of God. (2 Timothy 3:16-17)
- We believe there is only one God who eternally exists in three persons: Father, Son and Holy Spirit. (Matthew 28:19)
- We believe Jesus Christ is God, in His virgin birth, in His sinless life, in His miracles, in His death that paid for our sin through His shed blood, in His bodily resurrection, in His ascension/rising up to the right hand of the Father and in His personal return in power and glory. (John 1:1; Matthew 1:18,25; Hebrews 4:15; Hebrews 9:15-22; 1 Corinthians 15:1-8; Acts 1:9-11; Hebrews 9:27-28)
- We believe that acceptance of Jesus Christ and the corresponding renewal of the Holy Spirit are the only paths to salvation for lost/sinful men and women. (John 3:16; John 5:24; Titus 3:3-7)
- We believe in the present ministry of the Holy Spirit, who lives within and guides Christians so they are enabled to live godly lives. (John 14:15-26; John 16:5-16; Ephesians 1:13-14)
- We believe in eternal life, and that through belief in Jesus Christ as the Son of God, we spend eternity with the Lord in Heaven. We believe that in rejecting Jesus Christ as Lord and Savior, we receive eternal suffering in hell. (Matthew 25:31-46; 1 Thessalonians 4:13-18)

- We believe in the spiritual unity of believers in our Lord Jesus Christ, that all believers are members of His body, the Church. (Philippians 2:1-4)
- We believe God's design for sexual intimacy is to be expressed only within the context of marriage. God instituted marriage between one man and one woman as the foundation of the family and the basic structure of human society. For this reason, we believe that marriage is exclusively the union of one man and one woman. (Genesis 2:24; Matthew 19:5-6; Mark 10:6-9; Romans 1:26-27; 1 Corinthians 6:9)
- We believe that God created all human beings in His image. Therefore, we believe that human life is sacred from conception to its natural end; that we must honor the physical and spiritual needs of all people; following Christ's example, we believe that every person should be treated with love, dignity and respect. (Psalm 139:13; Isaiah 49:1; Jeremiah 1:5; Matthew 22:37-39; Romans 12:20-21; Galatians 6:10)

I understand that as a leader in FCA my life is an example to others . 1 Timothy 4:12 *"Don't let anyone look down on you because you are young, but set an example for the believers in speech, in life, in love, in faith and in purity."*
**Do you agree with FCA's Statement of Faith?      Yes      No**

### Spiritual Formation

1. What do you think it means to be a Christian?


2. Share when you first believed in Jesus?


3. Have you come to the place in your own spiritual life where you know for certain that, if you died today, you would go to heaven?      Unsure      Yes      No

4. If you were to die today and stand before God, and He asked you, "Why should I allow you into heaven?" what would you say?


### Focus on the Gospel of Jesus Christ

FCA's ministry presents Jesus Christ as Lord and Savior. Speaking in tongues, healings, prophesying, and baptism are a part of the Christian experience for many people; however, FCA chooses not to focus on them but on the basics of the gospel of Jesus Christ.
Do you agree to keep the focus on the gospel of Christ and not on these or other denominational issues?      Yes      No

### FCA Student Leadership Statement

Just as "captains" are held to a higher standard for their team, FCA Student Leaders are held to a higher standard of biblical lifestyle and conduct. God desires all of His people, especially leaders, to pursue His standards of holiness through their conduct and obedience. Paul the Apostle instructed young Timothy to live similarly in 1 Timothy 4:12. (NLT): "Do not let anyone think less of you because you are young. Be an example to all believers in what you say, in the way you live, in your love, your faith, and your purity."

FCA Student Leaders are not always perfect examples, but they do their best to live and conduct themselves in accordance with biblical values and instruction in order to glorify God. If there are questions about what God says regarding how we live, love, or live sexually pure lives, FCA encourages student leaders to look to the Bible as their Playbook and speak to a FCA Adult Volunteer or Staff member if there are further questions.

**Will you conform to FCA's Student Leadership Statement?      Yes      No**

### FCA Christian Character and Mission

To express and exercise FCA's Christian beliefs, all FCA representatives shall contribute to FCA's Christian character and mission. Accordingly, each FCA representative shall be expected to model FCA's Christian beliefs for the larger community, perform all of their duties as a service to God and comply with the following obligations.

**Beliefs.** Each FCA representatives shall affirm their agreement with FCA's Christian beliefs and shall not subscribe to or promote any religious beliefs inconsistent with these beliefs.

**Christian Conduct Standards.** FCA Representatives shall at all times (both during working and non-working hours) endeavor to conduct themselves in a manner that affirms biblical standards of conduct in accordance with FCA's Christian beliefs. Such conduct standards include FCA's Youth Protection Policy and Sexual Purity Statement.

**Distinctly Christian Activities.** Each FCA Representative shall be ready, willing and able to participate and contribute to distinctly Christian activities such as worship and prayer services.

**Have you, or will you at this time commit to living a drug, alcohol and tobacco-free life?      Yes      No**

**Will you conform to FCA's Christian Character and Mission?      Yes      No**

Signature _____ Date _____
(Turn in to FCA Club Advisor/FCA Staff)

# EXHIBIT C



**FELLOWSHIP OF CHRISTIAN ATHLETES**



# HUDDLE
# PLAYBOOK



# FCA VISION:

TO SEE THE WORLD TRANSFORMED BY JESUS CHRIST
THROUGH THE INFLUENCE OF COACHES AND ATHLETES.

## HUDDLE PLAYBOOK



## TABLE OF CONTENTS

**Welcome**.........................................................................................................................i

**Teaching**.........................................................................................................................1
   The Myths vs. the Facts..................................................................................... 2
   What is FCA Ministry?...................................................................................3-7
   What is FCA Huddle Ministry? .................................................................8-10

**Training** ........................................................................................................................11
   How Do I Do FCA Huddle Ministry?...........................................................12
   Multi-Sport Huddle.................................................................................13-21
   Team Huddle............................................................................................22-23
   Coaches Huddle .....................................................................................24-25

**Tools** ............................................................................................................................27
   Products ...............................................................................................................28
   Programs & People.........................................................................................29

**Appendix**.....................................................................................................................31
   **Guidelines**
      FCA Huddle Constitution ...............................................................32-33
      The Equal Access Act ....................................................................... 34-36
      Student's Bill of Rights on a Public School Campus .......................... 37-38
      FCA Christian Community Statement ..........................................38-41
      FCA Youth Protection Policy ..........................................................42-47
      Huddle Policies for Handling Funds ............................................. 48-49
      Insurance Coverage for FCA Activities ............................................ 50

   **Forms**
      Release and Waiver Forms..............................................................51-52
      Liability Insurance Coverage Certificate Request.........................53
      Funds Returned Contribution Transmittal ..................................... 54
      Student Leader Application............................................................55-59
      4x9 Multi-Sport Huddle Sheets ................................................. 60-62
      FCA Testimony Helps...................................................................... 63-64

   **Resources**
      Fields of Faith............................................................................................ 66

Dear Teammate,

Thank you for serving in an FCA Huddle leadership role and for taking on the challenge of reaching athletes and coaches for Jesus Christ. You are in an dynamic position to have an eternal impact!

FCA's theme is **LET'S GO:**

Jesus came and told his disciples,

> "I have been given all authority in heaven and on earth.
> herefore, go and make disciples of all the nations,
> baptizing them in the name of the Father and the Holy Spirit.
> Teach these new disciples to obey all the commands
> I have given you. And be sure of this: I am with you always,
> even to the end of the age."
> **Matthew 28:18-20**

True Competitors encourage each other to greatness. Jesus commands us to move forward with great boldness and go into all the world, make disciples and teach the Good News. For one moment, we can dig deep and push beyond our perceived limits to accomplish more than we can imagine. Together, we can see the world transformed by Jesus Christ.

Let's Go,

The Fellowship of Christian Athletes

i.

**FELLOWSHIP OF CHRISTIAN ATHLETES**

# TEACHING



**HUDDLE PLAYBOOK**

**The Myths vs. The Facts of Ministry**

| The Myths | The Facts |
| --- | --- |
| Ministry is about ministry. | Ministry is about the kingdom. |
| Ministry is telling. | Ministry is serving. |
| Relationships follow ministry. | Ministry follows relationships. |
| I need to be successful. | I need to be faithful. |
| Ministry begins when I show up. | Ministry begins when I leave. |

As ambassadors of Jesus Christ, we are positioned as ministers of the Gospel to the world.

**FCA History**

The Fellowship of Christian Athletes was an idea born in Don McClanen's heart in 1947 when he was a student at what is now Oklahoma State University. He believed that athletes could use their platform of influence to present Jesus Christ to the entire culture in a powerful way. McClanen officially began FCA in 1954. The first FCA Camp was held in 1956 at Estes Park, Colorado with 256 athletes and coaches attending. The huddle ministry began with the formation of FCA Huddles in 1966.

**FCA Today**

FCA is touching millions of lives...one heart at a time. Since 1954, FCA has been challenging coaches and athletes on the professional, college, high school, junior high, and youth levels to use the powerful medium of athletics to impact the world for Jesus Christ. FCA focuses on serving local communities by equipping, empowering, and encouraging people to make a difference for Christ.

You can find out more about what is currently happening in FCA by checking out FCA.org to get the latest news on what God is doing in FCA across the world.

## About FCA

**OUR VISION**
To see the world transformed by Jesus Christ through the influence of coaches and athletes.

**OUR MISSION**
To lead every coach and athlete into a growing relationship with Jesus Christ and His church.

**OUR VALUES**
Our relationships will demonstrate steadfast commitment to Jesus Christ and His Word through Integrity, Serving, Teamwork and Excellence.

**Integrity -** We will demonstrate Christ-like wholeness, privately and publicly. (Proverbs 11:3)

**Serving -** We will model Jesus' example of serving. (John 13:1-17)

**Teamwork -** We will express our unity in Christ in all our relationships. (Philippians 2:1-4)

**Excellence -** We will honor and glorify God in all we do. (Colossians 3:23-24)

## OUR STRATEGY - To and Through the Coach

We pursue our vision and mission through the strategy of **to and through the coach.** We seek ministry first to coaches hearts, marriages and families. Then, when ready, we minister **through** coaches to their fellow coaches, teams and athlete leaders. Billy Graham said, "A coach will impact more people in one year than the average person will in an entire lifetime." With the influence of a coach, FCA recognizes the most strategic way to reach more athletes is to first reach the coach.

### OUR METHODS
As FCA matures, we seek to make disciples through our methods of engaging, equipping and empowering coaches and athletes to know and grow in Christ and lead others to do the same.

**Engage** (1 Thessalonians 2:8)
We engage relationally by connecting with individuals and through events in many different environments by building genuine trust, sharing our lives and sharing the gospel. We strive to connect with coaches and athletes where they are on their spiritual journey.

**Equip** (Ephesians 4:12)
After cultivating relationships and once coaches and athletes come to faith in Christ, we want to equip them with Christ-centered training, events, resources and on-going support in what it means to be a follower of Christ, growing in God's Word and applying it to life.

**Empower** (2 Timothy 2:2)
Once equipped, we empower faithful leaders who desire to use their time, talents and treasures to help other coaches and athletes experience the gospel, grow in their faith and share Him with others. We desire to develop disciples who make disciples, assisting them so that they can in turn engage, equip and empower others to know and grow in Christ and lead others to do the same.

4.

## Distinctives

FCA is a ministry that's distinct from other ministries by what we do and how we do it. Our Vision, Mission, Fundamentals, Values, and Statement of Faith provide most of this distinction. However, we've provided a list below of FCA Ministry Distinctives that are a combination of philosophy and strategies that communicate what we're about and what we're working to accomplish.

1. **Christ-Centered...** focus of our message

2. **Kingdom-Minded...** serving the purpose of the church

3. **Church Bible-Based...** source of our authority

4. **Athletically Focused...** ministering to coaches and athletes

5. **Spiritually Nurturing...** helping people to know and grow in Christ

6. **Fellowship-Oriented...** connecting people through the love of Christ

7. **Volunteer-Intensive...** mobilizing adults to accomplish the mission

8. **Culturally Adaptive...** meeting the diverse needs of people

9. **Faith-Financed...** funded through people moved by God to give

## Ministry Fundamentals

The Ministry Fundamentals are the core competencies of our ministry and the foundation of all we do as a ministry. FCA's Ministry Fundamentals are Share, Seek, Lead, and Love.

**Share Him Boldly** (Acts 5:42) – FCA shares Jesus with those who do not have a personal relationship with Him. We believe that Salvation is only found in Jesus, and with great passion we desire to share the Gospel with the world. (Present Gospel)

**Seek Him Passionately** (Acts 17:11) – FCA equips and encourages others to seek Him daily. A life-long pursuit of knowing and loving Jesus takes perseverance and discipline. (Disciple Others)

**Lead Others Faithfully** (1 Corinthians 14:12) – FCA desires to model Jesus' example of serving by seeking out the needs of others, developing trusting relationships, and caring about the individuals we serve. (Reach Out)

**Love Others Unconditionally** (1 Peter 4:11) – FCA realizes that the most powerful force in the world is love. We desire to be obedient to the Lord as He said that we would be known by our love. (Fellowship Together)

## Statement of Faith

We believe the Bible to be the only inspired, trustworthy and true, without error, Word of God. (2 Timothy 3:16-17)

We believe there is only one God who eternally exists in three persons: Father, Son and Holy Spirit. (Matthew 28:19)

We believe Jesus Christ is God, in His virgin birth, in His sinless life, in His miracles, in His death that paid for, our sin through His shed blood, in His bodily resurrection, in His ascension/rising up to the right hand of the Father and in His personal return in power and glory. (John 1:1; Matthew 1:18,25; Hebrews 4:15; Hebrews 9:15-22; 1 Corinthians 15:1-8; Acts 1:9-11; Hebrews 9:27-28)

We believe that acceptance of Jesus Christ and the corresponding renewal of the Holy Spirit are the only paths to salvation for lost/sinful men and women. (John 3:16; John 5:24; Titus 3:3-7)

We believe in the present ministry of the Holy Spirit, who lives within and guides Christians so they are enabled to live godly lives. (John 14:15-26; John 16:5-16; Ephesians 1:13-14)

We believe in eternal life, and that through belief in Jesus Christ as the Son of God, we spend eternity with the Lord in Heaven. We believe that in rejecting Jesus Christ as Lord and Savior, we receive eternal suffering in hell. (Matthew 25:31-46; 1 Thessalonians 4:13-18)

We believe in the spiritual unity of believers in our Lord Jesus Christ, that all believers are members of His body, the Church. (Philippians 2:1-4)

We believe God's design for sexual intimacy is to be expressed only within the context of marriage, that God created man and woman to complement and complete each other. God instituted marriage between one man and one woman as the foundation of the family and the basic structure of human society. For this reason, we believe that marriage is exclusively the union of one man and one woman. (Genesis 2:24; Matthew 19:5-6; Mark 10:6-9; Romans 1:26-27; 1 Corinthians 6:9)

We believe that God created all human beings in His image. Therefore, we believe that human life is sacred from conception to its natural end; that we must honor the physical and spiritual needs of all people; and by following Christ's example, we believe that every person should be treated with love, dignity and respect. (Psalm 139:13; Isaiah 49:1; Jeremiah 1:5; Matthew 22:37-39; Romans 12:20-21; Galatians 6:10)

## Ministry as a Christian Community

FCA is a Christian community that is led by those who serve FCA's mission as it representatives, including all of FCA's directors, officers, employees and volunteer leaders, each of whom is an integral part of the community (and are described in this Manual as "FCA Representatives"). Both of FCA's mission and the association of FCA's representatives are an exercise and an expression of FCA's Christian beliefs.

## Organizational Structure



Organizational Staff/Geographical Structure

- Local
- State
- Regional
- National
- International

FCA's ministry growth over the years has produced the need for an effective organizational structure. This structure includes local ministry supported by local staff, which is supported by a regional and national FCA ministry organization. When you are a part of FCA, remember that you are not alone. You are part of a large, organized team developed to support what God has called you to do!

**HUDDLE
PLAYBOOK**

Since 1966, the FCA Ministry has been present on campuses all across the country. The Huddle Ministry is initiated and led by student-athletes and coaches on junior high, high school, and college campuses. The purpose of Huddle Ministry, through various types, has been to share the Gospel of Jesus Christ with the lost and to grow and mature as a follower of Jesus Christ.

The "win" of Huddle Ministry is to see campuses impacted for Jesus Christ through the influence of athletes and coaches.

## Why We Do Huddle Ministry

- The mission of reaching out to every person with the Gospel and making disciples everywhere is a direct response to the heart of our Lord Jesus Christ, and brings great glory to God.

- Student-athletes, as implied in the Scriptures, are loved and cared for by our Lord. They are worth our deepest love, our best sacrifice; and in light of the Great Commission and their open hearts, we, the Body of Christ, are compelled to focus on making every effort to reach them with the Gospel.

- The college, high school, and middle school campus is strategic. Huddle Ministry answers the question, "How will FCA effectively impact the campus, club, and travel teams in such a way that Christ is lifted up among the millions of students in our nation?"

- Huddle Ministry provides an unprecedented opportunity to build Christian student-athletes in their faith and equip them as followers of Christ.

- The campus gives FCA the platform to minister to the greater community.

- It is FCA's objective to Engage, Equip and Empower, and encourage student-athletes to impact and influence their campus for Christ.

- FCA is called to glorify God through our unity, committed to a common cause, lifting up one another, sacrificing for the greater good of the Kingdom.

## Who Leads?

### Adult & Student Leaders

Criteria:

1. A commitment to Christ

2. A commitment to Sport

3. A commitment to Huddle

4. A commitment to FCA

To express and exercise FCA's Christian beliefs, all FCA leaders must contribute to FCA's Christian character and mission (see page 38), perform all of their duties as a service to God, and model FCA's Christian beliefs for the larger community. Further, all FCA leaders must affirm their agreement with FCA's Christian beliefs and endeavor to conduct themselves at all times in a manner that affirms the biblical standards of conduct in accordance with FCA's Christian beliefs. Such conduct standards include FCA's Youth Protection Policy and Student Leadership Statement.

Finally, all FCA leaders must be ready, willing and able to lead or contribute to distinctly Christian activities such as worship or prayer services.

See appendix for complete Statement of FCA's Christian Character and Mission.

## Student-Athlete Responsibilities:

1. Seek God's direction for the Huddle Ministry through personal prayer and Bible study.

2. Demonstrate leadership and live a consistent Christian life that models Jesus to your peers.

3. Complete Student Leader Application and return it to Huddle Ministry sponsor or staff.

4. Use personal gifts and talents to help plan and implement FCA ministry on your campus, including leading Bible Study Workouts.

## Adult (Coaches, Teachers, and Administrators) Responsibilities:

1. Seek God's direction for the Huddle Ministry through personal prayer and Bible study.
2. Demonstrate leadership and live a consistent Christian life that models Jesus to others.
3. Contact the local FCA staff person to certify a Huddle.
4. Complete the Ministry Leader Application online at fca.org/mla.
5. Create a student-athlete leadership team.
6. Assist the leadership team in making decisions and planning meetings, events, and group activities.
7. Meet with the leadership team regularly to discuss and evaluate meetings, events, and group activities.
8. Seek to develop and mature the growth of the leadership team as followers of Jesus Christ.
9. Serve as a liaison between the local FCA adult supporters and Huddle Ministry.
10. Inform Huddle Ministry of FCA activities on the local, state, and national levels.
11. Understand FCA's Youth Protection Policy and ensure that it is strictly enforced.

## Ways FCA Staff Can Serve You:

1. Pray for you and your Huddle.
2. Certify your Huddle Ministry.
3. Encourage you through personal contacts and visits.
4. Equip you with ministry resources.
5. Help you develop a Huddle Ministry plan.
6. Inform you of local, regional, and national ministry events and activities.

## Huddle Ministry Types

**Multi-sport Huddle –** A small group Bible study for coaches, athletes and all whom they influence. (Traditional Huddle)

**Team Huddle –** A team Bible study.

10.



**FELLOWSHIP OF CHRISTIAN ATHLETES**

# TRAINING

HUDDLE
PLAYBOOK

## How Do I Get Started?

• Pray for God to prepare your Huddle.
• Select which Ministry Type(s) meets the needs of your Huddle.
  ○ Multi-Sport Huddle, Team Huddle, Coaches Huddle
• Seek your administration's blessing.
• As a Huddle Ministry sponsor, fill out the Ministry Leader Application online at http://www.fca.org/mla
• To certify your Huddle, go to http://www.fca.org/certify. This form will be sent to your local FCA staff to inform them of your interest in being certified.
• You can also contact your local FCA staff to certify your Huddle. To contact your local staff, go to http://www.fca.org/quick-links/find-local-staff.

## We have developed a five-step process to build effective huddle ministries:



**MULTI-SPORT HUDDLE**

## PRAY

- Pray for God's will in your Huddle.
- Pray for receptiveness and interest.
- Pray for the salvation of others.
- Pray for the growth and maturity of believers.
- Pray for God's continual equipping of those leading.

**Helpful Tips**

■ Get together the key people involved with leading your huddle ministry before your first meeting for the express purpose of praying for God's direction, presence, and provision.

■ Keep them updated on needs as well as how God is moving in your Huddle.

## PREPARE

## 1. Develop a Leadership Team

- Develop a Leadership Team with student-athlete leaders based on FCA's criteria and responsibilities and have them complete an FCA Student Leader Application, which is found in the Appendix of this playbook.

- Decide which model you are going to use for your Leadership Team.

**Helpful Tips**

■ Challenge the leadership team with the importance of making a commitment to attend each leadership meeting in order to prepare with excellence, each Huddle Meeting.

■ Remind the leaders of the eternal cause of FCA and to prioritize their time around that cause.

■ Pass around a commitment sheet for them to sign as a visible accountability to the entire group of their commitment.

**HUDDLE**
**PLAYBOOK**

**A. Leadership Team Models**

○ In developing a leadership team, there are two types of models FCA encourages: a "Position-Based" leadership team or a "Task-Based" leadership team.

○ A **Position-Based Leadership Team** parallels the gifts and talents of a student leader with a specific position in leadership. A student serves in this position for a year.

○ A **Task-Based Leadership Team** assigns differing tasks to each leader based on their gifts and talents. These assignments are not limited to a specific time; it could be for one week, one month, or one semester.

○ Remember to assign roles based on people's personalities and gifts. An example would be that a quiet, organized person is better suited for secretary and not necessarily the best fit for opening welcome announcements.

○ Every leader should lead a Workout at some point during the school year to provide spiritual leadership for the Huddle.

○ Special events can be coordinated through your Leadership Team by filling roles to make sure the project(s) gets done. They can also be achieved through a special events project coordinator who plans and coordinates FCA special events during the year. Examples:

   *Fields of Faith   *Service Project   *Team Outreach

## Position-Based Leadership Team

| Tasks | Position/Responsibility |
|---|---|
| Facilitate Meeting | Captain |
| Take Minutes | Secretary |
| Handle Finances | Treasurer |
| Communications | Promotions Coordinator – Announcements made through school media & online (Facebook, Twitter, etc.), flyers/posters displayed on campus, locker rooms, etc. |

## Task-Based Leadership Team

These are assigned in the Leadership Team meetings.

| Tasks | Position/Responsibility |
|---|---|
| Audio/Video | A/V Coordinator – Makes sure audio is ready for exciting music before and after huddle meeting. Coordinates equipment to ensure video presentations. |
| Food/Drinks | Refreshment Coordinator – Coordinates all refreshments |
| Make people feel welcome | Greeter – Intentionally greets everyone and makes sure visitors are connected with other students. |
| Welcome | Gives opening welcome and announcements |
| Warm-up | Prepares and leads the icebreaker/ game/mixer |
| Workout | Either leads or secures leader of devotion/testimony |
| Wrap-up | Closes the meeting in prayer and final announcements  or reminders |

## 2. Know the Basics

- A Multi-Sport Huddle **Meeting** is a small group Bible study for coaches, athletes and all whom they influence.
- A Huddle ministry's **Purpose** is evangelism, discipleship, outreach, and fellowship using the platform of athletics.
- A Huddle ministry **Strategy** has been developed to help you know who your target audience is and what the fundamental purposes are in your ministry.

### A. Huddle Ministry Strategy

○ **Target Audience**

There are three types of audiences: Huddle members, the athletic community, and the entire campus. The Huddle members regularly attend your Huddle events and meetings. The athletic community is comprised of all teams, coaches, and athletes.

○ **Purpose**

The four fundamental purposes are: Share, Seek, Lead, and Love. Share is evangelism or sharing the Gospel of Jesus Christ with your campus and community. Seek is discipleship or seeking to grow and mature as a follower of Jesus Christ. Lead is reaching out to others through servant leadership that draws them to faith and growth in Jesus Christ. Love is fellowship or building relationships with others.

**Target Audience + Purpose = Ministry Impact**

○ **Huddle Ministry Model**

It is suggested that within each month you target your Huddle ministry with each of the purposes indicated. We call this the 4X9 Huddle Ministry Model, which is found in the Appendix of this playbook. With four weeks in a month and nine months in a school year, you will have nine meetings focused on Share (Present Gospel), nine meetings focused on Seek (Disciple Others), nine events focused on Lead (Reach Out), and nine events focused on Love (Fellowship Together).

16.

**MULTI-SPORT HUDDLE**

## 4 X 9 Huddle Planning Sheet

Share — Present Gospel :
1.
2.
3.
4.
5.
List Presenting Plans

Seek — Disciple Others :
1.
2.
3.
4.
5.
List Discipling Plans

Lead — Reach Out :
1.
2.
3.
4.
5.
List Reaching Plans

Love — Fellowship Together :
1.
2.
3.
4.
5.
List Fellowship Plans

| Meeting Date | January: Ministry Purpose | Target Group |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Meeting Date | February: Ministry Purpose | Target Group |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Meeting Date | March: Ministry Purpose | Target Group |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Meeting Date | April: Ministry Purpose | Target Group |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Meeting Date | May: Ministry Purpose | Target Group |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

Ministry Purpose = Share, Seek, Lead, Love
Target Group = Huddle Members; Athletic Community; Entire Campus

**Sample Blank Form**

Reproducible forms for both semesters are found in the Forms section of the Appendix.



**HUDDLE PLAYBOOK**

# 4 X 9 Huddle Planning Sheet

### Share—Present Gospel:

1. Pro Perspectives (FCA DVD)
2. "What is God's Purpose for my Life?" (FCA DVD)
3. Student Athlete Testimony
4. Sport Speaker
5. Fields of Faith

**List Presenting Plans**

| Meeting Date | September: Ministry Purpose | Target Group |
|---|---|---|
| 1. Wed - 2 | Cow - Tongue Football | Entire Campus |
| 2. Wed - 9 | Student Athlete Testimony | Huddle Members |
| 3. Wed - 16 | Notes of Encouragement | Athletic Comm. |
| 4. Wed - 23 | See You at the Pole | Entire Campus |
| 5. Wed - 30 | Attend & Pray @ volleyball Game | Athletic Comm. |
|  |  |  |

### Seek—Disciple Others:

1. "Authority" Devotion (FCA Bible)
2. Competitor's Creed study
3. "Choosing Friends" Devotion (FCA Bible)
4. Heart of an Athlete study
5. See You at the Pole

**List Discipling Plans**

| Meeting Date | October: Ministry Purpose | Target Group |
|---|---|---|
| 1. Wed - 7 | Balloon Bag Volleyball | Entire Campus |
| 2. Wed - 14 | Fields of Faith | Athletic Comm. |
| 3. Wed - 21 | Competitor's Creed Study | Huddle Members |
| 4. Wed - 28 | Feed the Football Team | Athletic Comm. |
| 5. |  |  |
|  |  |  |

### Lead—Reach Out:

1. Feed the Football Team after practice
2. Write notes of Encouragement to Athletes
3. Gatorade Giveout
4. Attend volleyball game (Pray at the start)
5. Coaches Breakfast

**List Reaching Plans**

| Meeting Date | November: Ministry Purpose | Target Group |
|---|---|---|
| 1. Wed - 4 | Human Foosball | Entire Campus |
| 2. Wed - 11 | "What is God's Purpose...?" | Entire Campus |
| 3. Wed - 18 | Gatorade Giveout | Athletic Comm. |
| 4. Wed - 25 | Heart of an Athlete Study | Huddle Members |
| 5. |  |  |
|  |  |  |

### Love—Fellowship Together:

1. Human Foosball
2. Cow-Tongue Football
3. Balloon Bag Volleyball
4. Knockout Basketball
5. Blindfold Dodgeball

**List Fellowship Plans**

| Meeting Date | December: Ministry Purpose | Target Group |
|---|---|---|
| 1. Wed - 2 | Knockout Basketball | Entire Campus |
| 2. Wed - 9 | "Authority" Devotion | Huddle Members |
| 3. Wed - 16 | Coaches Appreciation Breakfast | Athletic Comm. |
| 4. |  |  |
| 5. |  |  |
|  |  |  |

Ministry Purpose = Share, Seek, Lead, Love
Target Group = Huddle Members; Athletic Community; Entire Campus

**Sample Completed Form**

Reproducible forms for both semesters are found in the Forms section of the Appendix.

**MULTI-SPORT HUDDLE**

### B. Multi-Sport Huddle Meeting Structure

○ The Huddle meeting outline consists of four parts: Welcome, Warm-Up, Workout, and Wrap-Up.

**Welcome:** greeting and announcements

**Warm-Up:** ice-breakers, games, skits, etc.

**Workout:** Bible studies, devotionals, and testimonials (spiritual growth component)

**Wrap-Up:** closing comments

○ You can use the Huddle Meeting Agenda Form found in the Appendix of this playbook to help plan each individual Huddle meeting.

○ Take time to familiarize yourself with FCAresources.com in order to access great warm-ups (icebreakers, skits, team-builders, etc.) and workouts (devotions, Bible studies, videos, etc.)

### C. Multi-Sport Huddle Meeting Agenda

○ Use this form to organize each meeting.

○ Reproducible forms are found in the Forms section of the Appendix.

---

## Multi-Sport Huddle Meeting Agenda

• Meeting Date: _____

• Meeting Purpose: _____
  (Share, Seek, Lead, Love)

• Target Group: _____

• **Welcome:** greetings and announcements

_____

• **Warm-Up:** ice-breaker, games, skit

_____

• **Workout:** Bible studies, devotionals, testimonials

_____

• **Wrap-Up:** closing comments

_____

---

**HUDDLE PLAYBOOK**

## PLAN

- Use the following checklist to make sure you are organized for your first Huddle meeting.

  ☐ Secure day, time, and location for Huddle meetings.

  ☐ Develop a ministry plan for the semester using the Huddle Ministry Model (4X9) form to help give you a ministry "road map" for the semester.

  ☐ Organize your meeting each week by using the Huddle Meeting Agenda Form.

  ☐ Task assignments based on gifts and talents of student leaders.

  ☐ Plan an initial FCA interest meeting. Invite all students, parents, coaches, and faculty.

  ☐ Show the FCA presentation video.

  ☐ Challenge everyone to join you.

## PROMOTE

- You can use multiple resources to get the word out about your Huddle.
- Create flyers, posters, announcements, etc. to promote upcoming Huddle meetings, activities, and events.
- Distribute promotional materials.
- Use various media to invite people: text, Facebook, Twitter, email, phone, etc.

### Helpful Tips

- Assign someone to promote your Multi-Sport Huddle ministry using every method available. If you aren't intentional about getting the word out, your great planning and preparation will have a limited audience.

- Break up your leadership team into "text teams" and assign each leader a certain number of students to invite through text message on the night before and/or the day of your Huddle meeting.

- Go to FCAresources.com to download related resources:

  - Customizable Huddle Posters
  - FCA PowerPoint Template
  - Outreach Ideas
  - FCA Radio Commercials
  - FCA Logos
  - FCA Photos

## PRODUCTS

**Tools to Get Started**

- **Preview:**

  **Athletes Bible –** This Bible includes the Serendipity Student Bible with group and individual study helps, 500 potential small group meetings, 90 athletically focused Bible studies, 100 icebreakers and team builders, a Bible dictionary, and other study tools. This resource can be purchased at FCAgear.com.

- **Access:**

  **FCAresources.com –** FCAresources.com brings together all of FCA's resources into one website. Devotionals, articles, outreach ideas, icebreakers, podcasts, Bible studies, videos, and more! Everyone within the ministry can search this large library and submit resources.

**HUDDLE**
**PLAYBOOK**

## PRAY

- Pray for God's will in your Huddle.
- Pray for the receptiveness and interest .
- Pray for the salvation of non-Christians.
- Pray for the growth and maturity of believers.
- Pray for God's continual equipping of those leading.

### Helpful Tips

- Get together the key people involved with leading your huddle ministry before your first meeting for the express purpose of praying for God's direction, presence, and provision.

- Ask some adults in your community to continually lift up your huddle ministry in prayer.

- Keep them updated on needs as well as how God is moving in your Huddle.

## PREPARE

- Communicate with coaches and team members about this opportunity.
- Identify team(s) that will participate in the Team Huddle(s).
- Develop a Leadership Team with athlete leaders based on FCA's criteria and responsibilities and have them complete a student leader application.
- Review FCA Resources for Team Huddle.

## PLAN

- Use the checklist to make sure you are organized for your first Team Huddle.
  - ☐ Secure day, time, and location of Team Huddle.
  - ☐ Recruit a Huddle leader or facilitator.
  - ☐ Develop a Huddle plan with timeline and specific lessons outlined.
  - ☐ Organize a weekly study agenda.
  - ☐ Plan an initial study that introduces FCA, explains what the study is about, and relays the importance of commitment and confidentiality.

## PROMOTE

- Use multiple resources to get the word out about your Team Huddle.
- Create flyers to promote upcoming Bible study opportunity.
- Check with your coach to see if you can post some fliers with date, location, and time around the gym or locker rooms.

### Helpful Tips

- Check with the coach first and ask for a few minutes to make the announcement to the team.

- It is a great idea to have a team member announce what the Team Huddle is and when it will begin. A personal invitation to teammates and coaches is very effective.

- Distribute promotional material to team members.
- Invite team members to attend the Team Huddle.

## PRODUCTS

**Tools to Get Started**

• **Preview:**

**Team Bible –** The Team Bible is specifically designed to equip, encourage and empower teams to study God's Word together. This Bible includes 32 text pages of Team Huddle material, including 20 Team Studies focusing on common issues teams face. This resource can be purchased at FCAgear.com.

**Team Studies –** This Bible is designed specifically for Team Huddles. It is a very practical guide through 16 key character traits that every individual and team needs to have in their life. This resource can be purchased at FCAgear.com.

**Athletes Bible –** This Bible and individual study helps, 500 potential small group meetings, 90 athletically-focused Bible studies, 100 icebreakers and team builders, a Bible dictionary and other study tools. This resource can be purchased at FCAgear.com.

• **Access:**

**FCAresources.com –** FCAresources.com brings together all of FCA's resources into one website. Devotionals, articles, outreach ideas, icebreakers, podcasts, Bible studies, videos, and more! Everyone within the ministry can search this large library and submit resources.

**HUDDLE PLAYBOOK**

## PRAY

- Pray for God's will in your Huddle.
- Pray for the receptiveness and interest.
- Pray for the salvation of non-Christians.
- Pray for the growth and maturity of believers.
- Pray for God's continual equipping of those leading.

### Helpful Tips

■ Get key people involved with leading your huddle ministry together before your first meeting for the express purpose of praying for God's direction, presence and provision.

■ Ask some adults in your community to continually lift up your Huddle Ministry in prayer.

■ Keep them updated on needs as well as how God is moving in your Huddle.

## PREPARE

- Contact each coach about the Coaches Huddle opportunity.
- Rally the involvement of coaches interested.
- Review FCA Resources for Coaches Huddle.

## PLAN

- Use the following checklist to make sure you are organized for your first Coaches Huddle.

  ☐ Secure day, time, and location of Bible study.

  ☐ Recruit a Bible study leader or facilitator.

☐ Develop a Bible study plan with timeline and specific lessons outlined.

☐ Organize a weekly study agenda.

☐ Plan an initial study that introduces FCA, explains what the study is about, and relays the importance of commitment and confidentiality.

### Helpful Tips

■ Use these great, free resources for your coaches ministry:

  ■ Browse the Heart of a Coach Devotionals at fcaresources.com.

  ■ Browse other free group Bible studies for material at fcaresources.com.

## PROMOTE
- You can use multiple resources to get the word out about your Coaches Huddle.
- Post some fliers with date, location, and time around the gym or locker rooms.
- Invite coaches to attend the Huddle study.
- Distribute promotional material to coaches.

## PRODUCTS

**Tools to Get Started**

- **Preview:**

  **Athletes Bible –** This Bible includes the Serendipity Student Bible with group and individual study helps, 500 potential small group meetings, 90 athletically-focused Bible studies, 100 icebreakers and team builders, a Bible dictionary, and other study tools. This resource can be purchased at FCAgear.com.

  **3 Dimensional Coaching Companion Bible Study -** This Companion Bible Study is designed to be used in small group settings by coaches who are enrolled in the 3D+ Course. This resource expounds upon the faith-based principles that are introduced in the online training.

- **Access:**

  **FCAresources.com –** FCAresources.com brings together all of FCA's resources into one website. Devotionals, articles, outreach ideas, icebreakers, podcasts, Bible studies, videos, and more! Everyone within the ministry can search this large library and submit resources.

  **FCACoachesAcademy.com –** The FCA 3Dimensional Coaches Academy is a three course training curriculum designed to help coaches become transformational in their coaching by fulfilling their transformational purpose. The result is that coaches learn to coach their players in all three dimensions (body, mind, heart) from a faith-based perspective.

26.



**FELLOWSHIP OF CHRISTIAN ATHLETES**





# TOOLS

**HUDDLE PLAYBOOK**

**PRODUCTS**

## Bibles
- Athletes Bible
- Power Bible
- Team Bible
- The Coaches Bible
- The Competitor's Bible
- Sports New Testament (Spanish and English versions)

## Study/Devotion
- Character Studies
- Team Studies
- Heart of the Competitor
- Heart of a Coach
- Heart of an Athlete
- Core Value Series
- Leadership Bible Studies
- Victory 365

## Discipleship
- A Biblical Approach to InSideOut Coaching
- 3Dimensional Coaching Companion Bible Study

## Online Resources
- Everything FCA – fca.org
- FCAcampustools.com
- Merchandise – fcagear.com
- Ministry Resources – fcaresources.com
- 3Dimensional Coaching – fcacoachesacademy.com

## Programs

- Fields of Faith – fieldsoffaith.com
- Day of Champions
- Sports Rallies
- Sport-Specific Outreaches
- Leadership Trainings

## People

- FCA Staff
- Local Community Members
- FCA Board
- Adult Huddles
- Booster Clubs
- Youth Pastors and Church Ministers

30.



**FELLOWSHIP OF CHRISTIAN ATHLETES**



# APPENDIX

**HUDDLE
PLAYBOOK**

## FCA Huddle Constitution

### Article I – Name

The name of the organization shall be the (name of the school) Fellowship of Christian Athletes.

### Article II - Mission

The mission of the Fellowship of Christian Athletes is "To lead every coach and athlete into a growing relationship with Jesus Christ and His church."

FCA is a Christian community that is led by those who serve FCA's mission as it representatives, including all of FCA's directors, officers, employees and volunteer leaders, each of whom is an integral part of the community (and are described in this Manual as "FCA representatives"). Both of FCA's mission and the association of FCA's representatives are an exercise and an expression of FCA's Christian beliefs.

### Article III - Qualifications of Members

As the purpose states, FCA is targeted at reaching athletes and coaches. In order to best reach this group through the Huddle, participants of Huddles are to be current or former members of recognized school athletic teams and those who carry an interest in athletics.

FCA should not become an exclusive "club," with restricted membership; however, a key principle in FCA's strategy for reaching "athletes and coaches" is for the commonality of athletics with those in the group to remain obvious.

### Article IV - Officers and Elections

▶ **Section I: Officers to be Elected**

The (name of school) Fellowship of Christian Athletes shall have officers as follows:

1. Captain   2. Co-Captain   3. Recruiter   4. Secretary   5. Treasurer

▶ **Section II: Qualifications of Officers**

To express and exercise FCA's Christian beliefs, every FCA student leader must contribute to FCA's Christian character and mission (see page 40), perform all of his or her duties as a service to God, and model FCA's Christian beliefs for the larger community.

Accordingly, a officer must be a member of the (name of school) Fellowship of Christian Athletes and an FCA student leader who has affirmed his or her agreement with FCA's Statement of Faith and mission (and has been certified as such by the National FCA.) meet any qualifications set by the school for holding office in an organization that is consistent with FCA's mission and beliefs.

▶ **Section III: Duties of Officers**

A. Captain will preside over all meetings, work with other Huddle officers and Huddle Coaches in planning programs, give direction in setting group goals and demonstrate Christian leadership qualities.

B. Co-Captain will assist the Captain in any way, inform the Huddle of meeting time and place, assist in program planning and take care of any physical needs of the meeting.

C. Recruiter will promote FCA activities among coaches and athletes.

D. Secretary will provide administrative support of Huddle activities.

E. Treasurer will be responsible for processing any funds acquired by the Huddle.

▶ **Section IV: Elections**

Election of officers will be held once a year, preferably during March or April. This will allow newly elected officers to be trained by the existing officers and have opportunity to attend FCA Leadership Camp in the summer. Potential officer candidates will be screened by existing officers and Huddle Coach to ensure their commitments to FCA's beliefs and mission. A majority vote will be necessary for an officer to be elected. In case of no majority, a runoff will be held immediately.

**Article V - Meetings**

Meetings will be held weekly or twice a month and can be conducted in an atmosphere where fellowship, growth and outreach can be accomplished.

**Article VI - Amendments**

Amendments to this Constitution may be proposed by any Huddle officer. Amendments shall become effective if approved by the executive leadership of the organization. All policies of the said group must be consistent with the policies of the Fellowship of Christian Athletes Support Center, 8701 Leeds Road, Kansas City, MO 64129, (800) 289-0909 or (816) 921-0909.

## The Equal Access Act

(Title VIII of Public Law 98-377)

### Short Title

Sec. 801. This title may be cited as "The Equal Access Act."

### Denial of Equal Access Prohibited

Sec. 802.

(a) It shall be unlawful for any public secondary school which receives Federal financial assistance and which has a limited open forum to deny equal access or a fair opportunity to, or discriminate against, any students who wish to conduct a meeting within that limited open forum on the basis of the religious, political, philosophical, or other content of the speech at such meetings.

(b) A public secondary school has a limited open forum whenever such school grants an offering to or opportunity for one or more non-curriculum related student groups to meet on school premises during non-instructional time.

(c) Schools shall be deemed to offer a fair opportunity to students who wish to conduct a meeting within its limited open forum if such school uniformly provides that–

　(1) the meeting is voluntary and student-initiated;

　(2) there is no sponsorship of the meeting by the school, the government, or its agents or employees;

　(3) employees or agents of the school or government are present at religious meetings only in a nonparticipatory capacity;

　(4) the meeting does not materially and substantially interfere with the orderly conduct of educational activities within the school; and

　(5) nonschool persons may not direct, conduct, control, or regularly attend activities of student groups.

(d) Nothing in this title shall be construed to authorize the United States or any State or political subdivision thereof –

　(1) to influence the form or content of any prayer or other religious activity;

　(2) to require any person to participate in prayer or other religious activity;

　(3) to expend public funds beyond the incidental cost of providing the space for student-initiated meetings;

34.



(4) to compel any school agent or employee to attend a school meeting if the content of the speech at the meeting is contrary to the beliefs of the agent or employee;

(5) to sanction meetings that are otherwise unlawful;

(6) to limit the rights of groups of students which are not of a specified numerical size; or

(7) to abridge the constitutional rights of any person.

(e) Notwithstanding the availability of any other remedy under the Constitution or the laws of the United States, nothing in this title shall be construed to authorize the United States to deny or withhold Federal financial assistance to any school.

(f) Nothing in this title shall be construed to limit the authority of the school, its agents or employees, to maintain order and discipline on school premises, to protect the well-being of students and faculty, and to assure that attendance of students at meetings is voluntary.

**Definitions**

Sec. 803. As used in this title –

(1) The term "secondary school" means a public school which provides secondary education as determined by State law.

(2) The term "sponsorship" includes the act of promoting, leading, or participating in a meeting. The assignment of a teacher, administrator, or other school employee to a meeting for custodial purposes does not constitute sponsorship of the meeting.

(3) The term "meeting" includes those activities of student groups which are permitted under a school's limited open forum and are not directly related to the school curriculum.

(4) The term "noninstructional time" means time set aside by the school before actual classroom instruction begins or after actual classroom instruction ends.

**Severability**

Sec. 804. If any provision of this title or the application thereof to any person or circumstances is judicially determined to be invalid, the provisions of the remainder of the title and the application to other persons or circumstances shall not be affected thereby.

**Construction**

Sec. 805. The provisions of this title shall supersede all other provisions of Federal law that are inconsistent with the provisions of this title.

For further information or a copy of the "Equal Access Guidelines" write or phone:

**Alliance Defense Fund**
15100 N. 90th St., Scottsdale, AZ 85260
(800)TELLADF (800-835-5233), (480) 444-0020, FAX: (480) 444-0025
alliancedefensefund.org

**The American Center for Law and Justice**
P.O. Box 90555, Washington, D.C. 20090-0555
(757) 226-2489, FAX: (757) 226-2836, aclj.org

**Christian Legal Society**
8001 Braddock Road, Suite 300, Springfield, VA 22151
(703) 642-1070, FAX: (703) 642-1075, clsnet.org, clshq@clsnet.org

**National Legal Foundation**
P.O. Box 64427, Virginia Beach, VA 23467-4427
(757) 463-6133, FAX: (757) 463-6055, nlf.net, nlf@nlf.net

**The Rutherford Institute**
P.O. Box 7482, Charlottesville, VA 22906-7482
(434) 978-3888, FAX: (434) 978-1789, rutherford.org, staff@rutherford.org

You may also contact the FCA Support Center at (800) 289-0909,
or (816) 921-0909, ext. 555.

**GUIDELINES**



## Students Bill of Rights on a Public Campus

### I. THE RIGHT to Meet with Other Religious Students

The Equal Access Act allows students the freedom to meet on campus for the purpose of discussing religious issues.

### II. THE RIGHT to Identify Your Religious Beliefs through Signs and Symbols

Students are free to express their religious beliefs through signs and symbols.

### III. THE RIGHT to Talk about Your Religious Beliefs on Campus

Freedom of speech is a fundamental right mandated in the Constitution and does not exclude the school yard.

### IV. THE RIGHT to Distribute Religious Literature on Campus

Distributing literature on campus may not be restricted simply because it is religious.

### V. THE RIGHT to Pray on Campus

Students may pray alone or with others so long as it does not disrupt school activities or is not forced on others.

### VI. THE RIGHT to Carry or Study Your Bible on Campus

The Supreme Court has said that only state directed Bible reading is unconstitutional.

### VII. THE RIGHT to Do Research Papers, Speeches, and Creative Projects with Religious Themes

The First Amendment does not forbid all mention of religion in public schools.

### VIII. THE RIGHT to Be Exempt

Students may be exempt from activities and class content that contradict their religious beliefs.

### IX. THE RIGHT to Celebrate or Study Religious Holidays on Campus

Music, art, literature, and drama that have religious themes are permitted as part of the curriculum for school activities if presented in an objective manner as a traditional part of the cultural and religious heritage of the particular holiday.

### X. THE RIGHT to Meet with School Officials

The First Amendment to the Constitution forbids Congress to make any law that would restrict the right of the people to petition the Government (school officials).

This single page, Students' Bill of Rights on a Public School Campus, may be duplicated without permission from the publisher. Parchment copies of this page (suitable for framing) and/or the book, Students' LEGAL RIGHTS on a Public School Campus (detailing each right), may be obtained by calling or writing the Publisher. Roever Communications, P.O. Box 136130, Ft. Worth, TX 76136, (817) 237-2587.

## FCA Christian Community Statement

FCA is a Christian community led by individuals who serve as representatives of FCA's Mission, including all FCA's trustee, staff, and volunteer ministry leaders. Each of these individuals is an integral part of the FCA community and are described for purposes of this statement as "FCA Representatives."

Those who are not FCA Representatives but are participants in our community include coaches, athletes, guests at Huddles and other events, and volunteers serving in support roles. These participants make significant contributions through their involvement in our Christian community, however, these participants do not represent FCA unless they are also serving in one of the FCA representative roles identified in the paragraph above.

FCA exercises and expresses its beliefs in various ways, including:

**As a Community:** We believe that God calls people to live out their faith in community with other believers. Accordingly, our Christian community is itself an exercise and expression of our Christian beliefs.

**Through Our Activities:** We believe that all of our activities should express our beliefs and be rendered in service to God as a form of worship. As such, all FCA activities further our Christian mission and purposes and are an exercise and expression by FCA of our Christian beliefs.

### FCA's Christian Beliefs

FCA's Christian beliefs are comprised of the FCA Statement of Faith and FCA Mission Statement.

### FCA Statement of Faith

We believe the Bible to be the only inspired, trustworthy and true, without error, Word of God. (2 Timothy 3:16-17)

We believe there is only one God who eternally exists in three persons: Father, Son and Holy Spirit. (Matthew 28:19)

We believe Jesus Christ is God, in His virgin birth, in His sinless life, in His miracles, in His death that paid for our sin through His shed blood, in His bodily resurrection, in His ascension/rising up to the right hand of the Father and in His personal return in power and glory. (John 1:1; Matthew 1:18,25; Hebrews 4:15; Hebrews 9:15-22; 1 Corinthians 15:1-8; Acts 1:9-11; Hebrews 9:27-28)

We believe that acceptance of Jesus Christ and the corresponding renewal of the Holy Spirit are the only paths to salvation for lost/sinful men and women. (John 3:16; John 5:24; Titus 3:3-7)

We believe in the present ministry of the Holy Spirit, who lives within and guides Christians so they are enabled to live godly lives. (John 14:15-26; John 16:5-16; Ephesians 1:13-14)

We believe in eternal life, and that through belief in Jesus Christ as the Son of God, we spend eternity with the Lord in Heaven. We believe that in rejecting Jesus Christ as Lord and Savior, we receive eternal suffering in hell. (Matthew 25:31-46; 1 Thessalonians 4:13-18)

We believe in the spiritual unity of believers in our Lord Jesus Christ, that all believers are members of His body, the Church. (Philippians 2:1-4)

We believe God's design for sexual intimacy is to be expressed only within the context of marriage, that God created man and woman to complement and complete each other. God instituted marriage between one man and one woman as the foundation of the family and the basic structure of human society. For this reason, we believe that marriage is exclusively the union of one man and one woman. (Genesis 2:24; Matthew 19:5-6; Mark 10:6-9; Romans 1:26-27; 1 Corinthians 6:9)

We believe that God created all human beings in His image. Therefore, we believe that human life is sacred from conception to its natural end; that we must honor the physical and spiritual needs of all people; and by following Christ's example, we believe that every person should be treated with love, dignity and respect. (Psalm 139:13; Isaiah 49:1; Jeremiah 1:5; Matthew 22:37-39; Romans 12:20-21; Galatians 6:10)

**Mission Statement**

FCA exists to accomplish the following mission; ensuring all program activities of the ministry shall be structured and conducted accordingly:

To lead every coach and athlete into a growing relationship with Jesus Christ and His church.

**HUDDLE**
**PLAYBOOK**

**Christian Expression and Exercise of Beliefs**

FCA maintains a faith-based community as an exercise of FCA's Statement of Faith. In addition, FCA subscribes to the Christian belief that all its activities, including the duties of FCA Representatives, should express FCA's beliefs and be rendered as a service to God.

**FCA Representative Obligations**

To express and exercise FCA's Christian beliefs, all FCA Representatives shall contribute to FCA's Christian Character and Mission. Each FCA Representative shall be expected to model FCA's Christian beliefs within the greater community, perform all their duties as a service to God, and comply with the following obligations:

- Beliefs: Each FCA representative shall affirm his or her agreement with FCA's Statement of Faith and shall not subscribe to or promote any religious beliefs inconsistent with these beliefs.

- FCA Christian Community and Conduct Standards: FCA Representatives shall always (during both working and non-working hours) endeavor to conduct themselves in a manner that affirms biblical standards of conduct in accordance with FCA's Christian beliefs.

- Distinctly Christian Activities: Each FCA Representative shall be ready, willing, and able to lead or contribute to distinctly Christian activities such as worship and prayer services.

**Volunteers, Program Participants, and Guests**

Guests and volunteers who are serving in ministry support roles as community participants (not in representative roles) are generally not required to affirm our Christian beliefs. During their participation in our community, such participants are expected to respect our beliefs, support FCA's Mission, and comply with applicable community standards. We may give preference for volunteer positions to individuals who share our Christian beliefs.

**Program Participants**

FCA is a Christian community that exercises Christian beliefs described in the FCA Statement of Faith. All FCA activities and events should express its beliefs and be rendered as a service to God.

40.

**GUIDELINES**

FCA believes that all people are of great worth and value to God. In Romans 3:23, the Bible declares that all people have sinned and are in need of Christ's forgiveness and restoration. Following Christ's example, FCA strongly believes that every person should be treated with love, dignity, and respect.

FCA invites everyone to participate in our ministry programs such as Huddle meetings, camps, Bible studies, and events. All FCA activities are open to anyone regardless of their personal beliefs.

FCA believes the good news of Jesus Christ is for all people, therefore everyone is welcome to attend FCA ministry activities and events (Luke 2:10).

FCA believes that every person must be afforded compassion, love, kindness, respect, and dignity (Mark 12:28-31; Luke 6:31). Hateful and harassing behavior or attitudes directed toward any individual are not in accordance with the biblical beliefs of FCA.

Although participants generally do not represent the FCA Christian community, they do contribute to our community, to the experiences of other participants, and to the accomplishment of FCA's Mission. Accordingly, we expect program participants to respect our beliefs and abide by the Christian community standards applicable to them.

### Preserving FCA's Christian Character and Mission

***Noncompliance by Representatives:*** Should any FCA Representative not comply with FCA's Christian beliefs, said representative shall have an obligation to disclose such noncompliance to FCA. FCA may determine whether said representative intends or is likely to continue in such noncompliance. If so, FCA may dismiss the representative from his or her position on the basis that noncompliance is inconsistent with and undermines the expression and exercise of the Christian Character and Mission of the organization.

***Mission Partners/Volunteers:*** Volunteers working with FCA in a capacity other than as a leader shall not be considered representatives of FCA's faith-based community.  Volunteers serving with FCA shall understand that they agree to support FCA's Mission and Values.

***Affirmation:*** Each FCA Representative must affirm that, (1) he or she understands, affirms, and agrees to be bound by the FCA Statement of Faith and Mission, and (2) as a member of the FCA community of faith, he or she will be held accountable by FCA to abide by this Statement of Faith.

**HUDDLE
PLAYBOOK**

## FCA Youth Protection Policy

As part of our purpose and in accordance with our Christian beliefs, we seek to provide every youth, participant, and staff person with a safe, fulfilling experience. We expect all staff to promote a positive, nurturing environment for our youth and other participants, and to closely follow all FCA youth protection guidelines and directives.

**Guidelines for FCA Representatives**

**I. Behavior Policy**

1. FCA expects all paid staff and volunteers, in every aspect of their involvement with FCA activities and programs, to exhibit exemplary language and conduct, consistent with FCA's ministry purpose, Sexual Purity Policy, and moral and theological beliefs.

2. FCA prohibits staff members and volunteers from:

   a. Engaging in any dating and romantic or sexual activity or relationship with the young people and adults who participate in our programs, except that student leaders may date other student participants.

   b. Using sexually explicit language or jokes, or possessing or viewing lewd or

   pornographic materials in the presence of participants or others.

   c. Engaging in any sexual relations or activities that constitute sexual offenses as defined by federal or state law.

   d. Using language or behavior that involves violence or is derogatory, threatening, abusive, or harassing.

   e. Using alcohol, drugs or tobacco (chewing or smoking) while leading or participating in an FCA activity.

3. In addition, FCA expects staff members and volunteers involved in our programs to be attentive to the physical and emotional abilities and needs of participants, and to avoid situations that could cause participants to suffer an accident or injury.

4. Any FCA representative who is found by FCA to have violated this Behavior Policy, or FCA's Sexual Purity Policy, or any of the guidelines below, may be immediately terminated or subjected to disciplinary action, all in the discretion of FCA.

42.

**II. Prevention Guidelines: Barriers to Abuse**

**1. Team Leadership –** Whenever feasible a youth will not be in the primary care or supervision of only one adult. Teams of leaders will supervise activities. Where possible, experienced adult workers should be included with adults who are newcomers to youth work.

**2. Athletic Activities –** The excitement, emotions, and stress of athletic activities can give rise to inappropriate language and physical contact. FCA representatives must refrain from jokes, remarks, exclamations, and physical touch that could be perceived as negative or suggestive. Also, be aware of the physical needs of the athlete, such as fatigue, the need for fluids, treatment of an injury, and weather conditions (such as electrical storms or extreme heat).

**3. Individual Counseling –** Counseling with youth should be in the nature of spiritual counseling. Coaching and mentoring on ordinary problems and challenges of growing up is also acceptable. Counseling should not involve therapy or advice concerning mental or emotional illness, suicidal thoughts, drug abuse, or pregnancy. Generally parents should be advised of these more serious problems. In some instances, the youth should be referred to a professional (see procedures below under Long-term Counseling). Team counseling is preferable whenever possible. When team counseling sessions are not feasible, notify your program leader in advance of the location and with whom you are meeting. Counseling must always be done in a public place (lobby, courtyard, snack shop, etc.) where private conversations are possible but occur in full view of others. Guard carefully to avoid seclusion. Be especially careful to have female adults counsel female youths and males counsel males. A male/female team is generally appropriate for counseling either gender.

**4. Long-term Counseling –** FCA representatives (especially at camp) should avoid entering into long-term individual counseling relationships with participants. Generally, you should not be meeting with a youth for counseling more than three times. FCA representatives should report all counseling contacts to their program leader. Adult leaders are generally not prepared or supported for long-term counseling or formal therapy.

Instead, refer youth who have a need for long-term counseling to professionals in the community.  Before making a referral, always consult with your program leader about the need for referral and how to make the referral. It is usually appropriate to notify and make the referral through a parent/guardian.

5. **Informal Contact (Independent of FCA Activities) –** Informal contact refers to phone calls, cards, face-to-face contact, or other communication between an FCA representative and a youth that is not connected to "official" FCA activities. FCA recognizes that informal contact between FCA representatives and youth frequently occurs and can be very beneficial for Christian and social reasons. For example, staff may hire teens as baby-sitters for their own children, or staff may see kids during social events with the child's family. This interaction is usually legitimate and beneficial. However, staff should seek permission of parents, and report plans for such contact to the FCA program leader before having informal contact with the child. The staff member should clearly let the parent know the nature of the contact and that it is not part of an FCA activity. Parents are responsible for monitoring this informal contact. In follow-up to an FCA activity or event, FCA representatives should only send post cards, not letters. Follow-up emails must be sent from an FCA computer, not a home computer.

6. **Be Aware of "Fantasy Relationships" –** Refrain from spending an inordinate amount of time with any one participant that could lead the participant to misread your interest in him or her or become too strongly tied to you. Be aware of how you express your concern for the student. When you express love, be sure students know you mean Christian love.

7. **Youth Supervising Youth –** Minors may help adults lead youth activities only under the direct leadership of a screened and trained adult. Minors must also be screened and trained (as appropriate for their age). Minors under 16 years of age generally should not be permitted to help lead youth activities. Minors in leadership roles should not be left alone and unsupervised with youth participants.

8. **Overnight Activities –** At least two adults will supervise overnight activities. If the participants are male and female, then male and female chaperons must be present. It is never appropriate for an adult chaperon who is not a family member to share a bed with a youth. Males and females attending events must not share the same sleeping quarters and should have separate access to bathroom facilities. Younger minors should be provided sleeping and changing facilities separate from older minors. Experienced adult workers should be included with adults who are new-comers to youth work.

9. **Transportation –** FCA may from time to time provide transportation as an official part of an activity. When children or youth are transported as a part of an activity, follow the "two adult rule" whenever possible. Avoid situations

44.

where one adult is alone with one youth. In addition, never allow a child to be left alone in a vehicle. All other guidelines also apply.

10. **Confidentiality –** Youth workers must report to a program leader if a minor discusses harming himself or others, committing a crime, or being abused. There are limits to confidentiality when working with youth. Where necessary, explain clearly to youth that there are some circumstances where you are required to "tell" what the youth discloses. Questions about such cases or other issues of confidentiality must be discussed promptly with the program leader. While you should generally maintain the confidentiality of personal information provided to you by participants, at the same time you should never promise complete confidentiality. If a child confides to you that he has been sexually or physically abused by a family member or another, you may have a legal obligation to report this to the authorities. In addition, if the child tells you that he has committed or plans to commit a crime, or plans to harm himself, you may need to report this to the authorities as well.

11. **Gifts –** Youth workers should not give personal gifts or money to youth. Gifts can be easily misinterpreted. With the advance approval of the program leader, small gifts given to groups of young people can be allowed, such as graduation presents or awards for participation.

12. **Physical Contact –** In athletic activities, physical contact between players and between coaches and players is often a necessary part of practice and the game. Certain kinds of physical touch however, are inappropriate. While "high-fives," side-hugs, and pats on the shoulder are usually acceptable, full-hugs, patting the buttocks, and back rubs or massages are not acceptable. Do not allow "piling on" or "dog piles" after a game or practice. Roughhousing and horseplay also should be discouraged, because they can lead to injury.

13. **Corporal Punishment –** Corporal punishment (hitting or spanking) and other forms of punishment involving physical pain are never appropriate. This rule holds true even if parents have suggested or given permission for corporal punishment. Youth workers must consult their supervisors or program leader if they need help with discipline techniques.

14. **Open Door Policy –** All FCA events are "open door." This means that staff and parents have a right to observe any activity. FCA does not practice secret activities, initiations, or rituals.

15. **Dating or Sexual Involvement –** No adult youth worker is to date a youth or be romantically or sexually involved with a youth.

**16. Appearance of Misconduct –** Staff must avoid even the appearance of misconduct. This is necessary in order to maintain parental confidence and avoid mistaken allegations. Appropriate physical contact (see #12 above) in group settings is okay and can be a positive dynamic. However, be cautious of any touching actions that can be misleading to individuals receiving the touch or those observing.

**17. Unsupervised Areas –** Make unsupervised or isolated areas off-limits to youth. Youth should not be allowed to return to cabins or sleeping areas except in groups or with supervision. Develop a plan among leaders for periodic monitoring and checking of unsupervised areas.

**18. Youth Conversation –** Youth should be instructed that sexual talk and gestures are not tolerated. Youth who make sexual remarks to other youth should be reprimanded, and such language should be reported to the program leader.

**19. Supervision and Communication –** Youth workers should consult with the youth program leader to discuss any issues regarding these guidelines. Appropriate topics that must be discussed include problems, accountability, policy clarification, personal feelings, or other issues that may affect youth worker efforts.

**20. Feedback from Youth and Parents –** A leader designated to receive complaints from youth should be identified at every camp. All youth should be made aware of this individual and of his or her availability to listen to problems or complaints. All parents should be provided the name and contact information for this leader. Parents should also be provided an 800-number for complaints and questions. All youth, parents, and adult/coach participants should be provided a comment form following camp or an event, on which they can identify problems or concerns. Please promptly forward copies of all forms received to the FCA Support Center, and please flag all forms that include complaints or that raise safety issues.

**21. Focus on these spiritual guidelines while working with young people:**
1 Thessalonians 2:11,12 – For you know that we dealt with each of you as a father deals with his own children, encouraging, comforting and urging you to live lives worthy of God, who calls you into his kingdom and glory.

1 Thessalonians 5:22 – Avoid every kind of evil.

Philippians 4:8 – Finally brothers, whatever is true, whatever is noble, whatever is right, whatever is pure, whatever is admirable - if anything is excellent or praiseworthy - think about such things.

46.

James 3:8-10 – ...but no man can tame the tongue. It is a restless evil, full of deadly poison. With the tongue we praise our Lord and Father, and with it we curse men, who have been made in God's likeness. Out of the same mouth come praise and cursing. My brothers, this should not be.

**Reporting Procedures**

1. If an FCA representative observes or suspects that any other representative has engaged in conduct that violates the Behavior Policy or any other FCA policy or guideline, the FCA representative must report this IMMEDIATELY to his/her FCA program leader. If the FCA program leader is observed or suspected of engaging in misconduct, this must be reported directly to the Chief Administrative Officer at the FCA Support Center.

2. FCA program leaders who receive reports of misconduct are expected to report any information they have received IMMEDIATELY to the Executive Vice President of Human Resources at the Support Center and to coordinate the local response with the Support Center.

3. Representatives and program leaders should refrain from investigating the situation, contacting the person alleged to have engaged in misconduct, or discussing the details with any person other than Support Center personnel designated above until the matter can be discussed with Support Center Personnel.

4. If there is a likelihood of injury to the victim or others, the authorities and/or emergency personnel may have to be contacted before the matter can be discussed with the FCA Support Center. In addition, it may be necessary to place the representative accused of misconduct on suspension or administrative leave and to instruct the representative to cease contact with the victim and others.

5. Failure to report suspected or observed misconduct may result in immediate dismissal from employment or volunteer assignments with FCA or disciplinary action, all at the discretion of FCA.

Primary contact is:
Ken Williams
Chief Administrative Officer
Cell Phone: (816) 674-8785
(816) 921-0909 or (800) 289-0909
Extension: 1146

If you are unable to reach Ken Williams, secondary contact is:
Jeff Martin
Executive Director
  Ministry Advancement
(816) 921-0909 or (800) 289-0909

## Huddle Policies for Handling Funds

"All funds and/or property received by or coming into the custody of any Huddle group shall be the property of the Fellowship of Christian Athletes to be expended or applied only for the purposes and in accordance with the policies and regulations prescribed by the Board of Trustees."

A local checking account can be set up at a bank by an FCA Huddle group. When setting up the checking account, the bank will require all those signing checks to sign a signature card on file with the bank.

For control purposes, it is necessary that an employee of FCA also be included on the signature card, although they will not be involved in signing checks for normal account transactions. In addition to this FCA employee, others on the signature card should include the leadership of the FCA Huddle.

The bank signature card should be updated periodically to reflect current information. Copies of the signature card and related banking agreements must be filed with the local FCA office.

According to FCA policy, when writing a check, two signatures are required for withdrawal of monies. When setting up the account, please notify the bank of this double signature policy, so that they can set up the account accordingly. The two signatures on checks should include the signatures of both the Huddle Coach and one of the authorized officers on the checking account. Funds solicited and/or generated by the Huddle fall into two categories:

1) Non-contribution Gifts: The amount of money received equals the services rendered to the person giving the gift. Examples include: merchandise sales, price of admission for a breakfast/lunch/dinner program, car wash proceeds, payment of money due for retreat and/or Camp for specific students. Non-contribution gifts are not eligible as a tax deduction; therefore, these monies must be deposited directly into the local checking account.

2) Contribution Gifts: These are funds given to the Huddle to support the needs of the FCA ministry with no services or consideration rendered to the donor. Examples include: non-designated scholarship money for retreat and/or Camps, etc.

It is necessary for donors to have proper tax-deductible receipts in order to claim this gift.

48.

To satisfy IRS requirements, contribution gifts should be sent to:

Fellowship of Christian Athletes

Attn: Receipting

8701 Leeds Road

Kansas City, MO 64129

A tax deductible receipt for the gift will be generated for the donor and properly credited to the Huddle. The Huddle is responsible to spend the money in accordance with FCA policies. To record contribution gifts use the Funds Returned Contribution Transmittal form for Huddles. The funds will be returned to the Huddle, less an 11% administrative charge. In the event a Huddle has annual gross receipts in excess of $25,000, the Huddle must immediately contact the Support Center for special guidance.

## Insurance Coverage for FCA Activities

Note: All insurance plans are effective as indicated on the following pages. As FCA renews its insurance policies, FCA will provide Huddles with updated information if there are any changes.

**Liability Insurance Coverage**

FCA carries General Liability insurance which protects the corporation of FCA, staff, volunteers, students, and other individuals who are directly associated with FCA. This protects FCA if there should be a liability suit filed against any one of the above by a third party as the result of a defined list of actions, the main one being negligence while acting as an agent of FCA.

EXAMPLE: A Huddle member is seriously injured as the result of the negligence of the Huddle Coach. If the Huddle Coach is found guilty of negligence, any judgment not covered by other insurance would be covered by FCA's Liability Insurance up to the limit of coverage. Liability Insurance does not cover items like medical costs (i.e., surgery to repair torn ligaments, etc.) related to athletic activity.

This is an important benefit of becoming an official or certified Huddle Ministry Group. A noncertified FCA group is not covered by this liability policy.

Some public and private entities (i.e., schools, cities, campgrounds) that FCA deals with may require certification of Liability Insurance coverage from FCA. Certification is provided upon request, at no cost, in the form of a CERTIFICATE OF INSURANCE. NOTE: Certification is proof that we carry this form of insurance. It is NOT an insurance policy document, but an official certification that we carry this form of insurance in our policy. Our insurance company has requested that FCA use a Release and Waiver of Liability/Permission Forms for participants for activities outside the scope of normal huddle meetings, (i.e. weekend retreats, unique huddle meetings, etc.) Please use the appropriate form for participants under the age of 18 or for participants over the age of 18.

Thank you for your help with this matter. If you have any questions, please contact the Special Event Insurance Department at 800-289-0909. To obtain a CERTIFICATE OF INSURANCE, complete the Certificate of Liability Insurance Request Form found in the back of this playbook and mail it at least three weeks prior to the event.



**FORMS**

## Release and Waiver of Liability, Assumption of Risk, and Indemnity Agreement ("Agreement") – Minor Participant

In consideration of participating in the _____

I represent that I understand the nature of this Activity and that I am qualified, in good health, and in proper physical condition to participate in such Activity. I acknowledge that if I believe event conditions are unsafe, I will immediately discontinue participation in the Activity.

I fully understand that this Activity involves risks of serious bodily injury, including permanent disability, paralysis and death, which may be caused by my own actions, or inactions, those of others participating in the event, the conditions in which the event takes place, or the negligence of the "releasees" named below; and that there may be other risks either not known to me or not readily foreseeable at this time; and I fully accept and assume all such risks and all responsibility for losses, costs, and damages I incur as a result of my participation in the Activity.

I hereby release, discharge, and covenant not to sue The Fellowship of Christian Athletes, its respective administrators, directors, agents, officers, volunteers, and employees, other participants, any sponsors, advertisers, and, if applicable, owners and lessors of premises on which the Activity takes place, (each considered one of the "RELEASEES" herein) from all liability, claims, demands, losses, or damages on my account caused or alleged to be caused in whole or in part by the negligence of the "releasees" or otherwise, including negligent rescue operations; and I further agree that if, despite this release, waiver of liability, and assumption of risk I, or anyone on my behalf, makes a claim against any of the Releasees, I will indemnify, save, and hold harmless each of the releases from any loss, liability, damage, or cost which any may incur as the result of such claim.

I have read this RELEASE AND WAIVER OF LIABILITY, ASSUMPTION OF RISK, AND INDEMNITY AGREEMENT, understand that I have given up substantial rights by signing it and have signed it freely and without any inducement or assurance of any nature and intend it be a complete and unconditional release of all liability to the greatest extent allowed by law and agree that if any portion of this agreement is held to be invalid the balance, notwithstanding, shall continue in full force and effect.

_____   _____
Printed name of Participant                                                         Date:

_____
Signature of Participant

**Parental Consent**

AND I, the minor's parent and/or legal guardian, understand the nature of the above referenced activities and the minor's experience and capabilities and believe the minor to be qualified to participate in such activity. I hereby release, discharge, covenant not to sue and AGREE TO INDEMNIFY AND SAVE AND HOLD HARMLESS each of the Releasees from all liability, claims, demands, losses, or damages on the minor's account caused or alleged to have been caused in whole or in part by the negligence of the Releasees or otherwise, including negligent rescue operations, and further agree that if, despite this release, I, the minor, or anyone on the minor's behalf makes a claim against any of the above Releasees, I WILL INDEMNIFY, SAVE AND HOLD HARMLESS each of the Releasees from any litigation expenses, attorney fees, loss liability, damage, or cost any Releasee may incur as the result of any such claim.

_____   _____
Printed name of Parent/Guardian                                                  Date:

_____
Signature of Parent/Guardian

**Release and Waiver of Liability, Assumption of Risk, and Indemnity Agreement ("Agreement") – Adult Participant**

In consideration of participating in the _____

I represent that I understand the nature of this Activity and that I am qualified, in good health, and in proper physical condition to participate in such Activity. I acknowledge that if I believe event conditions are unsafe, I will immediately discontinue participation in the Activity.

I fully understand that this Activity involves risks of serious bodily injury, including permanent disability, paralysis and death, which may be caused by my own actions, or inactions, those of others participating in the event, the conditions in which the event takes place, or the negligence of the "releasees" named below; and that there may be other risks either not known to me or not readily foreseeable at this time; and I fully accept and assume all such risks and all responsibility for losses, costs, and damages I incur as a result of my participation in the Activity.

I hereby release, discharge, and covenant not to sue The Fellowship of Christian Athletes, its respective administrators, directors, agents, officers, volunteers, and employees, other participants, any sponsors, advertisers, and, if applicable, owners and lessors of premises on which the Activity takes place, (each considered one of the "RELEASEES" herein) from all liability, claims, demands, losses, or damages on my account caused or alleged to be caused in whole or in part by the negligence of the "releasees" or otherwise, including negligent rescue operations; and I further agree that if, despite this release, waiver of liability, and assumption of risk I, or anyone on my behalf, makes a claim against any of the Releasees, I will indemnify, save, and hold harmless each of the releasees from any loss, liability, damage, or cost which any may incur as the result of such claim.

I have read this RELEASE AND WAIVER OF LIABILITY, ASSUMPTION OF RISK, AND INDEMNITY AGREEMENT, understand that I have given up substantial rights by signing it and have signed it freely and without any inducement or assurance of any nature and intend it be a complete and unconditional release of all liability to the greatest extent allowed by law and agree that if any portion of this agreement is held to be invalid the balance, notwithstanding, shall continue in full force and effect.

_____  _____
Printed name of Participant                                          Date:

_____
Signature of Participant

52.

**FORMS**

**Liability Insurance Coverage Certificate Request Form**
Fellowship of Christian Athletes

Name of event: _____

Date(s) of event: _____

Approximate # of participants: _____

Location of event: _____

Brief description of activities: _____

_____

_____

Name, physical address and phone of Organization or Facility (church, school, etc., not the FCA Office) requesting to receive a Certificate of Liability:

_____

_____

Attention: _____

Phone number: _____

Fax number: _____

Email address: _____

Special instructions: _____

_____

FCA Representative Responsible for Event: _____

Phone Number: _____

(Staff or Volunteer, if Volunteer, please include the name of your FCA Staff person as well)

Signed: _____ Date: _____

The original Certificate will be sent to the organization requesting proof of insurance. A copy of the certificate will be sent to the FCA Special Event Insurance Department. This completed form must be sent to FCA at least three weeks prior to the date of the event to:

    Fellowship of Christian Athletes
    Special Event Insurance Dept.
    8701 Leeds Road, Kansas City, MO 64129
    (800) 289-0909, (816) 923-2136 - fax

53.

**HUDDLE**
**PLAYBOOK**

## Funds Returned Contribution Transmittal

Number _____ Fellowship of Christian Athletes

Local Staff Contact _____ City _____ State _____

Huddle Ministry Name _____

Make Check to: FCA _____
(Huddle Name)

Send Check to: _____
(Name/Address of Treasurer)

_____

_____

We will mail your returned funds back to the treasurer for distribution, net of an administrative charge. We will send an electronic receipt to the donor.

Enclosed are Checks from:

| Name of Donor | Donor Email | Amount |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |

Total of Checks $_____

Instructions:

Mail the original report and all checks to: Finance Department, c/o Receipting, Fellowship of Christian Athletes, 8701 Leeds Road, Kansas City, MO 64129. Mail a copy of the report to your local/state office. Keep one copy of this report for your records.

Signed _____ Date _____

*The funds will be returned, less an 11% administrative charge.

54.

**FORMS**

## FCA Student Leader Application

Instructions: Please fill out this form and return to your Huddle Coach if you are interested in being considered as an FCA Leadership Team member this coming school year.

### A. Personal Information

Date_____

School _____

Name _____ Current grade_____

Address _____

City _____ State _____ Zip _____

Phone (cell) _____(home) _____

Email address _____

School sport(s)/other club activities _____

_____

Parent's name(s) _____

Address _____

City _____ State _____ Zip _____

Parent's phone _____

### B. Church Service

Current church you attend _____

Address _____

City _____ State _____ Zip _____

Are you a member?   ☐ Yes  ☐ No

In what area of church life do you now participate? _____

Pastor/Priest's name _____

## C. FCA Experience

Briefly list your FCA involvement: _____

_____

What office are you interested in? _____

_____

Why would you like to be part of the FCA Leadership Team? _____

_____

_____

What is the purpose of FCA? _____

_____

Are you a current FCA Teammate?  ☐ Yes  ☐ No

## D. Spiritual Formation
(If you need more space, please continue on a separate sheet.)

Complete the following:
1. What do you think it means to be a Christian? _____

_____

 2. Explain when and how your walk with Christ began. _____

_____

3. Have you come to the place in your own spiritual life where you know for
   certain that, if you died today, you would go to heaven?  ☐ Yes  ☐ No

4.  If you were to die today and stand before God, and He asked you, "Why
    should I allow you into heaven?" what would you say?_____

_____



### E. FCA Leadership Commitments

#### 1. Statement of Faith

We believe the Bible to be the only inspired, trustworthy and true, without error, Word of God. (2 Timothy 3:16-17)

We believe there is only one God who eternally exists in three persons: Father, Son and Holy Spirit. (Matthew 28:19)

We believe Jesus Christ is God, in His virgin birth, in His sinless life, in His miracles, in His death that paid for our sin through His shed blood, in His bodily resurrection, in His ascension/rising up to the right hand of the Father and in His personal return in power and glory. (John 1:1; Matthew 1:18,25; Hebrews 4:15; Hebrews 9:15-22; 1 Corinthians 15:1-8; Acts 1:9-11; Hebrews 9:27-28)

We believe that acceptance of Jesus Christ and the corresponding renewal of the Holy Spirit are the only paths to salvation for lost/sinful men and women. (John 3:16; John 5:24; Titus 3:3-7)

We believe in the present ministry of the Holy Spirit, who lives within and guides Christians so they are enabled to live godly lives. (John 14:15-26; John 16:5-16; Ephesians 1:13-14)

We believe in eternal life, and that through belief in Jesus Christ as the Son of God, we spend eternity with the Lord in Heaven. We believe that in rejecting Jesus Christ as Lord and Savior, we receive eternal suffering in hell. (Matthew 25:31-46; 1 Thessalonians 4:13-18)

We believe in the spiritual unity of believers in our Lord Jesus Christ, that all believers are members of His body, the Church. (Philippians 2:1-4)

We believe God's design for sexual intimacy is to be expressed only within the context of marriage, that God created man and woman to complement and complete each other. God instituted marriage between one man and one woman as the foundation of the family and the basic structure of human society. For this reason, we believe that marriage is exclusively the union of one man and one woman. (Genesis 2:24; Matthew 19:5-6; Mark 10:6-9; Romans 1:26-27; 1 Corinthians 6:9)

We believe that God created all human beings in His image. Therefore, we believe that human life is sacred from conception to its natural end; that we must honor the physical and spiritual needs of all people; and by following Christ's example, we believe that every person should be treated with love, dignity and respect. (Psalm 139:13; Isaiah 49:1; Jeremiah 1:5; Matthew 22:37-39; Romans 12:20-21; Galatians 6:10)

I understand that as a leader in FCA my life is an example to others.
☐ Yes ☐ No

## 2. Focus on the Gospel of Christ

FCA's ministry presents Jesus Christ as Lord and Savior. Speaking in tongues, healings, prophesying, and baptism are a part of the Christian experience for many people; however, FCA chooses not to focus on them but on the basics of the gospel of Christ.

Do you agree to keep the focus on the gospel of Christ and not on these or other denominational issues? ☐ Yes ☐ No

## 3. FCA's Student Leadership Statement

Just as "captains" are held to a higher standard for their team, FCA Student Leaders are held to a higher standard of biblical lifestyle and conduct.  God desires all of His people, especially leaders, to pursue His standards of holiness through their conduct and obedience. Paul the Apostle instructed young Timothy to live similarly in 1 Timothy 4:12 (NLT): "Do not let anyone think less of you because you are young. Be an example to all believers in what you say, in the way you live, in your love, your faith, and your purity [chastity]."

FCA Student Leaders are not always perfect examples, but they do their best to live and conduct themselves in accordance with biblical values and instruction in order to glorify God. If there are questions about what God says regarding how we live our lives, FCA encourages student leaders to look to the Bible as their Playbook and speak to an FCA adult volunteer or staff member if there are further questions.

Will you conform to the FCA's Student Leadership Statement? ☐ Yes ☐ No

**FORMS**

### 4. FCA's Christian Character and Mission

To express and exercise FCA's Christian beliefs, all FCA representatives shall contribute to FCA's Christian character and mission. Accordingly, each FCA representative shall be expected to model FCA's Christian beliefs for the larger community, perform all of their duties as a service to God and comply with the following obligations.

**Beliefs.** Each FCA representatives shall affirm their agreement with FCA's Christian beliefs and shall not subscribe to or promote any religious beliefs inconsistent with these beliefs.

**Christian Conduct Standards.** FCA Representatives shall at all times (both during working and non-working hours) endeavor to conduct themselves in a manner that affirms biblical standards of conduct in accordance with FCA's Christian beliefs. Such conduct standards include FCA's Youth Protection Policy, and Student Leadership Statement.

**Distinctly Christian Activities.** Each FCA Representative shall be ready, willing and able to lead or contribute to distinctly Christian activities such as worship and prayer services.

Have you, or will you at this time commit to living a drug, alcohol and tobacco-free life?  ☐ Yes  ☐ No

Will you conform to the FCA's Christian Character and Mission?
☐ Yes  ☐ No

Signature _____  Date _____

**HUDDLE PLAYBOOK**

FELLOWSHIP OF
CHRISTIAN
ATHLETES

FCA

# 4 X 9 Multi-Sport Huddle Planning Sheet

Share  — Present Gospel:

1.

2.

3.

4.

5.
**List Presenting Plans**

| Meeting Date | August: Ministry Purpose | Target Group |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| | | |

Seek  — Disciple Others   :

1.

2.

3.

4.

5.
**List Discipling Plans**

| Meeting Date | September: Ministry Purpose | Target Group |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| | | |

Lead  — Reach Out  :

1.

2.

3.

4.

5.
**List Reaching Plans**

| Meeting Date | October: Ministry Purpose | Target Group |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| | | |

Love  — Fellowship Together   :

1.

2.

3.

4.

5.
**List Fellowship Plans**

| Meeting Date | November: Ministry Purpose | Target Group |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| | | |

Ministry Purpose = Share, Seek, Lead, Love
Target Group = Huddle Members; Athletic Community; Entire Campus



**FORMS**

 **4 X 9 Multi-Sport Huddle Planning Sheet**

Share — Present Gospel :

1.
2.
3.
4.
5.
**List Presenting Plans**

Seek — Disciple Others :

1.
2.
3.
4.
5.
**List Discipling Plans**

Lead — Reach Out :

1.
2.
3.
4.
5.
**List Reaching Plans**

Love — Fellowship Together :

1.
2.
3.
4.
5.
**List Fellowship Plans**

| Meeting Date | January: Ministry Purpose | Target Group |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Meeting Date | February: Ministry Purpose | Target Group |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Meeting Date | March: Ministry Purpose | Target Group |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Meeting Date | April: Ministry Purpose | Target Group |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Meeting Date | May: Ministry Purpose | Target Group |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

Ministry Purpose = Share, Seek, Lead, Love
Target Group = Huddle Members; Athletic Community; Entire Campus

**FORMS**

## Multi-Sport Huddle Meeting Agenda Form



• Meeting Date: _____

• Meeting Purpose: _____
  (Share, Seek, Lead, Love)

• Target Group: _____

• **Welcome:** greetings and announcements

_____

_____

_____

• **Warm-Up:** ice-breaker, games, skit

_____

_____

_____

• **Workout:** Bible studies, devotionals, testimonials

_____

_____

_____

• **Wrap-Up:** closing comments

_____

_____

_____

## FCA Testimony Helps

A personal testimony is simply sharing what God has done in your life. One of the most effective ways to prepare your testimony is to ask three questions.

**Example:**

**What my life was like before I met Christ?**

I was raised in a Christian home and went to church. But I was always afraid of dying after I had two asthma attacks in the night that almost killed me.

**How did I come to know Christ?**

When I was twelve, I couldn't go to sleep one night because of my fear of dying in the night. I woke my mom up and she shared with me that if I am a Christian, I don't have to fear death because I can go to heaven. I prayed to receive Christ as my personal Lord and Savior that night.

**What has my life been like since?**

I no longer stay awake at night wondering where I will spend eternity. It will be in heaven because of Jesus Christ.

Now, you try it. Work through the questions below, write your testimony in your own words and practice sharing it. Yours might be long and exciting, or short and sweet. It is important to focus on what God has done, not on what you did wrong in the past. Feel free to use more paper if you need to, but remember, keeping things "simple" is always best when speaking to a group.

**Developing Your Testimony**

What was my life like before Christ?

How did I meet Christ?

How has my life been since accepting Christ?

**Your Salvation Testimony should focus on:**

- The key is to share your story. Tell your story how you came to know Him personally.
- Three key parts to every testimony: (1) before Christ, (2) how you came to Christ and (3) how you have grown in Christ.

**Helpful Tips to Remember**

1. Stay within your time frames. The following chart breaks down each segment of your testimony depending on the time you have been given.

**Testimony Sequence**

| Time Allowed | 3-5 minutes | 8-10 minutes | 15-20 minutes |
|---|---|---|---|
| Introduction | 30 seconds | 1 minute | 2 minutes |
| Need for Christ | 1 minute | 2-3 minutes | 4 minutes |
| How you came to know Christ | 1 minute | 2 minutes | 4 minutes |
| Your "New Life" in Christ | 1-2 minutes | 2-3 minutes | 3 minutes |
| Closing | 30 seconds | 1 minute | 2 minutes |

2. Refrain from using spiritual terminology, clichés or phrases with which the unchurched may not be familiar or cause them to be uncomfortable.

3. When using scripture references, be sure not to use too many, or simply make reference. Read the whole verse(s) that is appropriate, being cautious not to get caught in lengthy scripture readings. Share the main verse(s) that had the greatest impact in your life.

4. Be careful with particular denominational issues which could become tangents to the overall purpose of your message. Any negative comments about people, churches, denominations or issues can be counter productive.



**RESOURCES**



# The Competitor's Creed

I am a Christian first and last.
I am created in the likeness of God Almighty to bring Him glory.
I am a member of Team Jesus Christ.
I wear the colors of the cross.

I am a Competitor now and forever.
I am made to strive, to strain, to stretch and to succeed in the arena of competition.
I am a Christian Competitor and as such, I face my challenger with the face of Christ.

I do not trust in myself.
I do not boast in my abilities or believe in my own strength.
I rely solely on the power of God.
I compete for the pleasure of my Heavenly Father, the honor of Christ and
the reputation of the Holy Spirit.

My attitude on and off the field is above reproach - my conduct beyond criticism.
Whether I am preparing, practicing or playing;
I submit to God's authority and those He has put over me.
I respect my coaches, officials, teammates and competitors out of respect for the Lord.

My body is the temple of Jesus Christ.
I protect it from within and without.
Nothing enters my body that does not honor the Living God.
My sweat is an offering to my Master. My soreness is a sacrifice to my Savior.

I give my all - all of the time.
I do not give up. I do not give in. I do not give out.
I am the Lord's warrior - a competitor by conviction and a disciple of determination.
I am confident beyond reason because my confidence lies in Christ.
The results of my efforts must result in His glory.

Let the competition begin.
Let the glory be God's.



**C O M P E T I T O R S   f o r   C H R I S T**

65.



66.



**FELLOWSHIP OF CHRISTIAN ATHLETES**





# HUDDLE
# PLAYBOOK



# FCA VISION:

## TO SEE THE WORLD TRANSFORMED BY JESUS CHRIST THROUGH THE INFLUENCE OF COACHES AND ATHLETES.



**FCARESOURCES.COM**
ALL FCA MINISTRY
RESOURCES ON ONE SITE



**FCACOACHESACADEMY.COM**
TRAINING PROCESS FOR COACHES



**FCAGEAR.COM**
ONLINE MERCHANDISE STORE



**FCACAMPS.ORG**
FIND A CAMP. GO TO CAMP.

## THE FELLOWSHIP OF CHRISTIAN ATHLETES

8701 Leeds Road • Kansas City, MO • 64129-1680

1-800-289-0909 • fca@fca.org

**<u>EXHIBIT D</u>**



**FELLOWSHIP OF CHRISTIAN ATHLETES**



**HUDDLE**
**PLAYBOOK**



# FCA VISION:

TO SEE THE WORLD TRANSFORMED BY JESUS CHRIST
THROUGH THE INFLUENCE OF COACHES AND ATHLETES.

HUDDLE
PLAYBOOK

## TABLE OF CONTENTS

**Welcome**...................................................................................................................................i

**Teaching**.................................................................................................................................1
   The Myths vs. the Facts........................................................................................ 2
   What is FCA Ministry?......................................................................................... 3-7
   What is FCA Huddle Ministry? ........................................................................8-10

**Training** ................................................................................................................................11
   How Do I Do FCA Huddle Ministry?..................................................................12
   Multi-Sport Huddle................................................................................................13-21
   Team Huddle ......................................................................................................... 22-23
   Coaches Huddle ...................................................................................................24-25

**Tools** .....................................................................................................................................27
   Products ...................................................................................................................28
   Programs and People............................................................................................29

**Appendix**..............................................................................................................................31
   **Guidelines**
      FCA Huddle Constitution .................................................................. 32-33
      The Equal Access Act .......................................................................... 34-36
      Student's Bill of Rights on a Public Campus............................ 37-38
      FCA Christian Community Statement ...........................................38-41
      FCA Youth Protection Policy..............................................................42-47
      Huddle Policies for Handling Funds ..............................................48-49
      Insurance Coverage for FCA Activities ........................................ 50

   **Forms**
      Release and Waiver Forms...................................................................51-52
      Liability Insurance Coverage Certificate Request......................53
      Funds Returned Contribution Transmittal ..................................54
      FCA Student Leader Application.......................................................55-59
      4x9 Multi-Sport Huddle Sheets .......................................................60-62
      FCA Testimony Helps..............................................................................63-64

   **Resources**
      The Competitor's Creed........................................................................ 65
      Fields of Faith............................................................................................ 66

Dear Teammate,

Thank you for serving in an FCA Huddle leadership role and for taking on the challenge of reaching athletes and coaches for Jesus Christ. You are in a dynamic position to have an eternal impact!

FCA's theme is **100%** and the theme verse is **Mark 12:30**:

> "And you must love the Lord your God with all your heart, all your soul, all your mind, and all your strength."

Jesus Christ gave 100%—His very life—so we may receive a personal relationship with Him. His love, His sacrifice, His service and His passion are 100% for us. What will your response be? When we give Jesus 100% of our heart, soul, mind and strength, our lives will be transformed.

Your Teammate in Christ,

The Fellowship of Christian Athletes

i.



**FELLOWSHIP OF CHRISTIAN ATHLETES**



# TEACHING

## HUDDLE PLAYBOOK

**HUDDLE**
**PLAYBOOK**

**The Myths vs. The Facts of Ministry**

| The Myths | The Facts |
| --- | --- |
| Ministry is about ministry. | Ministry is about the kingdom. |
| Ministry is telling. | Ministry is serving. |
| Relationships follow ministry. | Ministry follows relationships. |
| I need to be successful. | I need to be faithful. |
| Ministry begins when I show up. | Ministry begins when I leave. |

As ambassadors of Jesus Christ, we are positioned as ministers of the Gospel to the world.

**FCA History**

The Fellowship of Christian Athletes was an idea born in Don McClanen's heart in 1947 when he was a student at what is now Oklahoma State University. He believed that athletes could use their platform of influence to present Jesus Christ to the entire culture in a powerful way. McClanen officially began FCA in 1954. The first FCA Camp was held in 1956 at Estes Park, Colorado with 256 athletes and coaches attending. The huddle ministry began with the formation of FCA Huddles in 1966.

**FCA Today**

FCA is touching millions of lives...one heart at a time. Since 1954, FCA has been challenging coaches and athletes on the professional, college, high school, junior high, and youth levels to use the powerful medium of athletics to impact the world for Jesus Christ. FCA focuses on serving local communities by equipping, empowering, and encouraging people to make a difference for Christ.

You can find out more about what is currently happening in FCA by checking out FCA.org to get the latest news on what God is doing in FCA across the world.

## About FCA

**OUR VISION**

To see the world transformed by Jesus Christ through the influence of coaches and athletes.

**OUR MISSION**

To lead every coach and athlete into a growing relationship with Jesus Christ and His church.

**OUR VALUES**

Our relationships will demonstrate steadfast commitment to Jesus Christ and His Word through Integrity, Serving, Teamwork and Excellence.

**Integrity -** We will demonstrate Christ-like wholeness, privately and publicly. (Proverbs 11:3)

**Serving -** We will model Jesus' example of serving. (John 13:1-17)

**Teamwork -** We will express our unity in Christ in all our relationships. (Philippians 2:1-4)

**Excellence -** We will honor and glorify God in all we do. (Colossians 3:23-24)

**HUDDLE**
**PLAYBOOK**

## OUR STRATEGY - To and Through the Coach

We pursue our vision and mission through the strategy of **to and through the coach.** We seek ministry first to coaches hearts, marriages and families. Then, when ready, we minister **through** coaches to their fellow coaches, teams and athlete leaders. Billy Graham said, "A coach will impact more people in one year than the average person will in an entire lifetime." With the influence of a coach, FCA recognizes the most strategic way to reach more athletes is to first reach the coach.

### OUR METHODS
As FCA matures, we seek to make disciples through our methods of engaging, equipping and empowering coaches and athletes to know and grow in Christ and lead others to do the same.

**Engage** (1 Thessalonians 2:8)
We engage relationally by connecting with individuals and through events in many different environments by building genuine trust, sharing our lives and sharing the Gospel. We strive to connect with coaches and athletes where they are on their spiritual journey.

**Equip** (Ephesians 4:12)
After cultivating relationships and once coaches and athletes come to faith in Christ, we want to equip them with Christ-centered training, events, resources and on-going support in what it means to be a follower of Christ, growing in God's Word and applying it to life.

**Empower** (2 Timothy 2:2)
Once equipped, we empower faithful leaders who desire to use their time, talents and treasures to help other coaches and athletes experience the Gospel, grow in their faith and share Him with others. We desire to develop disciples who make disciples, assisting them so that they can in turn engage, equip and empower others to know and grow in Christ and lead others to do the same.

4.

## Distinctives

FCA is a ministry that's distinct from other ministries by what we do and how we do it. Our Vision, Mission, Fundamentals, Values, and Statement of Faith provide most of this distinction. However, we've provided a list below of FCA Ministry Distinctives that are a combination of philosophy and strategies that communicate what we're about and what we're working to accomplish.

1. **Christ-Centered...** focus of our message

2. **Kingdom-Minded...** serving the purpose of the church

3. **Church Bible-Based...** source of our authority

4. **Athletically Focused...** ministering to coaches and athletes

5. **Spiritually Nurturing...** helping people to know and grow in Christ

6. **Fellowship-Oriented...** connecting people through the love of Christ

7. **Volunteer-Intensive...** mobilizing adults to accomplish the mission

8. **Culturally Adaptive...** meeting the diverse needs of people

9. **Faith-Financed...** funded through people moved by God to give

## Ministry Fundamentals

The Ministry Fundamentals are the core competencies of our ministry and the foundation of all we do as a ministry. FCA's Ministry Fundamentals are Share, Seek, Lead, and Love.

**Share Him Boldly** (Acts 5:42) – FCA shares Jesus with those who do not have a personal relationship with Him. We believe that Salvation is only found in Jesus, and with great passion we desire to share the Gospel with the world. (Present Gospel)

**Seek Him Passionately** (Acts 17:11) – FCA equips and encourages others to seek Him daily. A life-long pursuit of knowing and loving Jesus takes perseverance and discipline. (Disciple Others)

**Lead Others Faithfully** (1 Corinthians 14:12) – FCA desires to model Jesus' example of serving by seeking out the needs of others, developing trusting relationships, and caring about the individuals we serve. (Reach Out)

**Love Others Unconditionally** (1 Peter 4:11) – FCA realizes that the most powerful force in the world is love. We desire to be obedient to the Lord as He said that we would be known by our love. (Fellowship Together)

## Statement of Faith

We believe the Bible to be the only inspired, trustworthy and true, without error, Word of God. (2 Timothy 3:16-17)

We believe there is only one God who eternally exists in three persons: Father, Son and Holy Spirit. (Matthew 28:19)

We believe Jesus Christ is God, in His virgin birth, in His sinless life, in His miracles, in His death that paid for, our sin through His shed blood, in His bodily resurrection, in His ascension/rising up to the right hand of the Father and in His personal return in power and glory. (John 1:1; Matthew 1:18,25; Hebrews 4:15; Hebrews 9:15-22; 1 Corinthians 15:1-8; Acts 1:9-11; Hebrews 9:27-28)

We believe that acceptance of Jesus Christ and the corresponding renewal of the Holy Spirit are the only paths to salvation for lost/sinful men and women. (John 3:16; John 5:24; Titus 3:3-7)

We believe in the present ministry of the Holy Spirit, who lives within and guides Christians so they are enabled to live godly lives. (John 14:15-26; John 16:5-16; Ephesians 1:13-14)

We believe in eternal life, and that through belief in Jesus Christ as the Son of God, we spend eternity with the Lord in Heaven. We believe that in rejecting Jesus Christ as Lord and Savior, we receive eternal suffering in hell. (Matthew 25:31-46; 1 Thessalonians 4:13-18)

We believe in the spiritual unity of believers in our Lord Jesus Christ, that all believers are members of His body, the Church. (Philippians 2:1-4)

We believe God's design for sexual intimacy is to be expressed only within the context of marriage, that God created man and woman to complement and complete each other. God instituted marriage between one man and one woman as the foundation of the family and the basic structure of human society. For this reason, we believe that marriage is exclusively the union of one man and one woman. (Genesis 2:24; Matthew 19:5-6; Mark 10:6-9; Romans 1:26-27; 1 Corinthians 6:9)

We believe that God created all human beings in His image. Therefore, we believe that human life is sacred from conception to its natural end; that we must honor the physical and spiritual needs of all people; and by following Christ's example, we believe that every person should be treated with love, dignity and respect. (Psalm 139:13; Isaiah 49:1; Jeremiah 1:5; Matthew 22:37-39; Romans 12:20-21; Galatians 6:10)

## Ministry as a Christian Community

FCA is a Christian community that is led by those who serve FCA's mission as it representatives, including all of FCA's directors, officers, employees and volunteer leaders, each of whom is an integral part of the community (and are described in this Manual as "FCA Representatives"). Both of FCA's mission and the association of FCA's representatives are an exercise and an expression of FCA's Christian beliefs.

## Organizational Structure



Organizational Staff/Geographical Structure

- Local
- State
- Regional
- National
- International

FCA's ministry growth over the years has produced the need for an effective organizational structure. This structure includes local ministry supported by local staff, which is supported by a regional and national FCA ministry organization. When you are a part of FCA, remember that you are not alone. You are part of a large, organized team developed to support what God has called you to do!

Since 1966, the FCA Ministry has been present on campuses all across the country. The Huddle Ministry is initiated and led by student-athletes and coaches on junior high, high school, and college campuses. The purpose of Huddle Ministry, through various types, has been to share the Gospel of Jesus Christ with the lost and to grow and mature as a follower of Jesus Christ.

The "win" of Huddle Ministry is to see campuses impacted for Jesus Christ through the influence of athletes and coaches.

## Why We Do Huddle Ministry

- The mission of reaching out to every person with the Gospel and making disciples everywhere is a direct response to the heart of our Lord Jesus Christ, and brings great glory to God.

- Student-athletes, as implied in the Scriptures, are loved and cared for by our Lord. They are worth our deepest love, our best sacrifice; and in light of the Great Commission and their open hearts, we, the Body of Christ, are compelled to focus on making every effort to reach them with the Gospel.

- The college, high school, and middle school campus is strategic. Huddle Ministry answers the question, "How will FCA effectively impact the campus, club, and travel teams in such a way that Christ is lifted up among the millions of students in our nation?"

- Huddle Ministry provides an unprecedented opportunity to build Christian student-athletes in their faith and equip them as followers of Christ.

- The campus gives FCA the platform to minister to the greater community.

- It is FCA's objective to Engage, Equip and Empower, and encourage student-athletes to impact and influence their campus for Christ.

- FCA is called to glorify God through our unity, committed to a common cause, lifting up one another, sacrificing for the greater good of the Kingdom.

## Who Leads?
### Adult & Student Leaders
Criteria:

1. A commitment to Christ
2. A commitment to Sport
3. A commitment to Huddle
4. A commitment to FCA

To express and exercise FCA's Christian beliefs, all FCA leaders must contribute to FCA's Christian character and mission (see page 38), perform all of their duties as a service to God, and model FCA's Christian beliefs for the larger community. Further, all FCA leaders must affirm their agreement with FCA's Christian beliefs and endeavor to conduct themselves at all times in a manner that affirms the biblical standards of conduct in accordance with FCA's Christian beliefs. Such conduct standards include FCA's Youth Protection Policy and Student Leadership Statement.

Finally, all FCA leaders must be ready, willing and able to lead or contribute to distinctly Christian activities such as worship or prayer services.

See appendix for complete Statement of FCA's Christian Character and Mission.

## Student-Athlete Responsibilities:

1. Seek God's direction for the Huddle Ministry through personal prayer and Bible study.
2. Demonstrate leadership and live a consistent Christian life that models Jesus to your peers.
3. Complete Student Leader Application and return it to Huddle Ministry sponsor or staff.
4. Use personal gifts and talents to help plan and implement FCA ministry on your campus, including leading Bible Study Workouts.

## Adult (Coaches, Teachers, and Administrators) Responsibilities:

1. Seek God's direction for the Huddle Ministry through personal prayer and Bible study.
2. Demonstrate leadership and live a consistent Christian life that models Jesus to others.
3. Contact the local FCA staff person to certify a Huddle.
4. Complete the Ministry Leader Application online at fca.org/mla.
5. Create a student-athlete leadership team.
6. Assist the leadership team in making decisions and planning meetings, events, and group activities.
7. Meet with the leadership team regularly to discuss and evaluate meetings, events, and group activities.
8. Seek to develop and mature the growth of the leadership team as followers of Jesus Christ.
9. Serve as a liaison between the local FCA adult supporters and Huddle Ministry.
10. Inform Huddle Ministry of FCA activities on the local, state, and national levels.
11. Understand FCA's Youth Protection Policy and ensure that it is strictly enforced.

## Ways FCA Staff Can Serve You:

1. Pray for you and your Huddle.
2. Certify your Huddle Ministry.
3. Encourage you through personal contacts and visits.
4. Equip you with ministry resources.
5. Help you develop a Huddle Ministry plan.
6. Inform you of local, regional, and national ministry events and activities.

## Huddle Ministry Types

**Multi-sport Huddle –** A small group Bible study for coaches, athletes and all whom they influence. (Traditional Huddle)

**Coaches Huddle –** A coaches Bible study.

**Team Huddle –** A team Bible study.

10.



**FELLOWSHIP OF CHRISTIAN ATHLETES**



# TRAINING

## HUDDLE PLAYBOOK

## How Do I Get Started?

• Pray for God to prepare your Huddle.
• Select which Ministry Type(s) meets the needs of your Huddle.
  ○ Multi-Sport Huddle, Team Huddle, Coaches Huddle
• Seek your administration's blessing.
• As a Huddle Ministry sponsor, fill out the Ministry Leader Application online at http://www.fca.org/mla
• To certify your Huddle, go to http://www.fca.org/certify. This form will be sent to your local FCA staff to inform them of your interest in being certified.
• You can also contact your local FCA staff to certify your Huddle. To contact your local staff, go to http://www.fca.org/quick-links/find-local-staff.

## We have developed a five-step process to build effective Huddle ministries:



12.

**MULTI-SPORT HUDDLE**

## PRAY

- Pray for God's will in your Huddle.
- Pray for receptiveness and interest.
- Pray for the salvation of others.
- Pray for the growth and maturity of believers.
- Pray for God's continual equipping of those leading.

**Helpful Tips**

- Get together the key people involved with leading your huddle ministry before your first meeting for the express purpose of praying for God's direction, presence, and provision.
- Keep them updated on needs as well as how God is moving in your Huddle.

## PREPARE

### 1. Develop a Leadership Team

- Develop a Leadership Team with student-athlete leaders based on FCA's criteria and responsibilities and have them complete an FCA Student Leader Application, which is found in the Appendix of this playbook.
- Decide which model you are going to use for your Leadership Team.

**Helpful Tips**

- Challenge the leadership team with the importance of making a commitment to attend each leadership meeting in order to prepare with excellence, each Huddle Meeting.
- Remind the leaders of the eternal cause of FCA and to prioritize their time around that cause.
- Pass around a commitment sheet for them to sign as a visible accountability to the entire group of their commitment.

**HUDDLE**
**PLAYBOOK**

**A. Leadership Team Models**

○ In developing a leadership team, there are two types of models FCA encourages: a "Position-Based" leadership team or a "Task-Based" leadership team.

○ A **Position-Based Leadership Team** parallels the gifts and talents of a student leader with a specific position in leadership. A student serves in this position for a year.

○ A **Task-Based Leadership Team** assigns differing tasks to each leader based on their gifts and talents. These assignments are not limited to a specific time; it could be for one week, one month, or one semester.

○ Remember to assign roles based on people's personalities and gifts. An example would be that a quiet, organized person is better suited for secretary and not necessarily the best fit for opening welcome announcements.

○ Every leader should lead a Workout at some point during the school year to provide spiritual leadership for the Huddle.

○ Special events can be coordinated through your Leadership Team by filling roles to make sure the project(s) gets done. They can also be achieved through a special events project coordinator who plans and coordinates FCA special events during the year. Examples:

*Fields of Faith   *Service Project   *Team Outreach

**MULTI-SPORT HUDDLE**

## Position-Based Leadership Team

| Tasks | Position/Responsibility |
|---|---|
| Facilitate Meeting | Captain |
| Take Minutes | Secretary |
| Handle Finances | Treasurer |
| Communications | Promotions Coordinator – Announcements made through school media & online (Facebook, Twitter, etc.), flyers/posters displayed on campus, locker rooms, etc. |

## Task-Based Leadership Team

These are assigned in the Leadership Team meetings.

| Tasks | Position/Responsibility |
|---|---|
| Audio/Video | A/V Coordinator – Makes sure audio is ready for exciting music before and after huddle meeting. Coordinates equipment to ensure video presentations. |
| Food/Drinks | Refreshment Coordinator – Coordinates all refreshments |
| Make people feel welcome | Greeter – Intentionally greets everyone and makes sure visitors are connected with other students. |
| Welcome | Gives opening welcome and announcements |
| Warm-up | Prepares and leads the icebreaker/game/mixer |
| Workout | Either leads or secures leader of devotion/testimony |
| Wrap-up | Closes the meeting in prayer and final announcements or reminders |

**HUDDLE
PLAYBOOK**

## 2. Know the Basics

- A Multi-Sport Huddle **Meeting** is a small group Bible study for coaches, athletes and all whom they influence.
- A Huddle ministry's **Purpose** is evangelism, discipleship, outreach, and fellowship using the platform of athletics.
- A Huddle ministry **Strategy** has been developed to help you know who your target audience is and what the fundamental purposes are in your ministry.

### A. Huddle Ministry Strategy

**○ Target Audience**

There are three types of audiences: Huddle participants and student/adult leaders, the athletic community, and the entire campus. The Huddle participants and student/adult leaders regularly attend your Huddle events and meetings. The athletic community is comprised of all teams, coaches, and athletes.

**○ Purpose**

The four fundamental purposes are: Share, Seek, Lead, and Love. Share is evangelism or sharing the Gospel of Jesus Christ with your campus and community. Seek is discipleship or seeking to grow and mature as a follower of Jesus Christ. Lead is reaching out to others through servant leadership that draws them to faith and growth in Jesus Christ. Love is fellowship or building relationships with others.

**Target Audience + Purpose = Ministry Impact**

**○ Huddle Ministry Model**

It is suggested that within each month you target your Huddle ministry with each of the purposes indicated. We call this the 4X9 Huddle Ministry Model, which is found in the Appendix of this playbook. With four weeks in a month and nine months in a school year, you will have nine meetings focused on Share (Present Gospel), nine meetings focused on Seek (Disciple Others), nine events focused on Lead (Reach Out), and nine events focused on Love (Fellowship Together).

**MULTI-SPORT HUDDLE**



## 4 X 9 Huddle Planning Sheet

FELLOWSHIP OF
CHRISTIAN ATHLETI

Share — Present Gospel:

1.
2.
3.
4.
5.
List Presenting Plans

Seek — Disciple Others:

1.
2.
3.
4.
5.
List Discipling Plans

Lead — Reach Out:

1.
2.
3.
4.
5.
List Reaching Plans

Love — Fellowship Together:

1.
2.
3.
4.
5.
List Fellowship Plans

| Meeting Date | January: Ministry Purpose | Target Group |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Meeting Date | February: Ministry Purpose | Target Group |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Meeting Date | March: Ministry Purpose | Target Group |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Meeting Date | April: Ministry Purpose | Target Group |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Meeting Date | May: Ministry Purpose | Target Group |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

Ministry Purpose = Share, Seek, Lead, Love
Target Group = Huddle Members; Athletic Community; Entire Campus

**Sample Blank Form**

Reproducible forms for both semesters are found in the Forms section of the Appendix.



**4 X 9 Huddle Planning Sheet**

**Share—Present Gospel:**
1. Pro Perspectives (FCA DVD)
2. "What is God's Purpose for my Life?" (FCA DVD)
3. Student Athlete Testimony
4. Sport Speaker
5. Fields of Faith
**List Presenting Plans**

| Meeting Date | September: Ministry Purpose | Target Group |
|---|---|---|
| 1. Wed - 2 | Cow - Tongue Football | Entire Campus |
| 2. Wed - 9 | Student Athlete Testimony | Huddle Members |
| 3. Wed - 16 | Notes of Encouragement | Athletic Comm. |
| 4. Wed - 23 | See You at the Pole | Entire Campus |
| 5. Wed - 30 | Attend & Pray @ Volleyball Game | Athletic Comm. |
| | | |

**Seek—Disciple Others:**
1. "Authority" Devotion (FCA Bible)
2. Competitor's Creed study
3. "Choosing Friends" Devotion (FCA Bible)
4. Heart of an Athlete study
5. See You at the Pole
**List Discipling Plans**

| Meeting Date | October: Ministry Purpose | Target Group |
|---|---|---|
| 1. Wed - 7 | Balloon Bag Volleyball | Entire Campus |
| 2. Wed - 14 | Fields of Faith | Athletic Comm. |
| 3. Wed - 21 | Competitor's Creed Study | Huddle Members |
| 4. Wed - 28 | Feed the Football Team | Athletic Comm. |
| 5. | | |
| | | |

**Lead—Reach Out:**
1. Feed the Football Team after practice
2. Write notes of Encouragement to Athletes
3. Gatorade Giveout
4. Attend Volleyball game (Pray at the start)
5. Coaches Breakfast
**List Reaching Plans**

| Meeting Date | November: Ministry Purpose | Target Group |
|---|---|---|
| 1. Wed - 4 | Human Foosball | Entire Campus |
| 2. Wed - 11 | "What is God's Purpose...?" | Entire Campus |
| 3. Wed - 18 | Gatorade Giveout | Athletic Comm. |
| 4. Wed - 25 | Heart of an Athlete Study | Huddle Members |
| 5. | | |
| | | |

**Love—Fellowship Together:**
1. Human Foosball
2. Cow-Tongue Football
3. Balloon Bag Volleyball
4. Knockout Basketball
5. Blindfold Dodgeball
**List Fellowship Plans**

| Meeting Date | December: Ministry Purpose | Target Group |
|---|---|---|
| 1. Wed - 2 | Knockout Basketball | Entire Campus |
| 2. Wed - 9 | "Authority" Devotion | Huddle Members |
| 3. Wed - 16 | Coaches Appreciation Breakfast | Athletic Comm. |
| 4. | | |
| 5. | | |
| | | |

Ministry Purpose = Share, Seek, Lead, Love
Target Group = Huddle Members; Athletic Community; Entire Campus

**Sample Completed Form**

Reproducible forms for both semesters are found in the Forms section of the Appendix.

### B. Multi-Sport Huddle Meeting Structure

○ The Huddle meeting outline consists of four parts: Welcome, Warm-Up, Workout, and Wrap-Up.

**Welcome:** greeting and announcements

**Warm-Up:** ice-breakers, games, skits, etc.

**Workout:** Bible studies, devotionals, and testimonials (spiritual growth component)

**Wrap-Up:** closing comments

○ You can use the Huddle Meeting Agenda Form found in the Appendix of this playbook to help plan each individual Huddle meeting.

○ Take time to familiarize yourself with FCAresources.com in order to access great warm-ups (icebreakers, skits, team-builders, etc.) and workouts (devotions, Bible studies, videos, etc.)

### C. Multi-Sport Huddle Meeting Agenda

○ Use this form to organize each meeting.

○ Reproducible forms are found in the Forms section of the Appendix.

---

## Multi-Sport Huddle Meeting Agenda

• Meeting Date: _____

• Meeting Purpose: _____
  (Share, Seek, Lead, Love)

• Target Group: _____

• **Welcome:** greetings and announcements
_____

• **Warm-Up:** ice-breaker, games, skit
_____

• **Workout:** Bible studies, devotionals, testimonials
_____

• **Wrap-Up:** closing comments
_____

---

## PLAN

- Use the following checklist to make sure you are organized for your first Huddle meeting.

  ☐ Secure day, time, and location for Huddle meetings.

  ☐ Develop a ministry plan for the semester using the Huddle Ministry Model (4X9) form to help give you a ministry "road map" for the semester.

  ☐ Organize your meeting each week by using the Huddle Meeting Agenda Form.

  ☐ Task assignments based on gifts and talents of student leaders.

  ☐ Plan an initial FCA interest meeting. Invite all students, parents, coaches, and faculty.

  ☐ Show the FCA presentation video.

  ☐ Challenge everyone to join you.

## PROMOTE

- You can use multiple resources to get the word out about your Huddle.

- Create flyers, posters, announcements, etc. to promote upcoming Huddle meetings, activities, and events.

- Distribute promotional materials.

- Use various media to invite people: text, Facebook, Twitter, email, phone, etc.

### Helpful Tips

■ Assign someone to promote your Multi-Sport Huddle ministry using every method available. If you aren't intentional about getting the word out, your great planning and preparation will have a limited audience.

■ Break up your leadership team into "text teams" and assign each leader a certain number of students to invite through text message on the night before and/or the day of your Huddle meeting.

■ Go to FCAresources.com to download related resources:

    - Customizable Huddle Posters

    - FCA PowerPoint Template

    - Outreach Ideas

    - FCA Radio Commercials

    - FCA Logos

    - FCA Photos

**M U L T I - S P O R T   H U D D L E**

## PRODUCTS

**Tools to Get Started**

• **Preview:**

**Athletes Bible –** This Bible includes the Serendipity Student Bible with group and individual study helps, 500 potential small group meetings, 90 athletically focused Bible studies, 100 icebreakers and team builders, a Bible dictionary, and other study tools. This resource can be purchased at FCAgear.com.

**The CORE –** This resource provides you with 8 powerful guidelines and essentials on strengthening your faith as a believer and Christ-follower. This resource follows the Ready, Set, Go format with verses, pointed questions, and exercises to apply in real life and can be used in ministry environments including, 1-on-1 meetings, huddle meetings, and individual studies. The CORE can be purchased at FCAgear.com.

• **Access:**

**FCAresources.com –** FCAresources.com brings together all of FCA's resources into one website. Devotionals, articles, outreach ideas, icebreakers, podcasts, Bible studies, videos, and more! Everyone within the ministry can search this large library and submit resources.

**HUDDLE**
**PLAYBOOK**

## PRAY

• Pray for God's will in your Huddle.
• Pray for the receptiveness and interest .
• Pray for the salvation of non-Christians.
• Pray for the growth and maturity of believers.
• Pray for God's continual equipping of those leading.

**Helpful Tips**

■ Get together the key people involved with leading your huddle ministry before your first meeting for the express purpose of praying for God's direction, presence, and provision.

■ Ask some adults in your community to continually lift up your huddle ministry in prayer.

■ Keep them updated on needs as well as how God is moving in your Huddle.

## PREPARE

• Communicate with coaches and team members about this opportunity.
• Identify team(s) that will participate in the Team Huddle(s).
• Develop a Leadership Team with athlete leaders based on FCA's criteria and responsibilities and have them complete a student leader application.
• Review FCA Resources for Team Huddle.

## PLAN

• Use the checklist to make sure you are organized for your first Team Huddle.
   ☐ Secure day, time, and location of Team Huddle.
   ☐ Recruit a Huddle leader or facilitator.
   ☐ Develop a Huddle plan with timeline and specific lessons outlined.
   ☐ Organize a weekly study agenda.
   ☐ Plan an initial study that introduces FCA, explains what the study is about, and relays the importance of commitment and confidentiality.

## PROMOTE

• Use multiple resources to get the word out about your Team Huddle.
• Create flyers to promote upcoming Bible study opportunity.
• Check with your coach to see if you can post some fliers with date, location, and time around the gym or locker rooms.

**Helpful Tips**

■ Check with the coach first and ask for a few minutes to make the announcement to the team.

■ It is a great idea to have a team member announce what the Team Huddle is and when it will begin. A personal invitation to teammates and coaches is very effective.

• Distribute promotional material to team members.
• Invite team members to attend the Team Huddle.

## PRODUCTS

**Tools to Get Started**

• **Preview:**

**Team Bible –** The Team Bible is specifically designed to engage, equip, and empower teams to study God's Word together. This Bible includes 32 text pages of Team Huddle material, including 20 Team Studies focusing on common issues teams face. This resource can be purchased at FCAgear.com.

**Team Studies –** This Bible is designed specifically for Team Huddles. It is a very practical guide through 16 key character traits that every individual and team needs to have in their life. This resource can be purchased at FCAgear.com.

**Athletes Bible –** This Bible and individual study helps, 500 potential small group meetings, 90 athletically-focused Bible studies, 100 icebreakers and team builders, a Bible dictionary and other study tools. This resource can be purchased at FCAgear.com.

**The CORE –** This resource provides you with 8 powerful guidelines and essentials on strengthening your faith as a believer and Christ-follower. This resource follows the Ready, Set, Go format with verses, pointed questions, and exercises to apply in real life and can be used in ministry environments including, 1-on-1 meetings, huddle meetings, and individual studies. The CORE can be purchased at FCAgear.com.

• **Access:**

**FCAresources.com –** FCAresources.com brings together all of FCA's resources into one website. Devotionals, articles, outreach ideas, icebreakers, podcasts, Bible studies, videos, and more! Everyone within the ministry can search this large library and submit resources.

**HUDDLE
PLAYBOOK**

## PRAY

- Pray for God's will in your Huddle.
- Pray for the receptiveness and interest.
- Pray for the salvation of non-Christians.
- Pray for the growth and maturity of believers.
- Pray for God's continual equipping of those leading.

### Helpful Tips

■ Get key people involved with leading your huddle ministry together before your first meeting for the express purpose of praying for God's direction, presence, and provision.

■ Ask some adults in your community to continually lift up your Huddle Ministry in prayer.

■ Keep them updated on needs as well as how God is moving in your Huddle.

## PREPARE

- Contact each coach about the Coaches Huddle opportunity.
- Rally the involvement of coaches interested.
- Review FCA Resources for Coaches Huddle.

## PLAN

- Use the following checklist to make sure you are organized for your first Coaches Huddle.
  - ☐ Secure day, time, and location of Bible study.
  - ☐ Recruit a Bible study leader or facilitator.
  - ☐ Develop a Bible study plan with timeline and specific lessons outlined.
  - ☐ Organize a weekly study agenda.
  - ☐ Plan an initial study that introduces FCA, explains what the study is about, and relays the importance of commitment and confidentiality.

### Helpful Tips

■ Use these great, free resources for your coaches ministry:

  ■ Browse the Heart of a Coach Devotionals at fcaresources.com.

  ■ Browse other free group Bible studies for material at fcaresources.com.

24.

**C O A C H E S   H U D D L E**

## PROMOTE

- You can use multiple resources to get the word out about your Coaches Huddle.
- Post some fliers with date, location, and time around the gym or locker rooms.
- Invite coaches to attend the Huddle study.
- Distribute promotional material to coaches.

## PRODUCTS

**Tools to Get Started**

- **Preview:**

  **Athletes Bible –** This Bible includes the Serendipity Student Bible with group and individual study helps, 500 potential small group meetings, 90 athletically-focused Bible studies, 100 icebreakers and team builders, a Bible dictionary, and other study tools. This resource can be purchased at FCAgear.com.

  **3 Dimensional Coaching Companion Bible Study -** This Companion Bible Study is designed to be used in small group settings by coaches who are enrolled in the 3D+ Course. This resource expounds upon the faith-based principles that are introduced in the online training.

  **The CORE –** This resource provides you with 8 powerful guidelines and essentials on strengthening your faith as a believer and Christ-follower. This resource follows the Ready, Set, Go format with verses, pointed questions, and exercises to apply in real life and can be used in ministry environments including, 1-on-1 meetings, huddle meetings, and individual studies. The CORE can be purchased at FCAgear.com.

- **Access:**

  **FCAresources.com –** FCAresources.com brings together all of FCA's resources into one website. Devotionals, articles, outreach ideas, icebreakers, podcasts, Bible studies, videos, and more! Everyone within the ministry can search this large library and submit resources.

  **FCACoachesAcademy.com –** The FCA 3Dimensional Coaches Academy is a three course training curriculum designed to help coaches become transformational in their coaching by fulfilling their transformational purpose. The result is that coaches learn to coach their players in all three dimensions (body, mind, heart) from a faith-based perspective.

26.



**FELLOWSHIP OF CHRISTIAN ATHLETES**



# TOOLS

**HUDDLE
PLAYBOOK**

27.

## PRODUCTS

### Bibles
- Athletes Bible
- Power Bible
- Team Bible
- The Coaches Bible
- The Competitor's Bible
- Sports New Testament (Spanish and English versions)

### Study/Devotion
- Character Studies
- Team Studies
- Heart of the Competitor
- Heart of a Coach
- Heart of an Athlete
- Core Value Series
- Leadership Bible Studies
- Victory 365

### Discipleship
- The CORE Study
- A Biblical Approach to InSideOut Coaching
- 3Dimensional Coaching Companion Bible Study

### Online Resources
- Everything FCA – fca.org
- FCAhuddletools.com
- Merchandise – fcagear.com
- Ministry Resources – fcaresources.com
- 3Dimensional Coaching – fcacoachesacademy.com

**PROGRAMS AND PEOPLE**

## Programs

- Fields of Faith – fieldsoffaith.com
- Day of Champions
- Sports Rallies
- Sport-Specific Outreaches
- Leadership Trainings

## People

- FCA Staff
- Local Community Members
- FCA Board
- Adult Huddles
- Booster Clubs
- Youth Pastors and Church Ministers

30.



**FELLOWSHIP OF CHRISTIAN ATHLETES**



# APPENDIX

HUDDLE
PLAYBOOK

31.

**HUDDLE**
**PLAYBOOK**

## FCA Huddle Constitution

### Article I – Name

The name of the organization shall be the (name of the school) Fellowship of Christian Athletes.

### Article II - Mission

The mission of the Fellowship of Christian Athletes is "To lead every coach and athlete into a growing relationship with Jesus Christ and His church."

FCA is a Christian community that is led by those who serve FCA's mission as it representatives, including all of FCA's directors, officers, employees and volunteer leaders, each of whom is an integral part of the community (and are described in this Manual as "FCA representatives"). Both of FCA's mission and the association of FCA's representatives are an exercise and an expression of FCA's Christian beliefs.

### Article III - Qualifications of Members

As the purpose states, FCA is targeted at reaching athletes and coaches. In order to best reach this group through the Huddle, participants of Huddles are to be current or former members of recognized school athletic teams and those who carry an interest in athletics.

FCA should not become an exclusive "club," with restricted membership; however, a key principle in FCA's strategy for reaching "athletes and coaches" is for the commonality of athletics with those in the group to remain obvious.

### Article IV - Officers and Elections

▶ **Section I: Officers to be Elected**

The (name of school) Fellowship of Christian Athletes shall have officers as follows:

1. Captain   2. Co-Captain   3. Recruiter   4. Secretary   5. Treasurer

▶ **Section II: Qualifications of Officers**

To express and exercise FCA's Christian beliefs, every FCA student leader must contribute to FCA's Christian character and mission (see page 40), perform all of his or her duties as a service to God, and model FCA's Christian beliefs for the larger community.

**GUIDELINES**

Accordingly, a officer must be a participant or a student/adult leader of the (name of school) Fellowship of Christian Athletes and an FCA student leader who has affirmed his or her agreement with FCA's Statement of Faith and mission (and has been certified as such by the National FCA.) meet any qualifications set by the school for holding office in an organization that is consistent with FCA's mission and beliefs.

▶ **Section III: Duties of Officers**

A. Captain will preside over all meetings, work with other Huddle officers and Huddle Coaches in planning programs, give direction in setting group goals and demonstrate Christian leadership qualities.

B. Co-Captain will assist the Captain in any way, inform the Huddle of meeting time and place, assist in program planning and take care of any physical needs of the meeting.

C. Recruiter will promote FCA activities among coaches and athletes.

D. Secretary will provide administrative support of Huddle activities.

E. Treasurer will be responsible for processing any funds acquired by the Huddle.

▶ **Section IV: Elections**

Election of officers will be held once a year, preferably during March or April. This will allow newly elected officers to be trained by the existing officers and have opportunity to attend FCA Leadership Camp in the summer. Potential officer candidates will be screened by existing officers and Huddle Coach to ensure their commitments to FCA's beliefs and mission. A majority vote will be necessary for an officer to be elected. In case of no majority, a runoff will be held immediately.

**Article V - Meetings**

Meetings will be held weekly or twice a month and can be conducted in an atmosphere where fellowship, growth and outreach can be accomplished.

**Article VI - Amendments**

Amendments to this Constitution may be proposed by any Huddle officer. Amendments shall become effective if approved by the executive leadership of the organization. All policies of the said group must be consistent with the policies of the Fellowship of Christian Athletes Support Center, 8701 Leeds Road, Kansas City, MO 64129, (800) 289-0909 or (816) 921-0909.

## The Equal Access Act

(Title VIII of Public Law 98-377)

### Short Title

Sec. 801. This title may be cited as "The Equal Access Act."

### Denial of Equal Access Prohibited

Sec. 802.

(a) It shall be unlawful for any public secondary school which receives Federal financial assistance and which has a limited open forum to deny equal access or a fair opportunity to, or discriminate against, any students who wish to conduct a meeting within that limited open forum on the basis of the religious, political, philosophical, or other content of the speech at such meetings.

(b) A public secondary school has a limited open forum whenever such school grants an offering to or opportunity for one or more non-curriculum related student groups to meet on school premises during non-instructional time.

(c) Schools shall be deemed to offer a fair opportunity to students who wish to conduct a meeting within its limited open forum if such school uniformly provides that–

(1) the meeting is voluntary and student-initiated;

(2) there is no sponsorship of the meeting by the school, the government, or its agents or employees;

(3) employees or agents of the school or government are present at religious meetings only in a nonparticipatory capacity;

(4) the meeting does not materially and substantially interfere with the orderly conduct of educational activities within the school; and

(5) nonschool persons may not direct, conduct, control, or regularly attend activities of student groups.

(d) Nothing in this title shall be construed to authorize the United States or any State or political subdivision thereof –

(1) to influence the form or content of any prayer or other religious activity;

(2) to require any person to participate in prayer or other religious activity;

(3) to expend public funds beyond the incidental cost of providing the space for student-initiated meetings;

(4) to compel any school agent or employee to attend a school meeting if the content of the speech at the meeting is contrary to the beliefs of the agent or employee;

(5) to sanction meetings that are otherwise unlawful;

(6) to limit the rights of groups of students which are not of a specified numerical size; or

(7) to abridge the constitutional rights of any person.

(e) Notwithstanding the availability of any other remedy under the Constitution or the laws of the United States, nothing in this title shall be construed to authorize the United States to deny or withhold Federal financial assistance to any school.

(f) Nothing in this title shall be construed to limit the authority of the school, its agents or employees, to maintain order and discipline on school premises, to protect the well-being of students and faculty, and to assure that attendance of students at meetings is voluntary.

**Definitions**

Sec. 803. As used in this title –

(1) The term "secondary school" means a public school which provides secondary education as determined by State law.

(2) The term "sponsorship" includes the act of promoting, leading, or participating in a meeting. The assignment of a teacher, administrator, or other school employee to a meeting for custodial purposes does not constitute sponsorship of the meeting.

(3) The term "meeting" includes those activities of student groups which are permitted under a school's limited open forum and are not directly related to the school curriculum.

(4) The term "noninstructional time" means time set aside by the school before actual classroom instruction begins or after actual classroom instruction ends.

**Severability**

Sec. 804. If any provision of this title or the application thereof to any person or circumstances is judicially determined to be invalid, the provisions of the remainder of the title and the application to other persons or circumstances shall not be affected thereby.

**Construction**

Sec. 805. The provisions of this title shall supersede all other provisions of Federal law that are inconsistent with the provisions of this title.

For further information or a copy of the "Equal Access Guidelines" write or phone:

**Alliance Defense Fund**

15100 N. 90th St., Scottsdale, AZ 85260
(800)TELLADF (800-835-5233), (480) 444-0020, FAX: (480) 444-0025
alliancedefensefund.org

**The American Center for Law and Justice**

P.O. Box 90555, Washington, D.C. 20090-0555
(757) 226-2489, FAX: (757) 226-2836, aclj.org

**Christian Legal Society**

8001 Braddock Road, Suite 300, Springfield, VA 22151
(703) 642-1070, FAX: (703) 642-1075, clsnet.org, clshq@clsnet.org

**National Legal Foundation**

P.O. Box 64427, Virginia Beach, VA 23467-4427
(757) 463-6133, FAX: (757) 463-6055, nlf.net, nlf@nlf.net

**The Rutherford Institute**

P.O. Box 7482, Charlottesville, VA 22906-7482
(434) 978-3888, FAX: (434) 978-1789, rutherford.org, staff@rutherford.org

You may also contact the FCA Support Center at (800) 289-0909, or (816) 921-0909, ext. 555.

## Student's Bill of Rights on a Public Campus

### I. THE RIGHT to Meet with Other Religious Students

The Equal Access Act allows students the freedom to meet on campus for the purpose of discussing religious issues.

### II. THE RIGHT to Identify Your Religious Beliefs through Signs and Symbols

Students are free to express their religious beliefs through signs and symbols.

### III. THE RIGHT to Talk about Your Religious Beliefs on Campus

Freedom of speech is a fundamental right mandated in the Constitution and does not exclude the school yard.

### IV. THE RIGHT to Distribute Religious Literature on Campus

Distributing literature on campus may not be restricted simply because it is religious.

### V. THE RIGHT to Pray on Campus

Students may pray alone or with others so long as it does not disrupt school activities or is not forced on others.

### VI. THE RIGHT to Carry or Study Your Bible on Campus

The Supreme Court has said that only state directed Bible reading is unconstitutional.

### VII. THE RIGHT to Do Research Papers, Speeches, and Creative Projects with Religious Themes

The First Amendment does not forbid all mention of religion in public schools.

### VIII. THE RIGHT to Be Exempt

Students may be exempt from activities and class content that contradict their religious beliefs.

### IX. THE RIGHT to Celebrate or Study Religious Holidays on Campus

Music, art, literature, and drama that have religious themes are permitted as part of the curriculum for school activities if presented in an objective manner as a traditional part of the cultural and religious heritage of the particular holiday.

### X. THE RIGHT to Meet with School Officials

The First Amendment to the Constitution forbids Congress to make any law that would restrict the right of the people to petition the Government (school officials).

This single page, Students' Bill of Rights on a Public School Campus, may be duplicated without permission from the publisher. Parchment copies of this page (suitable for framing) and/or the book, Students' LEGAL RIGHTS on a Public School Campus (detailing each right), may be obtained by calling or writing the Publisher. Roever Communications, P.O. Box 136130, Ft. Worth, TX 76136, (817) 237-2587.

## FCA Christian Community Statement

FCA is a Christian community led by individuals who serve as representatives of FCA's Mission, including all FCA's trustee, staff, and volunteer ministry leaders. Each of these individuals is an integral part of the FCA community and are described for purposes of this statement as "FCA Representatives."

Those who are not FCA Representatives but are participants in our community include coaches, athletes, guests at Huddles and other events, and volunteers serving in support roles. These participants make significant contributions through their involvement in our Christian community, however, these participants do not represent FCA unless they are also serving in one of the FCA representative roles identified in the paragraph above.

FCA exercises and expresses its beliefs in various ways, including:

***As a Community:*** We believe that God calls people to live out their faith in community with other believers. Accordingly, our Christian community is itself an exercise and expression of our Christian beliefs.

***Through Our Activities:*** We believe that all of our activities should express our beliefs and be rendered in service to God as a form of worship. As such, all FCA activities further our Christian mission and purposes and are an exercise and expression by FCA of our Christian beliefs.

### FCA's Christian Beliefs

FCA's Christian beliefs are comprised of the FCA Statement of Faith and FCA Mission Statement.

### FCA Statement of Faith

We believe the Bible to be the only inspired, trustworthy and true, without error, Word of God. (2 Timothy 3:16-17)

We believe there is only one God who eternally exists in three persons: Father, Son and Holy Spirit. (Matthew 28:19)

38.

We believe Jesus Christ is God, in His virgin birth, in His sinless life, in His miracles, in His death that paid for our sin through His shed blood, in His bodily resurrection, in His ascension/rising up to the right hand of the Father and in His personal return in power and glory. (John 1:1; Matthew 1:18,25; Hebrews 4:15; Hebrews 9:15-22; 1 Corinthians 15:1-8; Acts 1:9-11; Hebrews 9:27-28)

We believe that acceptance of Jesus Christ and the corresponding renewal of the Holy Spirit are the only paths to salvation for lost/sinful men and women. (John 3:16; John 5:24; Titus 3:3-7)

We believe in the present ministry of the Holy Spirit, who lives within and guides Christians so they are enabled to live godly lives. (John 14:15-26; John 16:5-16; Ephesians 1:13-14)

We believe in eternal life, and that through belief in Jesus Christ as the Son of God, we spend eternity with the Lord in Heaven. We believe that in rejecting Jesus Christ as Lord and Savior, we receive eternal suffering in hell. (Matthew 25:31-46; 1 Thessalonians 4:13-18)

We believe in the spiritual unity of believers in our Lord Jesus Christ, that all believers are members of His body, the Church. (Philippians 2:1-4)

We believe God's design for sexual intimacy is to be expressed only within the context of marriage, that God created man and woman to complement and complete each other. God instituted marriage between one man and one woman as the foundation of the family and the basic structure of human society. For this reason, we believe that marriage is exclusively the union of one man and one woman. (Genesis 2:24; Matthew 19:5-6; Mark 10:6-9; Romans 1:26-27; 1 Corinthians 6:9)

We believe that God created all human beings in His image. Therefore, we believe that human life is sacred from conception to its natural end; that we must honor the physical and spiritual needs of all people; and by following Christ's example, we believe that every person should be treated with love, dignity and respect. (Psalm 139:13; Isaiah 49:1; Jeremiah 1:5; Matthew 22:37-39; Romans 12:20-21; Galatians 6:10)

**Mission Statement**

FCA exists to accomplish the following mission; ensuring all program activities of the ministry shall be structured and conducted accordingly:

To lead every coach and athlete into a growing relationship with Jesus Christ and His church.

**Christian Expression and Exercise of Beliefs**

FCA maintains a faith-based community as an exercise of FCA's Statement of Faith. In addition, FCA subscribes to the Christian belief that all its activities, including the duties of FCA Representatives, should express FCA's beliefs and be rendered as a service to God.

**FCA Representative Obligations**

To express and exercise FCA's Christian beliefs, all FCA Representatives shall contribute to FCA's Christian Character and Mission. Each FCA Representative shall be expected to model FCA's Christian beliefs within the greater community, perform all their duties as a service to God, and comply with the following obligations:

• Beliefs: Each FCA representative shall affirm his or her agreement with FCA's Statement of Faith and shall not subscribe to or promote any religious beliefs inconsistent with these beliefs.

• FCA Christian Community and Conduct Standards: FCA Representatives shall always (during both working and non-working hours) endeavor to conduct themselves in a manner that affirms biblical standards of conduct in accordance with FCA's Christian beliefs.

• Distinctly Christian Activities: Each FCA Representative shall be ready, willing, and able to lead or contribute to distinctly Christian activities such as worship and prayer services.

**Volunteers, Program Participants, and Guests**

Guests and volunteers who are serving in ministry support roles as community participants (not in representative roles) are generally not required to affirm our Christian beliefs. During their participation in our community, such participants are expected to respect our beliefs, support FCA's Mission, and comply with applicable community standards. We may give preference for volunteer positions to individuals who share our Christian beliefs.

**Program Participants**

FCA is a Christian community that exercises Christian beliefs described in the FCA Statement of Faith. All FCA activities and events should express its beliefs and be rendered as a service to God.

40.

**G U I D E L I N E S**

FCA believes that all people are of great worth and value to God. In Romans 3:23, the Bible declares that all people have sinned and are in need of Christ's forgiveness and restoration. Following Christ's example, FCA strongly believes that every person should be treated with love, dignity, and respect.

FCA invites everyone to participate in our ministry programs such as Huddle meetings, camps, Bible studies, and events. All FCA activities are open to anyone regardless of their personal beliefs.

FCA believes the good news of Jesus Christ is for all people, therefore everyone is welcome to attend FCA ministry activities and events (Luke 2:10).

FCA believes that every person must be afforded compassion, love, kindness, respect, and dignity (Mark 12:28-31; Luke 6:31). Hateful and harassing behavior or attitudes directed toward any individual are not in accordance with the biblical beliefs of FCA.

Although participants generally do not represent the FCA Christian community, they do contribute to our community, to the experiences of other participants, and to the accomplishment of FCA's Mission. Accordingly, we expect program participants to respect our beliefs and abide by the Christian community standards applicable to them.

**Preserving FCA's Christian Character and Mission**

***Noncompliance by Representatives:*** Should any FCA Representative not comply with FCA's Christian beliefs, said representative shall have an obligation to disclose such noncompliance to FCA. FCA may determine whether said representative intends or is likely to continue in such noncompliance. If so, FCA may dismiss the representative from his or her position on the basis that noncompliance is inconsistent with and undermines the expression and exercise of the Christian Character and Mission of the organization.

***Mission Partners/Volunteers:*** Volunteers working with FCA in a capacity other than as a leader shall not be considered representatives of FCA's faith-based community.  Volunteers serving with FCA shall understand that they agree to support FCA's Mission and Values.

***Affirmation:*** Each FCA Representative must affirm that, (1) he or she understands, affirms, and agrees to be bound by the FCA Statement of Faith and Mission, and (2) as a participant or student/adult leader of the FCA community of faith, he or she will be held accountable by FCA to abide by this Statement of Faith.

**HUDDLE**
**PLAYBOOK**

## FCA Youth Protection Policy

As part of our purpose and in accordance with our Christian beliefs, we seek to provide every youth, participant, and staff person with a safe, fulfilling experience. We expect all staff to promote a positive, nurturing environment for our youth and other participants, and to closely follow all FCA youth protection guidelines and directives.

**Guidelines for FCA Representatives**

**I. Behavior Policy**

1. FCA expects all paid staff and volunteers, in every aspect of their involvement with FCA activities and programs, to exhibit exemplary language and conduct, consistent with FCA's ministry purpose, Sexual Purity Policy, and moral and theological beliefs.

2. FCA prohibits staff members and volunteers from:

   a. Engaging in any dating and romantic or sexual activity or relationship with the young people and adults who participate in our programs, except that student leaders may date other student participants.

   b. Using sexually explicit language or jokes, or possessing or viewing lewd or

   pornographic materials in the presence of participants or others.

   c. Engaging in any sexual relations or activities that constitute sexual offenses as defined by federal or state law.

   d. Using language or behavior that involves violence or is derogatory, threatening, abusive, or harassing.

   e. Using alcohol, drugs or tobacco (chewing or smoking) while leading or participating in an FCA activity.

3. In addition, FCA expects staff members and volunteers involved in our programs to be attentive to the physical and emotional abilities and needs of participants, and to avoid situations that could cause participants to suffer an accident or injury.

4. Any FCA representative who is found by FCA to have violated this Behavior Policy, or FCA's Sexual Purity Policy, or any of the guidelines below, may be immediately terminated or subjected to disciplinary action, all in the discretion of FCA.

42.

### II. Prevention Guidelines: Barriers to Abuse

**1. Team Leadership –** Whenever feasible a youth will not be in the primary care or supervision of only one adult. Teams of leaders will supervise activities. Where possible, experienced adult workers should be included with adults who are newcomers to youth work.

**2. Athletic Activities –** The excitement, emotions, and stress of athletic activities can give rise to inappropriate language and physical contact. FCA representatives must refrain from jokes, remarks, exclamations, and physical touch that could be perceived as negative or suggestive. Also, be aware of the physical needs of the athlete, such as fatigue, the need for fluids, treatment of an injury, and weather conditions (such as electrical storms or extreme heat).

**3. Individual Counseling –** Counseling with youth should be in the nature of spiritual counseling. Coaching and mentoring on ordinary problems and challenges of growing up is also acceptable. Counseling should not involve therapy or advice concerning mental or emotional illness, suicidal thoughts, drug abuse, or pregnancy. Generally parents should be advised of these more serious problems. In some instances, the youth should be referred to a professional (see procedures below under Long-term Counseling). Team counseling is preferable whenever possible. When team counseling sessions are not feasible, notify your program leader in advance of the location and with whom you are meeting. Counseling must always be done in a public place (lobby, courtyard, snack shop, etc.) where private conversations are possible but occur in full view of others. Guard carefully to avoid seclusion. Be especially careful to have female adults counsel female youths and males counsel males. A male/female team is generally appropriate for counseling either gender.

**4. Long-term Counseling –** FCA representatives (especially at camp) should avoid entering into long-term individual counseling relationships with participants. Generally, you should not be meeting with a youth for counseling more than three times. FCA representatives should report all counseling contacts to their program leader. Adult leaders are generally not prepared or supported for long-term counseling or formal therapy.

Instead, refer youth who have a need for long-term counseling to professionals in the community.  Before making a referral, always consult with your program leader about the need for referral and how to make the referral. It is usually appropriate to notify and make the referral through a parent/guardian.

**HUDDLE**
**PLAYBOOK**

**5. Informal Contact (Independent of FCA Activities) –** Informal contact refers to phone calls, cards, face-to-face contact, or other communication between an FCA representative and a youth that is not connected to "official" FCA activities. FCA recognizes that informal contact between FCA representatives and youth frequently occurs and can be very beneficial for Christian and social reasons. For example, staff may hire teens as baby-sitters for their own children, or staff may see kids during social events with the child's family. This interaction is usually legitimate and beneficial. However, staff should seek permission of parents, and report plans for such contact to the FCA program leader before having informal contact with the child. The staff member should clearly let the parent know the nature of the contact and that it is not part of an FCA activity. Parents are responsible for monitoring this informal contact. In follow-up to an FCA activity or event, FCA representatives should only send post cards, not letters. Follow-up emails must be sent from an FCA computer, not a home computer.

**6. Be Aware of "Fantasy Relationships" –** Refrain from spending an inordinate amount of time with any one participant that could lead the participant to misread your interest in him or her or become too strongly tied to you. Be aware of how you express your concern for the student. When you express love, be sure students know you mean Christian love.

**7. Youth Supervising Youth –** Minors may help adults lead youth activities only under the direct leadership of a screened and trained adult. Minors must also be screened and trained (as appropriate for their age). Minors under 16 years of age generally should not be permitted to help lead youth activities. Minors in leadership roles should not be left alone and unsupervised with youth participants.

**8. Overnight Activities –** At least two adults will supervise overnight activities. If the participants are male and female, then male and female chaperons must be present. It is never appropriate for an adult chaperon who is not a family member to share a bed with a youth. Males and females attending events must not share the same sleeping quarters and should have separate access to bathroom facilities. Younger minors should be provided sleeping and changing facilities separate from older minors. Experienced adult workers should be included with adults who are new-comers to youth work.

**9. Transportation –** FCA may from time to time provide transportation as an official part of an activity. When children or youth are transported as a part of an activity, follow the "two adult rule" whenever possible. Avoid situations

44.

where one adult is alone with one youth. In addition, never allow a child to be left alone in a vehicle. All other guidelines also apply.

10. **Confidentiality –** Youth workers must report to a program leader if a minor discusses harming himself or others, committing a crime, or being abused. There are limits to confidentiality when working with youth. Where necessary, explain clearly to youth that there are some circumstances where you are required to "tell" what the youth discloses. Questions about such cases or other issues of confidentiality must be discussed promptly with the program leader. While you should generally maintain the confidentiality of personal information provided to you by participants, at the same time you should never promise complete confidentiality. If a child confides to you that he has been sexually or physically abused by a family member or another, you may have a legal obligation to report this to the authorities. In addition, if the child tells you that he has committed or plans to commit a crime, or plans to harm himself, you may need to report this to the authorities as well.

11. **Gifts –** Youth workers should not give personal gifts or money to youth. Gifts can be easily misinterpreted. With the advance approval of the program leader, small gifts given to groups of young people can be allowed, such as graduation presents or awards for participation.

12. **Physical Contact –** In athletic activities, physical contact between players and between coaches and players is often a necessary part of practice and the game. Certain kinds of physical touch however, are inappropriate. While "high-fives," side-hugs, and pats on the shoulder are usually acceptable, full-hugs, patting the buttocks, and back rubs or massages are not acceptable. Do not allow "piling on" or "dog piles" after a game or practice. Roughhousing and horseplay also should be discouraged, because they can lead to injury.

13. **Corporal Punishment –** Corporal punishment (hitting or spanking) and other forms of punishment involving physical pain are never appropriate. This rule holds true even if parents have suggested or given permission for corporal punishment. Youth workers must consult their supervisors or program leader if they need help with discipline techniques.

14. **Open Door Policy –** All FCA events are "open door." This means that staff and parents have a right to observe any activity. FCA does not practice secret activities, initiations, or rituals.

15. **Dating or Sexual Involvement –** No adult youth worker is to date a youth or be romantically or sexually involved with a youth.

**HUDDLE PLAYBOOK**

16. **Appearance of Misconduct –** Staff must avoid even the appearance of misconduct. This is necessary in order to maintain parental confidence and avoid mistaken allegations. Appropriate physical contact (see #12 above) in group settings is okay and can be a positive dynamic. However, be cautious of any touching actions that can be misleading to individuals receiving the touch or those observing.

17. **Unsupervised Areas –** Make unsupervised or isolated areas off-limits to youth. Youth should not be allowed to return to cabins or sleeping areas except in groups or with supervision. Develop a plan among leaders for periodic monitoring and checking of unsupervised areas.

18. **Youth Conversation –** Youth should be instructed that sexual talk and gestures are not tolerated. Youth who make sexual remarks to other youth should be reprimanded, and such language should be reported to the program leader.

19. **Supervision and Communication –** Youth workers should consult with the youth program leader to discuss any issues regarding these guidelines. Appropriate topics that must be discussed include problems, accountability, policy clarification, personal feelings, or other issues that may affect youth worker efforts.

20. **Feedback from Youth and Parents –** A leader designated to receive complaints from youth should be identified at every camp. All youth should be made aware of this individual and of his or her availability to listen to problems or complaints. All parents should be provided the name and contact information for this leader. Parents should also be provided an 800-number for complaints and questions. All youth, parents, and adult/coach participants should be provided a comment form following camp or an event, on which they can identify problems or concerns. Please promptly forward copies of all forms received to the FCA Support Center, and please flag all forms that include complaints or that raise safety issues.

21. **Focus on these spiritual guidelines while working with young people:**
     1 Thessalonians 2:11,12 – For you know that we dealt with each of you as a father deals with his own children, encouraging, comforting and urging you to live lives worthy of God, who calls you into his kingdom and glory.

     1 Thessalonians 5:22 – Avoid every kind of evil.

     Philippians 4:8 – Finally brothers, whatever is true, whatever is noble, whatever is right, whatever is pure, whatever is admirable - if anything is excellent or praiseworthy - think about such things.

46.

James 3:8-10 – ...but no man can tame the tongue. It is a restless evil, full of deadly poison. With the tongue we praise our Lord and Father, and with it we curse men, who have been made in God's likeness. Out of the same mouth come praise and cursing. My brothers, this should not be.

**Reporting Procedures**

1. If an FCA representative observes or suspects that any other representative has engaged in conduct that violates the Behavior Policy or any other FCA policy or guideline, the FCA representative must report this IMMEDIATELY to his/her FCA program leader. If the FCA program leader is observed or suspected of engaging in misconduct, this must be reported directly to the Chief Administrative Officer at the FCA Support Center.

2. FCA program leaders who receive reports of misconduct are expected to report any information they have received IMMEDIATELY to the Executive Vice President of Human Resources at the Support Center and to coordinate the local response with the Support Center.

3. Representatives and program leaders should refrain from investigating the situation, contacting the person alleged to have engaged in misconduct, or discussing the details with any person other than Support Center personnel designated above until the matter can be discussed with Support Center Personnel.

4. If there is a likelihood of injury to the victim or others, the authorities and/or emergency personnel may have to be contacted before the matter can be discussed with the FCA Support Center. In addition, it may be necessary to place the representative accused of misconduct on suspension or administrative leave and to instruct the representative to cease contact with the victim and others.

5. Failure to report suspected or observed misconduct may result in immediate dismissal from employment or volunteer assignments with FCA or disciplinary action, all at the discretion of FCA.

Primary contact is:
Ken Williams
Chief Administrative Officer
Cell Phone: (816) 674-8785
(816) 921-0909 or (800) 289-0909
Extension: 1146

If you are unable to reach Ken Williams, secondary contact is:
Jeff Martin
Executive Director
Ministry Advancement
(816) 921-0909 or (800) 289-0909

**HUDDLE
PLAYBOOK**

## Huddle Policies for Handling Funds

"All funds and/or property received by or coming into the custody of any Huddle group shall be the property of the Fellowship of Christian Athletes to be expended or applied only for the purposes and in accordance with the policies and regulations prescribed by the Board of Trustees."

A local checking account can be set up at a bank by an FCA Huddle group. When setting up the checking account, the bank will require all those signing checks to sign a signature card on file with the bank.

For control purposes, it is necessary that an employee of FCA also be included on the signature card, although they will not be involved in signing checks for normal account transactions. In addition to this FCA employee, others on the signature card should include the leadership of the FCA Huddle.

The bank signature card should be updated periodically to reflect current information. Copies of the signature card and related banking agreements must be filed with the local FCA office.

According to FCA policy, when writing a check, two signatures are required for withdrawal of monies. When setting up the account, please notify the bank of this double signature policy, so that they can set up the account accordingly. The two signatures on checks should include the signatures of both the Huddle Coach and one of the authorized officers on the checking account. Funds solicited and/or generated by the Huddle fall into two categories:

1) Non-contribution Gifts: The amount of money received equals the services rendered to the person giving the gift. Examples include: merchandise sales, price of admission for a breakfast/lunch/dinner program, car wash proceeds, payment of money due for retreat and/or Camp for specific students. Non-contribution gifts are not eligible as a tax deduction; therefore, these monies must be deposited directly into the local checking account.

2) Contribution Gifts: These are funds given to the Huddle to support the needs of the FCA ministry with no services or consideration rendered to the donor. Examples include: non-designated scholarship money for retreat and/or Camps, etc.

It is necessary for donors to have proper tax-deductible receipts in order to claim this gift.

**G U I D E L I N E S**

To satisfy IRS requirements, contribution gifts should be sent to:

Fellowship of Christian Athletes

Attn: Receipting

8701 Leeds Road

Kansas City, MO 64129

A tax deductible receipt for the gift will be generated for the donor and properly credited to the Huddle. The Huddle is responsible to spend the money in accordance with FCA policies. To record contribution gifts use the Funds Returned Contribution Transmittal form for Huddles. The funds will be returned to the Huddle, less an 11% administrative charge. In the event a Huddle has annual gross receipts in excess of $25,000, the Huddle must immediately contact the Support Center for special guidance.

## Insurance Coverage for FCA Activities

Note: All insurance plans are effective as indicated on the following pages. As FCA renews its insurance policies, FCA will provide Huddles with updated information if there are any changes.

**Liability Insurance Coverage**

FCA carries General Liability insurance which protects the corporation of FCA, staff, volunteers, students, and other individuals who are directly associated with FCA. This protects FCA if there should be a liability suit filed against any one of the above by a third party as the result of a defined list of actions, the main one being negligence while acting as an agent of FCA.

EXAMPLE: A Huddle participant or a student/adult leader is seriously injured as the result of the negligence of the Huddle Coach. If the Huddle Coach is found guilty of negligence, any judgment not covered by other insurance would be covered by FCA's Liability Insurance up to the limit of coverage. Liability Insurance does not cover items like medical costs (i.e., surgery to repair torn ligaments, etc.) related to athletic activity.

This is an important benefit of becoming an official or certified Huddle Ministry Group. A noncertified FCA group is not covered by this liability policy.

Some public and private entities (i.e., schools, cities, campgrounds) that FCA deals with may require certification of Liability Insurance coverage from FCA. Certification is provided upon request, at no cost, in the form of a CERTIFICATE OF INSURANCE.

**Note:** Certification is proof that we carry this form of insurance. It is NOT an insurance policy document, but an official certification that we carry this form of insurance in our policy. Our insurance company has requested that FCA use a Release and Waiver of Liability/Permission Forms for participants for activities outside the scope of normal huddle meetings, (i.e. weekend retreats, unique huddle meetings, etc.) Please use the appropriate form for participants under the age of 18 or for participants over the age of 18.

Thank you for your help with this matter. If you have any questions, please contact the Special Event Insurance Department at 800-289-0909. To obtain a CERTIFICATE OF INSURANCE, complete the Certificate of Liability Insurance Request Form found in the back of this playbook and mail it at least three weeks prior to the event.

**FORMS**

## Release and Waiver of Liability, Assumption of Risk, and Indemnity Agreement ("Agreement") – Minor Participant

In consideration of participating in the _____

I represent that I understand the nature of this Activity and that I am qualified, in good health, and in proper physical condition to participate in such Activity. I acknowledge that if I believe event conditions are unsafe, I will immediately discontinue participation in the Activity.

I fully understand that this Activity involves risks of serious bodily injury, including permanent disability, paralysis and death, which may be caused by my own actions, or inactions, those of others participating in the event, the conditions in which the event takes place, or the negligence of the "releasees" named below; and that there may be other risks either not known to me or not readily foreseeable at this time; and I fully accept and assume all such risks and all responsibility for losses, costs, and damages I incur as a result of my participation in the Activity.

I hereby release, discharge, and covenant not to sue The Fellowship of Christian Athletes, its respective administrators, directors, agents, officers, volunteers, and employees, other participants, any sponsors, advertisers, and, if applicable, owners and lessors of premises on which the Activity takes place, (each considered one of the "RELEASEES" herein) from all liability, claims, demands, losses, or damages on my account caused or alleged to be caused in whole or in part by the negligence of the "releasees" or otherwise, including negligent rescue operations; and I further agree that if, despite this release, waiver of liability, and assumption of risk I, or anyone on my behalf, makes a claim against any of the Releasees, I will indemnify, save, and hold harmless each of the releases from any loss, liability, damage, or cost which any may incur as the result of such claim.

I have read this RELEASE AND WAIVER OF LIABILITY, ASSUMPTION OF RISK, AND INDEMNITY AGREEMENT, understand that I have given up substantial rights by signing it and have signed it freely and without any inducement or assurance of any nature and intend it be a complete and unconditional release of all liability to the greatest extent allowed by law and agree that if any portion of this agreement is held to be invalid the balance, notwithstanding, shall continue in full force and effect.

_____ _____
Printed name of Participant                                                   Date:

_____
Signature of Participant

**Parental Consent**

AND I, the minor's parent and/or legal guardian, understand the nature of the above referenced activities and the minor's experience and capabilities and believe the minor to be qualified to participate in such activity. I hereby release, discharge, covenant not to sue and AGREE TO INDEMNIFY AND SAVE AND HOLD HARMLESS each of the Releasees from all liability, claims, demands, losses, or damages on the minor's account caused or alleged to have been caused in whole or in part by the negligence of the Releasees or otherwise, including negligent rescue operations, and further agree that if, despite this release, I, the minor, or anyone on the minor's behalf makes a claim against any of the above Releasees, I WILL INDEMNIFY, SAVE AND HOLD HARMLESS each of the Releasees from any litigation expenses, attorney fees, loss liability, damage, or cost any Releasee may incur as the result of any such claim.

_____ _____
Printed name of Parent/Guardian                                         Date:

_____
Signature of Parent/Guardian

**HUDDLE PLAYBOOK**

## Release and Waiver of Liability, Assumption of Risk, and Indemnity Agreement ("Agreement") – Adult Participant

In consideration of participating in the _____

I represent that I understand the nature of this Activity and that I am qualified, in good health, and in proper physical condition to participate in such Activity. I acknowledge that if I believe event conditions are unsafe, I will immediately discontinue participation in the Activity.

I fully understand that this Activity involves risks of serious bodily injury, including permanent disability, paralysis and death, which may be caused by my own actions, or inactions, those of others participating in the event, the conditions in which the event takes place, or the negligence of the "releasees" named below; and that there may be other risks either not known to me or not readily foreseeable at this time; and I fully accept and assume all such risks and all responsibility for losses, costs, and damages I incur as a result of my participation in the Activity.

I hereby release, discharge, and covenant not to sue The Fellowship of Christian Athletes, its respective administrators, directors, agents, officers, volunteers, and employees, other participants, any sponsors, advertisers, and, if applicable, owners and lessors of premises on which the Activity takes place, (each considered one of the "RELEASEES" herein) from all liability, claims, demands, losses, or damages on my account caused or alleged to be caused in whole or in part by the negligence of the "releasees" or otherwise, including negligent rescue operations; and I further agree that if, despite this release, waiver of liability, and assumption of risk I, or anyone on my behalf, makes a claim against any of the Releasees, I will indemnify, save, and hold harmless each of the releasees from any loss, liability, damage, or cost which any may incur as the result of such claim.

I have read this RELEASE AND WAIVER OF LIABILITY, ASSUMPTION OF RISK, AND INDEMNITY AGREEMENT, understand that I have given up substantial rights by signing it and have signed it freely and without any inducement or assurance of any nature and intend it be a complete and unconditional release of all liability to the greatest extent allowed by law and agree that if any portion of this agreement is held to be invalid the balance, notwithstanding, shall continue in full force and effect.

_____  _____
Printed name of Participant                                                       Date:

_____
Signature of Participant

52.

**FORMS**

**Liability Insurance Coverage Certificate Request Form**

Fellowship of Christian Athletes

Name of event: _____

Date(s) of event: _____

Approximate # of participants: _____

Location of event: _____

Brief description of activities: _____

_____

_____

Name, physical address and phone of Organization or Facility (church, school, etc., not the FCA Office) requesting to receive a Certificate of Liability:

_____

_____

Attention: _____

Phone number: _____

Fax number: _____

Email address: _____

Special instructions: _____

_____

FCA Representative Responsible for Event: _____

Phone Number: _____

(Staff or Volunteer, if Volunteer, please include the name of your FCA Staff person as well)

Signed: _____   Date: _____

The original Certificate will be sent to the organization requesting proof of insurance. A copy of the certificate will be sent to the FCA Special Event Insurance Department. This completed form must be sent to FCA at least three weeks prior to the date of the event to:

    Fellowship of Christian Athletes

    Special Event Insurance Dept.

    8701 Leeds Road, Kansas City, MO 64129

    (800) 289-0909, (816) 923-2136 - fax

**HUDDLE**
**PLAYBOOK**

**Funds Returned Contribution Transmittal**

Number _____ Fellowship of Christian Athletes

Local Staff Contact _____ City _____ State _____

Huddle Ministry Name _____

Make Check to: FCA _____
(Huddle Name)

Send Check to: _____
(Name/Address of Treasurer)

_____

_____

We will mail your returned funds back to the treasurer for distribution, net of an administrative charge. We will send an electronic receipt to the donor.

Enclosed are Checks from:

| Name of Donor | Donor Email | Amount |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |

Total of Checks $_____

Instructions:

Mail the original report and all checks to: Finance Department, c/o Receipting, Fellowship of Christian Athletes, 8701 Leeds Road, Kansas City, MO 64129. Mail a copy of the report to your local/state office. Keep one copy of this report for your records.

Signed _____ Date _____

*The funds will be returned, less an 11% administrative charge.

54.

**FCA Student Leader Application**

Instructions: Please fill out this form and return to your Huddle Coach if you are interested in being considered as an FCA Leadership Team member this coming school year.

**A. Personal Information**

Date_____

School _____

Name _____ Current grade_____

Address _____

City _____ State _____ Zip _____

Phone (cell) _____(home) _____

Email address _____

School sport(s)/other club activities _____

_____

Parent names _____

Address _____

City _____ State _____ Zip _____

Parent phone numbers _____

**B. Church Service**

Current church you attend _____

Address _____

City _____ State _____ Zip _____

Are you a participant or student leader?   ☐ Yes ☐ No

In what area of church life do you now participate? _____

Pastor/Priest's name _____

**H U D D L E**
**P L A Y B O O K**

**C. FCA Experience**

Briefly list your FCA involvement: _____

_____

What office are you interested in? _____

_____

Why would you like to be part of the FCA Leadership Team? _____

_____

_____

What is the purpose of FCA? _____

_____

Are you a current FCA Teammate?  ☐ Yes  ☐ No

**D. Spiritual Formation**
(If you need more space, please continue on a separate sheet.)

Complete the following:
1. What do you think it means to be a Christian? _____

_____

 2. Explain when and how your walk with Christ began. _____

_____

3. Have you come to the place in your own spiritual life where you know for
   certain that, if you died today, you would go to heaven?  ☐ Yes  ☐ No

4.  If you were to die today and stand before God, and He asked you, "Why
    should I allow you into heaven?" what would you say?_____

_____

56.

### E. FCA Leadership Commitments

#### 1. Statement of Faith

We believe the Bible to be the only inspired, trustworthy and true, without error, Word of God. (2 Timothy 3:16-17)

We believe there is only one God who eternally exists in three persons: Father, Son and Holy Spirit. (Matthew 28:19)

We believe Jesus Christ is God, in His virgin birth, in His sinless life, in His miracles, in His death that paid for our sin through His shed blood, in His bodily resurrection, in His ascension/rising up to the right hand of the Father and in His personal return in power and glory. (John 1:1; Matthew 1:18,25; Hebrews 4:15; Hebrews 9:15-22; 1 Corinthians 15:1-8; Acts 1:9-11; Hebrews 9:27-28)

We believe that acceptance of Jesus Christ and the corresponding renewal of the Holy Spirit are the only paths to salvation for lost/sinful men and women. (John 3:16; John 5:24; Titus 3:3-7)

We believe in the present ministry of the Holy Spirit, who lives within and guides Christians so they are enabled to live godly lives. (John 14:15-26; John 16:5-16; Ephesians 1:13-14)

We believe in eternal life, and that through belief in Jesus Christ as the Son of God, we spend eternity with the Lord in Heaven. We believe that in rejecting Jesus Christ as Lord and Savior, we receive eternal suffering in hell. (Matthew 25:31-46; 1 Thessalonians 4:13-18)

We believe in the spiritual unity of believers in our Lord Jesus Christ, that all believers are members of His body, the Church. (Philippians 2:1-4)

We believe God's design for sexual intimacy is to be expressed only within the context of marriage, that God created man and woman to complement and complete each other. God instituted marriage between one man and one woman as the foundation of the family and the basic structure of human society. For this reason, we believe that marriage is exclusively the union of one man and one woman. (Genesis 2:24; Matthew 19:5-6; Mark 10:6-9; Romans 1:26-27; 1 Corinthians 6:9)

We believe that God created all human beings in His image. Therefore, we believe that human life is sacred from conception to its natural end; that we must honor the physical and spiritual needs of all people; and by following Christ's example, we believe that every person should be treated with love, dignity and respect. (Psalm 139:13; Isaiah 49:1; Jeremiah 1:5; Matthew 22:37-39; Romans 12:20-21; Galatians 6:10)

I understand that as a leader in FCA my life is an example to others.
☐ Yes ☐ No

**2. Focus on the Gospel of Christ**

FCA's ministry presents Jesus Christ as Lord and Savior. Speaking in tongues, healings, prophesying, and baptism are a part of the Christian experience for many people; however, FCA chooses not to focus on them but on the basics of the Gospel of Christ.

Do you agree to keep the focus on the Gospel of Christ and not on these or other denominational issues?  ☐ Yes ☐ No

**3. FCA's Student Leadership Statement**

Just as "captains" are held to a higher standard for their team, FCA Student Leaders are held to a higher standard of biblical lifestyle and conduct.  God desires all of His people, especially leaders, to pursue His standards of holiness through their conduct and obedience. Paul the Apostle instructed young Timothy to live similarly in 1 Timothy 4:12 (NLT): "Do not let anyone think less of you because you are young. Be an example to all believers in what you say, in the way you live, in your love, your faith, and your purity [chastity]."

FCA Student Leaders are not always perfect examples, but they do their best to live and conduct themselves in accordance with biblical values and instruction in order to glorify God. If there are questions about what God says regarding how we live our lives, FCA encourages student leaders to look to the Bible as their Playbook and speak to an FCA adult volunteer or staff member if there are further questions.

Will you conform to the FCA's Student Leadership Statement?  ☐ Yes ☐ No

#### 4. FCA's Christian Character and Mission

To express and exercise FCA's Christian beliefs, all FCA representatives shall contribute to FCA's Christian character and mission. Accordingly, each FCA representative shall be expected to model FCA's Christian beliefs for the larger community, perform all of their duties as a service to God and comply with the following obligations.

**Beliefs.** Each FCA representatives shall affirm their agreement with FCA's Christian beliefs and shall not subscribe to or promote any religious beliefs inconsistent with these beliefs.

**Christian Conduct Standards.** FCA Representatives shall at all times (both during working and non-working hours) endeavor to conduct themselves in a manner that affirms biblical standards of conduct in accordance with FCA's Christian beliefs. Such conduct standards include FCA's Youth Protection Policy, and Student Leadership Statement.

**Distinctly Christian Activities.** Each FCA Representative shall be ready, willing and able to lead or contribute to distinctly Christian activities such as worship and prayer services.

Have you, or will you at this time commit to living a drug, alcohol, and tobacco-free life? ☐ Yes ☐ No

Will you conform to the FCA's Christian Character and Mission?
☐ Yes ☐ No

Signature _____ Date _____



## 4 X 9 Multi-Sport Huddle Planning Sheet

**Share** — Present Gospel:

1.

2.

3.

4.

5.

**List Presenting Plans**

| Meeting Date | August: Ministry Purpose | Target Group |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| | | |

**Seek** — Disciple Others:

1.

2.

3.

4.

5.

**List Discipling Plans**

| Meeting Date | September: Ministry Purpose | Target Group |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| | | |

**Lead** — Reach Out:

1.

2.

3.

4.

5.

**List Reaching Plans**

| Meeting Date | October: Ministry Purpose | Target Group |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| | | |

**Love** — Fellowship Together:

1.

2.

3.

4.

5.

**List Fellowship Plans**

| Meeting Date | November: Ministry Purpose | Target Group |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| | | |

Ministry Purpose = Share, Seek, Lead, Love
Target Group = Huddle Members; Athletic Community; Entire Campus

60.

**FORMS**



# 4 X 9 Multi-Sport Huddle Planning Sheet

Share  — Present Gospel  :
1.
2.
3.
4.
5.
**List Presenting Plans**

Seek  — Disciple Others  :
1.
2.
3.
4.
5.
**List Discipling Plans**

Lead  — Reach Out  :
1.
2.
3.
4.
5.
**List Reaching Plans**

Love  — Fellowship Together  :
1.
2.
3.
4.
5.
**List Fellowship Plans**

| Meeting Date | January: Ministry Purpose | Target Group |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Meeting Date | February: Ministry Purpose | Target Group |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Meeting Date | March: Ministry Purpose | Target Group |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Meeting Date | April: Ministry Purpose | Target Group |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Meeting Date | May: Ministry Purpose | Target Group |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

Ministry Purpose = Share, Seek, Lead, Love
Target Group = Huddle Members; Athletic Community; Entire Campus

**FORMS**

## Multi-Sport Huddle Meeting Agenda Form



• Meeting Date: _____

• Meeting Purpose: _____
  (Share, Seek, Lead, Love)

• Target Group: _____

• **Welcome:** greetings and announcements

  _____

  _____

  _____

• **Warm-Up:** ice-breaker, games, skit

  _____

  _____

  _____

• **Workout:** Bible studies, devotionals, testimonials

  _____

  _____

  _____

• **Wrap-Up:** closing comments

  _____

  _____

  _____

62.

## FCA Testimony Helps

A personal testimony is simply sharing what God has done in your life. One of the most effective ways to prepare your testimony is to ask three questions.

**Example:**

**What my life was like before I met Christ?**

I was raised in a Christian home and went to church. But I was always afraid of dying after I had two asthma attacks in the night that almost killed me.

**How did I come to know Christ?**

When I was twelve, I couldn't go to sleep one night because of my fear of dying in the night. I woke my mom up and she shared with me that if I am a Christian, I don't have to fear death because I can go to heaven. I prayed to receive Christ as my personal Lord and Savior that night.

**What has my life been like since?**

I no longer stay awake at night wondering where I will spend eternity. It will be in heaven because of Jesus Christ.

Now, you try it. Work through the questions below, write your testimony in your own words and practice sharing it. Yours might be long and exciting, or short and sweet. It is important to focus on what God has done, not on what you did wrong in the past. Feel free to use more paper if you need to, but remember, keeping things "simple" is always best when speaking to a group.

**Developing Your Testimony**

What was my life like before Christ?

How did I meet Christ?

How has my life been since accepting Christ?

**Your Salvation Testimony should focus on:**

- The key is to share your story. Tell your story how you came to know Him personally.
- Three key parts to every testimony: (1) before Christ, (2) how you came to Christ and (3) how you have grown in Christ.

**Helpful Tips to Remember**

1. Stay within your time frames. The following chart below breaks down each segment of your testimony depending on the time you have been given.

**Testimony Sequence**

| Time Allowed | 3-5 minutes | 8-10 minutes | 15-20 minutes |
|---|---|---|---|
| Introduction | 30 seconds | 1 minute | 2 minutes |
| Need for Christ | 1 minute | 2-3 minutes | 4 minutes |
| How you came to know Christ | 1 minute | 2 minutes | 4 minutes |
| Your "New Life" in Christ | 1-2 minutes | 2-3 minutes | 3 minutes |
| Closing | 30 seconds | 1 minute | 2 minutes |

2. Refrain from using spiritual terminology, clichés or phrases with which the unchurched may not be familiar or cause them to be uncomfortable.

3. When using scripture references, be sure not to use too many, or simply make reference. Read the whole verse(s) that are appropriate, being cautious not to get caught in lengthy scripture readings. Share the main verse(s) that have the greatest impact in your life.

4. Be careful with particular denominational issues which could become tangents to the overall purpose of your message. Any negative comments about people, churches, denominations, or issues can be counter productive.

Case 4:20-cv-02798-HSG  Document 92  Filed 07/15/21  Page 223 of 236

RESOURCES



# The Competitor's Creed

I am a Christian first and last.
I am created in the likeness of God Almighty to bring Him glory.
I am a member of Team Jesus Christ.
I wear the colors of the cross.

I am a Competitor now and forever.
I am made to strive, to strain, to stretch and to succeed in the arena of competition.
I am a Christian Competitor and as such, I face my challenger with the face of Christ.

I do not trust in myself.
I do not boast in my abilities or believe in my own strength.
I rely solely on the power of God.
I compete for the pleasure of my Heavenly Father, the honor of Christ and
the reputation of the Holy Spirit.

My attitude on and off the field is above reproach - my conduct beyond criticism.
Whether I am preparing, practicing or playing;
I submit to God's authority and those He has put over me.
I respect my coaches, officials, teammates and competitors out of respect for the Lord.

My body is the temple of Jesus Christ.
I protect it from within and without.
Nothing enters my body that does not honor the Living God.
My sweat is an offering to my Master. My soreness is a sacrifice to my Savior.

I give my all - all of the time.
I do not give up. I do not give in. I do not give out.
I am the Lord's warrior - a competitor by conviction and a disciple of determination.
I am confident beyond reason because my confidence lies in Christ.
The results of my efforts must result in His glory.

Let the competition begin.
Let the glory be God's.



C O M P E T I T O R S     f o r     C H R I S T

65.



66.

 FELLOWSHIP OF CHRISTIAN ATHLETES



HUDDLE
PLAYBOOK



## FCA VISION:

**TO SEE THE WORLD TRANSFORMED BY JESUS CHRIST THROUGH THE INFLUENCE OF COACHES AND ATHLETES.**



FCARESOURCES.COM
ALL FCA MINISTRY
RESOURCES ON ONE SITE



FCACOACHESACADEMY.COM
TRAINING PROCESS FOR COACHES



FCAGEAR.COM
ONLINE MERCHANDISE STORE



FCACAMPS.ORG
FIND A CAMP. GO TO CAMP.

## THE FELLOWSHIP OF CHRISTIAN ATHLETES

8701 Leeds Road • Kansas City, MO • 64129-1680

1-800-289-0909 • fca@fca.org

**EXHIBIT E**

# FCA's Sexual Purity Statement

God desires His children to lead pure lives of holiness. The Bible teaches that the appropriate place for sexual expression is in the context of a marriage relationship. The biblical description of marriage is one man and one woman in a lifelong commitment.

While upholding God's standard of holiness, FCA strongly affirms God's love and redemptive power in the individual who chooses to follow Him. FCA's desire is to encourage individuals to trust in Jesus and turn away from any impure lifestyle.

Do you agree with FCA's Sexual Purity Policy? *

○ Yes ○ No

**<u>EXHIBIT F</u>**

# Pioneer High School
## ASB Club/Team Charter Request
### 2019-2020

Please return the following information to the Activities Director, Ms. Mayhew, as soon as possible so we can issue your club charter.

Date Submitted: _8/21/19_   Club/Team Name: Fellowship of Christian Athletes (FCA)

Advisor(s)/Coach(es): _Ms. Borup_

Advisor(s)/Coach(es) Signature: _____

Meeting Days: _Wednesday_  Time: _Lunch_   Place: _Room 360_

Club President/Vice-President(s): president ████████
vice-president: ████████

Club/Team Officer Representative Period 4 ████████████

Club/Team need an ASB account.... (Yes)/No   Will the club be fundraising... (Yes)/No

Purpose of the club: "An interdenominational Christian sports ministry to see the world impacted for Jesus Christ through the influence of coaches & athletes."
                                                                    -FCA website

List any activities that help define the club: _____

Spreading the name of Jesus to students by connecting with them through sports

----------------------------------------

(This portion to be completed by student council)

Approval Granted: _____ Yes    ✗ No

████████████
ASB President

_____   9/9/19
Activities Director     Date

_____   9/4/2017
                Date

## EXHIBIT G

**Pioneer High School**

## ASB Constitution and Bylaws for

**(Fellowship of Christian Athletes)**

Article I – Name, Purpose and Authority

The name of the organization will be the "Fellowship of Christian Athletes" of Pioneer High
School

This organization will have as its purpose (to create a community of students learning about
Christ with a common interest of sports) as directly approved by the student council
and indirectly by the school site administrator and the governing board of the San
Jose Unified School District.

Article II – Membership

All students enrolled in the Pioneer High School are eligible for membership.

Article III – Meetings

Meetings will be held (every Friday during lunch) unless a special meeting is called.

Article IV – Club Officers

The club officers shall consist of the following:

President

Vice-President

Treasurer

Secretary

Article V – Duties

The club president will have the following duties:

To preside over meetings of the club.

To call special meetings of the club.

To plan and prepare an agenda for the club meetings.

The club vice-president will have the following duties:

> To serve as the club president if the president becomes unable to fulfill his/her duties either temporarily or permanently.

> To support the club president

The club treasurer will have the following duties:

> To maintain complete and accurate record of all club receipts and disbursements

> To oversee club fund-raising efforts

> To supervise the preparation of the club budget

The club secretary will have the following duties:

> To maintain accurate minutes of each club meeting

> To carry out all correspondence for the club

The publicity chair will have the following duty:

> To publicize all club activities and fund-raisers through the school newspaper, the school marquee, and school bulletin boards

Article VI – Elections

The club will hold the election of officers once a year. The voting will take place by secret ballot.

Article VII – Amendment

A two-thirds majority vote of the members in attendance is required to amend this club constitution.

**<u>EXHIBIT H</u>**



Dear Student Leaders,

As part of our ongoing review of how we help shape student leadership in San Jose Unified, we have been reviewing how clubs apply to be part of the ASB and what procedures are necessary to confirm prior to official ASB membership status.

As such, we will continue to update our application and constitution and bylaws writing processes and we look forward to training you on how these key elements work in the world of public organizations. One area that our current practices do not adequately address is the need for all clubs to confirm that they are aware of and will abide by the SJUSD Board of Education policies, particularly regarding club membership and leadership requirements.

Some sites have already approved clubs this year and some have not. But, regardless of club status, we are requiring that clubs that seek official ASB recognition review this affirmation and sign, acknowledging and committing to these policies and practices. If a club has already been recognized for the 2020-2021 school year, they must complete this affirmation in order to maintain that recognition for the remainder of the school year.

We thank you for your leadership and we look forward to continuing improving our processes so that all our campus communities continue to be welcoming to all students.

Affirmation of Conformance to Board Policy for ASB Recognized Student Groups

All ASB recognized student groups are governed by a policy of nondiscrimination. Neither the District, the ASB, nor any ASB recognized students groups shall discriminate against any student or group of students or any other person on any unlawful basis, including on the basis of gender, gender identity and or expression, race, inclusive of traits historically associated with race, including but not limited to, hair texture and protective hairstyles, such as braids, locks, and twists, color, religion, ancestry, national origin, immigration status, ethnic group, pregnancy, marital or parental status, physical or mental disability, sexual orientation, or the perception of one or more of such characteristics, or on the basis of association with a person who has or is perceived to have any of those characteristics. [BP 0410 (Nondiscrimination in District Programs and Activities), 5145.3 (Nondiscrimination / Harassment (Students)); see also, BP 5145.9 (Hate-Motivated Behavior)]

Name of Student Organization: _____

Name of Officers:

_____    _____

_____    _____

Our student organization seeks ASB recognition. As such, and after reviewing the Board Policy requirements, we do understand and affirm the following:

• We shall allow any currently enrolled student at the school to participate in, become a member of, and seek or hold leadership positions in the organization, regardless of his or her status or beliefs.

• We shall not adopt or enforce any membership, attendance, participation, or leadership criteria that excludes any student based on gender, gender identity and or expression, race, inclusive of traits historically associated with race, including but not limited to, hair texture and protective hairstyles, such as braids, locks, and twists, color, religion, ancestry, national origin, immigration status, ethnic group, pregnancy, marital or parental status, physical or mental disability, sexual orientation, based on the perception of one

or more of such characteristics or based on association with a person who has or is perceived to have any of those characteristics.

• We may adopt non-discriminatory criteria regarding being a member, leader or representative of the organization, or exercising voting privileges, such as regular attendance at group meetings, participation in group events, participation in the group for a minimum period of time, or participation in orientation or training activities. Membership levels (e.g., voting versus non-voting membership) will not be based on any prohibited discriminatory criteria.

• We shall select our leaders (including officers or other representatives) by a democratic method. [AR 6145.5 (Student Organizations and Equal Access)]

• We shall comply with District and school site policies and regulations as well as all applicable laws, whether on or off campus. Failure to comply with applicable standards may result in the revocation or non-renewal of recognition, loss of privileges, student discipline, or other sanctions.

• We shall not restrict eligibility for membership, attendance, participation, or leadership to any student in violation of the District's nondiscrimination policies.

• We shall not engage in any conduct in violation of the District's anti-hazing policies.

We acknowledge:

• The District reserves the right to non-renew or revoke recognition of any student organization that fails to comply with District or school policy or requirements, or for any other reason allowed by law.

• Should we choose not to seek ASB recognition, we are still permitted to meet on campus of our own volition (consistent with all health restrictions that may be in place), as long our activities do not substantially disrupt or materially interfere with the educational environment.

Signatures of Club Officers

_____          _____
Signature                                               Printed Name, Title, Date


_____          _____
Signature                                               Printed Name, Title, Date


_____          _____
Signature                                               Printed Name, Title, Date


_____          _____
Signature                                               Printed Name, Title, Date