# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

ELIZABETH SINCLAIR, et al.,

     Plaintiffs,

v.

SAN JOSE UNIFIED SCHOOL DISTRICT
BOARD OF EDUCATION, et al.,

     Defendants.

**CASE NO. 4:20-cv-2798**

**ORDER DENYING PLAINTIFFS'
ADMINISTRATIVE MOTION TO
EXPEDITE HEARING THE MOTION
FOR PRELIMINARY INJUNCTION**

Courtroom: Courtroom 2 – 4th Floor
Judge: Hon. Haywood S. Gilliam, Jr.

## ORDER

Having read and considered Plaintiffs' Administrative Motion to Expedite Hearing the Motion for Preliminary Injunction, ECF No. 154 ("Motion"), the Court orders as follows:

1. The Court **DENIES** Plaintiffs' Motion in its entirety.

**IT IS SO ORDERED.**

Dated: 1/31/2022



_____
HONORABLE HAYWOOD ~~S. GILLIAM, JR.~~
United States ~~District Judge~~