AMY R. LEVINE, State Bar No. 160743
alevine@DWKesq.com
WILLIAM B. TUNICK, State Bar No. 245481
wtunick@DWKesq.com
KASMIRA M. BROUGH, State Bar No. 308791
kbrough@DWKesq.com
Dannis Woliver Kelley
2087 Addison Street, 2nd Floor
Berkeley, CA  94704
Telephone: 510.345.6000
Facsimile: 510.345.6100

KENNETH D. UPTON, Jr., Appearance Pro Hac Vice
upton@au.org
RICHARD KATSKEE, Appearance Pro Hac Vice
katskee@au.org
Americans United for Separation of Church and State
1310 L Street NW, Suite 200
Washington, DC 20005
Tel: (202) 466-3234

Attorneys for Defendants
NANCY ALBARRAN, HERB ESPIRITU, PETER GLASSER
and STEPHEN MCMAHON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELIZABETH SINCLAIR, CHARLOTTE KLARKE, FELLOWSHIP OF CHRISTIAN ATHLETES, an Oklahoma corporation, and FELLOWSHIP OF CHRISTIAN ATHLETES OF PIONEER HIGH SCHOOL, an unincorporated association,<br><br>            Plaintiffs,<br><br>  v.<br><br>NANCY ALBARRAN, in her official and personal capacity, HERB ESPIRITU, in his official and personal capacity, PETER GLASSER, in his official and personal capacity, and STEPHEN MCMAHON, in his official and personal capacity,<br><br>            Defendants. | Case No.  4:20-cv-2798-HSG<br><br>**STIPULATION AND ORDER TO SET A CASE MANAGEMENT CONFERENCE OR, IN THE ALTERNATIVE, GRANT NEW SCHEDULE**<br><br>Dept.:     Four, 5th floor<br>Judge:    Haywood S. Gilliam<br>Trial Date:  None Set<br><br>Original Complaint Filed: 4/22/2020<br>Third Amended Complaint Filed: 7/15/2021 |

1    For the reasons set forth in the Joint Administrative Motion filed concurrently herewith, the parties, by and through their respective counsel, hereby jointly request that the Court set a Case Management Conference for March 15 or 22, 2022 in order to clarify and/or set dates for dispositive motions and trial.

In the alternative, they request that the Court enter the following schedule:

1. Deadline to file dispositive motions, ninety (90) days after the rulings on the Plaintiffs' Preliminary Injunction Motion and the Defendants' Motion to Dismiss / for Judgment on the Pleadings
2. Deadline for opposition briefs, 35 days after the filing of opening briefs
3. Deadline for reply briefs, 14 days after filing of opposition briefs
4. Hearing, 30 days after the close of briefing, or as soon as the matter may be heard on the Court's calendar
5. Final Pretrial Conference, 90 days after the Court resolves dispositive motions
6. Trial, to commence 120 days after this Court resolves the dispositive motions

**IT IS SO STIPULATED.**

DATED: March 8, 2022                    DANNIS WOLIVER KELLEY

By: /s/ Amy R. Levine
AMY R. LEVINE
Attorney for Defendants
NANCY ALBARRAN, HERB ESPIRITU, PETER GLASSER and STEPHEN MCMAHON

DATED: March 8, 2022                    THE BECKET FUND FOR RELIGIOUS LIBERTY

By: /s/ Daniel H. Blomberg
Daniel H. Blomberg
Attorney for Plaintiffs

**ORDER**

Based on the parties' Stipulation to Set a Case Management Conference or In the Alternative, Grant New Schedule, and their Joint Motion requesting the same, and good cause appearing therefor, the Court enters the case management schedule set forth above in this Stipulation.

**IT IS SO ORDERED.**

DATED: 3/9/2022

HON. HAYWOOD S. GILLIAM, JR
United States District Court Judge