UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH SINCLAIR, et al.,<br><br>　　Plaintiffs,<br><br>v.<br><br>SAN JOSE UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, et al.,<br><br>　　Defendants. | CASE NO. 4:20-cv-2798-HSG<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS (as modified)**<br><br>Courtroom: Courtroom 2 – 4th Floor<br>Judge: Hon. Haywood S. Gilliam, Jr. |

### ORDER

Having read and considered Plaintiffs' Motion to Remove Incorrectly Filed Documents ("Motion"), the Court orders as follows:

1. The Court GRANTS Plaintiffs' Motion. The Clerk is directed to remove documents filed at ECF No. 181-1, ECF No. 115-3, and ECF No. 115-5 from the docket.

**IT IS SO ORDERED.**

Dated: 5/16/2022

*/s/ Haywood S. Gilliam, Jr.*
HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge