Eric S. Baxter (DC BN 479221)*
Daniel H. Blomberg (DC BN 1032624)*
Nicholas R. Reaves (DC BN 1044454)*
Abigail E. Smith (CA SBN 330347)
THE BECKET FUND FOR RELIGIOUS LIBERTY
1919 Pennsylvania Ave., Suite 400
Washington, DC 20006
202-955-0095 tel / 202-955-0090 fax
ebaxter@becketlaw.org / dblomberg@becketlaw.org

Kimberlee Wood Colby (DC BN 358024)*
CENTER FOR LAW & RELIGIOUS FREEDOM
8001 Braddock Road, Suite 302
Springfield, VA 22151
703-642-1070 tel / 703-642-1075 fax
kcolby@clsnet.org

*Attorneys for Plaintiffs* (*admitted *pro hac vice*)

*[Additional Counsel listed on Signature Page]*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELLOWSHIP OF CHRISTIAN ATHLETES, an Oklahoma corporation, and FELLOWSHIP OF CHRISTIAN ATHLETES OF PIONEER HIGH SCHOOL, an unincorporated association, ELIZABETH SINCLAIR, CHARLOTTE KLARKE,<br><br>       Plaintiffs,<br>v.<br><br>SAN JOSE UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, in its official capacity, NANCY ALBARRÁN, in her official and personal capacity, HERBERT ESPIRITU, in his official and personal capacity, PETER GLASSER, in his official and personal capacity, and STEPHEN MCMAHON, in his official and personal capacity,<br><br>       Defendants. | CASE NO. 4:20-cv-2798-HSG<br><br>NOTICE OF APPEAL<br><br>PRELIMINARY INJUNCTION APPEAL |

NOTICE OF APPEAL (4:20-cv-2798-HSG)

# NOTICE OF APPEAL

Notice is hereby given that all Plaintiffs in the above-captioned case hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Court's Order (ECF No. 195) denying Plaintiffs' motion for a preliminary injunction, entered in this action on June 1, 2022, and from the Court's Order (ECF No. 49) granting in part Defendants' motion to dismiss, entered in this action on January 28, 2021.

Dated: June 6, 2022                              Respectfully submitted,

By: /s/   Daniel H. Blomberg

Eric S. Baxter (DC BN 479221)*
Daniel H. Blomberg (DC BN 1032624)*
Nicholas R. Reaves (DC BN 1044454)*
Abigail E. Smith (CA SBN 330347)
THE BECKET FUND FOR RELIGIOUS LIBERTY
1919 Pennsylvania Ave., Suite 400
Washington, DC 20006
202-955-0095
dblomberg@becketlaw.org

Kimberlee Wood Colby (DC BN 358024)*
CENTER FOR LAW & RELIGIOUS FREEDOM
8001 Braddock Road, Suite 302
703-642-1070 tel / 703-642-1075 fax
kcolby@clsnet.org

Christopher J. Schweickert (CA SBN 225942)
SETO WOOD & SCHWEICKERT LLP
2300 Contra Costa Boulevard, Suite 310
Pleasant Hill, CA 94523
925-938-6100 tel / 925-262-2318 fax
cjs@wcjuris.com

*Attorneys for Plaintiffs*
(*admitted *pro hac vice*)

Eric S. Baxter (DC BN 479221)*
Daniel H. Blomberg (DC BN 1032624)*
Nicholas R. Reaves (DC BN 1044454)*
Abigail E. Smith (CA SBN 330347)
THE BECKET FUND FOR RELIGIOUS LIBERTY
1919 Pennsylvania Ave., Suite 400
Washington, DC 20006
202-955-0095 tel / 202-955-0090 fax
ebaxter@becketlaw.org / dblomberg@becketlaw.org

Kimberlee Wood Colby (DC BN 358024)*
CENTER FOR LAW & RELIGIOUS FREEDOM
8001 Braddock Road, Suite 302
Springfield, VA 22151
703-642-1070 tel / 703-642-1075 fax
kcolby@clsnet.org

*Attorneys for Plaintiffs* (*admitted *pro hac vice*)

*[Additional Counsel listed on Signature Page]*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELLOWSHIP OF CHRISTIAN ATHLETES, an Oklahoma corporation, and FELLOWSHIP OF CHRISTIAN ATHLETES OF PIONEER HIGH SCHOOL, an unincorporated association, ELIZABETH SINCLAIR, CHARLOTTE KLARKE,<br><br>    Plaintiffs,<br><br>v.<br><br>SAN JOSE UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, in its official capacity, NANCY ALBARRÁN, in her official and personal capacity, HERBERT ESPIRITU, in his official and personal capacity, PETER GLASSER, in his official and personal capacity, and STEPHEN MCMAHON, in his official and personal capacity,<br><br>    Defendants. | **CASE NO. 4:20-cv-2798-HSG**<br><br>**PLAINTIFFS' REPRESENTATION STATEMENT** |

Plaintiffs file this Representation Statement under Federal Rule of Appellate Procedure 12(b) and Circuit Rules 3-2(b) and 12-2.

**Plaintiffs:**

Fellowship of Christian Athletes, an Oklahoma corporation
Fellowship of Christian Athletes of Pioneer High School, an unincorporated association
Elizabeth Sinclair
Charlotte Klarke

**Counsel for Plaintiffs:**

Daniel H. Blomberg
Eric S. Baxter
Nicholas R. Reaves
Abigail E. Smith
THE BECKET FUND FOR RELIGIOUS LIBERTY
1919 Pennsylvania Ave., Suite 400
Washington, DC 20006
202-955-0095
dblomberg@becketlaw.org / ebaxter@becketlaw.org
nreaves@becketlaw.org / asmith@becketlaw.org

Kimberlee Wood Colby
CENTER FOR LAW & RELIGIOUS FREEDOM
8001 Braddock Road, Suite 302
703-642-1070 tel / 703-642-1075 fax
kcolby@clsnet.org

Christopher J. Schweickert
SETO WOOD & SCHWEICKERT LLP
1470 Maria Lane, Suite 300
Walnut Creek, CA 94596
925-938-6100 tel / 925-262-2318 fax
cjs@wcjuris.com

**Defendants:**

San Jose Unified School District Board of Education
Nancy Albarrán, in her official and personal capacity
Herbert Espiritu, in his official and personal capacity
Peter Glasser, in his official and personal capacity
Stephen McMahon, in his official and personal capacity

**Counsel for Defendants:**

Amy R. Levine
Kasmira M. Brough

REPRESENTATION STATEMENT (4:20-cv-2798-HSG)

2

William Benjamin Tunick
Andrea Adam Brott
DANNIS WOLIVER KELLEY
2087 Addison Street, 2nd Floor
Berkeley, CA 94704
510-345-6000
alevine@dwkesq.com / kbrough@dwkesq.com
wtunick@dwkesq.com / jadebread@yahoo.com

Kenneth Dale Upton, Jr.
Richard Brian Katskee
AMERICANS UNITED FOR SEPARATION OF CHURCH AND STATE
1310 L Street NW, Suite 200
Washington, DC 20005
202-466-3234
upton@au.org / katskee@au.org

Patrick Casey Pitts
Stacey M. Leyton
ALSTHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
415-421-7151
cpitts@altshulerberzon.com / sleyton@altshulerberzon.com

REPRESENTATION STATEMENT (4:20-cv-2798-HSG)

3

| | |
|---|---|
| Dated: June 6, 2022 | Respectfully submitted, |
| | By: /s/    Daniel H. Blomberg |

Eric S. Baxter (DC BN 479221)*
Daniel H. Blomberg (DC BN 1032624)*
Nicholas R. Reaves (DC BN 1044454)*
Abigail E. Smith (CA SBN 330347)
THE BECKET FUND FOR RELIGIOUS LIBERTY
1919 Pennsylvania Ave., Suite 400
Washington, DC 20006
202-955-0095
ebaxter@becketlaw.org / dblomberg@becketlaw.org

Kimberlee Wood Colby (DC BN 358024)*
CENTER FOR LAW & RELIGIOUS FREEDOM
8001 Braddock Road, Suite 302
703-642-1070 tel / 703-642-1075 fax
kcolby@clsnet.org

Christopher J. Schweickert (CA SBN 225942)
SETO WOOD & SCHWEICKERT LLP
2300 Contra Costa Boulevard, Suite 310
Pleasant Hill, CA 94523
925-938-6100 tel / 925-262-2318 fax
cjs@wcjuris.com

*Attorneys for Plaintiffs*
(*admitted *pro hac vice*)