Eric S. Baxter (DC BN 479221)*
Daniel H. Blomberg (DC BN 1032624)*
Nicholas R. Reaves (DC BN 1044454)*
Abigail E. Smith (CA SBN 330347)
THE BECKET FUND FOR RELIGIOUS LIBERTY
1919 Pennsylvania Ave., Suite 400
Washington, DC 20006
202-955-0095 tel / 202-955-0090 fax
ebaxter@becketlaw.org / dblomberg@becketlaw.org

Kimberlee Wood Colby (DC BN 358024)*
CENTER FOR LAW & RELIGIOUS FREEDOM
8001 Braddock Road, Suite 302
Springfield, VA 22151
703-642-1070 tel / 703-642-1075 fax
kcolby@clsnet.org

*Attorneys for Plaintiffs* (*admitted *pro hac vice*)

*[Additional Counsel listed on Signature Page]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

ELIZABETH SINCLAIR, CHARLOTTE KLARKE, FELLOWSHIP OF CHRISTIAN ATHLETES, an Oklahoma corporation, and FELLOWSHIP OF CHRISTIAN ATHLETES OF PIONEER HIGH SCHOOL, an unincorporated association,

Plaintiffs,

v.

SAN JOSÉ UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, in its official capacity, NANCY ALBARRÁN, in her official and personal capacity, HERBERT ESPIRITU, in his official and personal capacity, PETER GLASSER, in his official and personal capacity, and STEPHEN MCMAHON, in his official and personal capacity,

Defendants.

**CASE No. 5:20-cv-2798**

**JUDGE: Hon. Haywood S. Gilliam, Jr.**

**PLAINTIFFS' ADMINISTRATIVE MOTION TO EXPEDITE CONSIDERATION OF PLAINTIFFS' MOTION FOR INJUNCTION PENDING APPEAL**

Courtroom: Courtroom 2 – 4th Floor
Judge: Hon. Haywood S. Gilliam, Jr.

Pursuant to Civil Local Rule 7-11, Plaintiffs ask the Court to expedite consideration of Plaintiffs' motion for injunction pending appeal, ECF 197, and rule on the motion as quickly as possible.

Plaintiffs have already lost a full year of ASB recognition, and the next application deadline for ASB recognition is just a few months away. They need immediate relief to avoid continued irreparable harm to their rights under the Equal Access Act and the First Amendment of the United States Constitution. *See Roman Catholic Diocese of Brooklyn v. Cuomo*, 141 S. Ct. 63, 67 (2020) ("The loss of First Amendment freedoms, for even minimal periods of time, unquestionably constitutes irreparable injury.").

There is no need to wait for additional briefing before ruling on this motion. The parties' legal arguments are clearly laid out in their briefing on the motion for preliminary injunction, and Plaintiffs asked this Court to rule on the strength of that briefing. *See Feldman v. Ariz. Sec'y of State's Off.*, 843 F.3d 366, 367 (9th Cir. 2016) (en banc) ("The standard for evaluating an injunction pending appeal is similar to that employed by district courts in deciding whether to grant a preliminary injunction."). If the Court wishes to receive briefing on the motion for injunction pending appeal, Plaintiffs request that Defendants' response brief be due within two days, by June 8, 2022, and that Plaintiffs' reply be due the next day, June 9.

Should the Court be inclined to deny the motion, a prompt ruling will allow Plaintiffs sufficient time to request expedited relief from the Ninth Circuit.

**CONCLUSION**

For these reasons, the Court should expedite consideration of Plaintiffs' motion for an injunction pending appeal.

Dated: June 6, 2022

Respectfully submitted,

By: /s/ *Daniel H. Blomberg*
Daniel H. Blomberg (DC BN 1032624)*
Eric S. Baxter (DC BN 479221)*
Nicholas R. Reaves (DC BN 1044454)*
Abigail E. Smith (CA SBN 330347)
THE BECKET FUND FOR RELIGIOUS LIBERTY

1919 Pennsylvania Ave., Suite 400
Washington, DC 20006
202-955-0095
ebaxter@becketlaw.org / dblomberg@becketlaw.org

Kimberlee Wood Colby (DC BN 358024)*
CENTER FOR LAW & RELIGIOUS FREEDOM
8001 Braddock Road, Suite 302
703-642-1070 tel / 703-642-1075 fax
kcolby@clsnet.org

Christopher J. Schweickert (CA SBN 225942)
SETO WOOD & SCHWEICKERT LLP
2300 Contra Costa Boulevard, Suite 310
Pleasant Hill, CA 94523
925-938-6100 tel / 925-262-2318 fax
sseto@wcjuris.com / cjs@wcjuris.com

*Attorneys for Plaintiffs*
(*admitted *pro hac vice*)

**DECLARATION OF DANIEL BLOMBERG**

I, Daniel Blomberg, do hereby declare and state:

1. I am senior counsel for the Becket Fund for Religious Liberty and am admitted pro hac vice to practice before this Court in the above-captioned action.

2. I have personal knowledge of the facts attested to herein, and if called to testify, would and could testify competently hereto.

3. I represent Plaintiffs to this action.

4. On June 6, 2022, at about 8:29 AM PT, I emailed counsel for Defendants, Amy Levine, to ask if she would stipulate to expedite consideration of the motion for injunction pending appeal.

5. In response to an inquiry from Ms. Levine about the proposed briefing schedule for motion for injunction pending appeal, I replied that Plaintiffs were asking that the motion be ruled on without additional briefing, and that if the Court desires additional briefing, it order Defendants to respond on June 8 and Plaintiffs to reply on June 9.

6. Ms. Levine responded via email at about 2:59 PM PT that Defendants would stipulate to expedite consideration on the condition that they received at least one week to respond to the motion for injunction pending appeal.

7. Plaintiffs did not agree to that condition, and accordingly filed this motion to expedite.

I declare that the foregoing is true and correct under penalty of perjury and the laws of the United States.

Executed on June 6, 2022, in Charleston, South Carolina.

/s/ *Daniel Blomberg*
DANIEL BLOMBERG