UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELLOWSHIP OF CHRISTIAN ATHLETES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SAN JOSE UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, et al.,<br><br>Defendants. | Case No. 20-cv-02798-HSG<br><br>**ORDER DENYING MOTION FOR INJUNCTION PENDING APPEAL**<br><br>Re: Dkt. Nos. 198, 199 |

On June 1, 2022, the Court denied Plaintiffs' motion for a preliminary injunction. *See* Dkt. No. 195. Plaintiffs now move for an injunction pending appeal, citing the papers they filed in support of their preliminary injunction motion. *See* Dkt. No. 198. For the same reasons the Court denied Plaintiffs' motion for preliminary injunction, *see* Dkt. No. 195, the Court **DENIES** Plaintiffs' motion for injunction pending appeal. Dkt. No. 198. The Court also **TERMINATES AS MOOT** Plaintiffs' administrative motion to expedite consideration of Plaintiffs' motion for injunction pending appeal. Dkt. No. 199.

**IT IS SO ORDERED.**

Dated: June 8, 2022

HAYWOOD S. GILLIAM, JR.
United States District Judge