AMY R. LEVINE, State Bar No. 160743
alevine@DWKesq.com
WILLIAM B. TUNICK, State Bar No. 245481
wtunick@DWKesq.com
Dannis Woliver Kelley
200 California Street, Suite 400
San Francisco, CA -4111
Tel: (415) 543.4111

KENNETH D. UPTON, JR., Appearance Pro Hac Vice
upton@au.org
RICHARD B. KATSKEE, Appearance Pro Hac Vice
katskee@au.org
Americans United for Separation of Church and State
1310 L Street NW, Suite 200
Washington, DC 20005
Tel: (202) 466-3234

STACEY M. LEYTON, State Bar No. 203827
sleyton@altber.com
P. CASEY PITTS, State Bar No. 262463
cpitts@altber.com
Altshuler Berzon, LLP
177 Post Street Suite 300
San Francisco, CA  94108
Tel: (415) 421-7151

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH SINCLAIR, CHARLOTTE KLARKE, FELLOWSHIP OF CHRISTIAN ATHLETES, an Oklahoma corporation, and FELLOWSHIP OF CHRISTIAN ATHLETES OF PIONEER HIGH SCHOOL, an unincorporated association,<br><br>Plaintiffs,<br><br>v.<br><br>NANCY ALBARRAN, in her official and personal capacity, HERB ESPIRITU, in his official and personal capacity, PETER GLASSER, in his official and personal capacity, and STEPHEN MCMAHON, in his official and personal capacity,<br><br>Defendants. | Case No.  5:20-cv-2798-HSG<br><br>**DEFENDANTS' BRIEF REGARDING THE DISTRICT COURT'S JURISDICTION TO DECIDE THE MOTION TO DISMISS WHILE PLAINTIFFS' PRELIMINARY INJUNCTION APPEAL IS PENDING (Pursuant to September 6, 2022 Order)** |

DANNIS WOLIVER KELLEY
2087 ADDISON STREET, 2ND FLOOR
BERKELEY, CA 94704

While this Court does have jurisdiction to decide Defendants' motion to dismiss during the pendency of Plaintiffs' appeal, given the substantial overlap in the issues addressed, this Court should exercise its discretion to defer ruling on the motion to dismiss until at least October 3, 2022, which is the deadline for Defendants to seek rehearing.

The filing of a notice of appeal "divests the district court of its control over those aspects of the case involved in the appeal," *Griggs v. Provident Consumer Discount Co.,* 459 U.S. 56, 58 (1982), until the mandate issues, *G & M, Inc. v. Newbern*, 488 F.2d 742, 746 (9th Cir. 1973). When the subject of an appeal is, as here, an order granting or denying a preliminary injunction, this "divestiture rule" does not prevent the district court from ruling on other aspects of the case, including dispositive motions like a motion to dismiss. See *Phelan v. Taitano*, 233 F.2d 117, 119 (9th Cir. 1956) (affirming district court's jurisdiction to dismiss case while appeal from order denying preliminary injunction was pending). Rather, the district court retains jurisdiction and the case "proceed[s] in the lower court as though no such appeal had been taken, unless otherwise specially ordered." *Id.* at 119 (citations omitted); see, e.g., *Jamul Action Committee v. Chaudhuri*, 2015 WL 6744531, *2 (E.D. Cal. Nov. 4, 2015); *Plotkin v. Pac. Tel. & Tel. Co.*, 688 F.2d 1291, 1293 (9th Cir. 1982).

That said, the purpose of the divestiture rule (which is a non-jurisdictional, judge-made doctrine) is "to promote judicial economy and avoid the confusion that would ensue from having the same issues before two courts simultaneously." *Natural Res. Def. Council, Inc. v. Southwest Marine Inc.*, 242 F.3d 1163, 1166 (9th Cir. 2001). This same objective is often well served by the district court's staying its hand while the court of appeals decides issues that may substantially overlap with and inform disposition of those issues in the merits phase of the litigation.

Here, there is substantial overlap between issues addressed by the Ninth Circuit and many of those that are before this Court. For example, both the appeal and the motion to dismiss address Plaintiffs' standing to seek prospective relief regarding the School District's derecognition decision, which was the subject of a core disagreement between the majority and the dissent. (To be sure, the motion to dismiss also challenges Plaintiffs' standing to seek

2

DWK DMS
3907031v1

DEFENDANTS' BRIEF REGARDING THE DISTRICT COURT'S JURISDICTION TO DECIDE THE MOTION TO DISMISS WHILE PLAINTIFFS' PRELIMINARY INJUNCTION APPEAL IS PENDING (Pursuant to September 6, 2022 Order)
Case No. 5:20-cv-2798-HSG

prospective relief regarding harassment and retaliation, an issue that is not before the court of appeals.)

Defendants are currently deciding whether to file a petition for rehearing and/or rehearing *en banc* in the Ninth Circuit. The deadline for that petition has been extended through October 3, 2022. Because the Ninth Circuit's decision is not yet final and could change on rehearing, conservation of judicial and party resources counsel in favor of temporarily postponing resolution of the motion to dismiss, thus helping "avoid the confusion that would ensue from having the same issues before two courts simultaneously." *Natural Res. Def. Council, Inc.*, 242 F.3d at 1166.

Defendants propose that by October 7, the parties update this Court as to whether rehearing has been sought and the possible effect of that review on this Court's determination of the motion to dismiss.

DATED: September 12, 2022

By: /s/ Amy R. Levine
Amy R. Levine
William B. Tunick
Dannis Woliver Kelley

Stacey M. Leyton
P. Casey Pitts
Altshuler Berzon LLP

Kenneth D. Upton, Jr.
Richard B. Katskee
Americans United for Separation of Church and State

Attorneys for Defendants
NANCY ALBARRAN, HERB ESPIRITU, PETER GLASSER and STEPHEN MCMAHON

3
DEFENDANTS' BRIEF REGARDING THE DISTRICT COURT'S JURISDICTION TO DECIDE THE MOTION TO DISMISS WHILE PLAINTIFFS' PRELIMINARY INJUNCTION APPEAL IS PENDING (Pursuant to September 6, 2022 Order)   Case No. 5:20-cv-2798-HSG

DWK DMS 3907031v1

DANNIS WOLIVER KELLEY
2087 ADDISON STREET, 2ND FLOOR
BERKELEY, CA 94704

# PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         )  ss.
COUNTY OF ALAMEDA        )

I am employed in the County of Alameda, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2087 Addison Street, 2nd Floor, Berkeley, CA 94704.

On the date set forth below I served the foregoing document described as

DEFENDANTS' BRIEF REGARDING THE DISTRICT COURT'S JURISDICTION TO DECIDE THE MOTION TO DISMISS WHILE PLAINTIFFS' PRELIMINARY INJUNCTION APPEAL IS PENDING (Pursuant to September 6, 2022 Order)
on interested parties in this action as follows:

| | |
|---|---|
| REGENT UNIVERSITY SCHOOL OF LAW<br>Michael Gary Schietzelt, Jr<br>1000 Regent University Drive<br>Suite 303<br>VIrginia Beach, VA 23464<br>Email: mschietzelt@regent.edu | Stephen C. Seto<br>Steven N.H. Wood<br>Christopher J. Schweickert<br>2300 Contra Costa Boulevard<br>Suite 310<br>Pleasant Hill, CA 94521<br>sseto@wcjuris.com<br>Wood@wcjuris.com<br>cjs@walnutcreekattorney.com<br>cdamian@wcjuris.com |
| THE BECKET FUND FOR RELIGIOUS LIBERTY<br>Eric S. Baxter<br>Daniel H. Blomberg<br>Nicholas Robert Reaves<br>Kayla Ann Toney<br>1919 Pennsylvania Avenue, Suite 400<br>Washington, DC 20006<br>ebaxter@becketlaw.org<br>dblomberg@becketlaw.org<br>nreaves@becketlaw.org<br>ktoney@becketlaw.org<br><br>Local Amicus Counsel:<br>David J. Miclean<br>1301 Shoreway road, #290<br>Belmont, CA 94002<br>Tel: 650-684-1181<br>dmiclean@micleangleason.com | Counsel for Amicus<br><br>Christopher Mills<br>Compus Crusade for Christ, Inc.<br>557 E. Bay Street, #22251<br>Charleston, SC 29451<br>Tel: 843-606-0640<br>emills@spero.law<br><br><br><br><br><br><br>LAW OFFICES OF ANDREA ADAM BROTT<br>Andrea Adam Brott<br>2229 McKinley Avenue<br>Berkeley, CA 94706<br>jadebread@gmail.com |
| AMERICANS UNITED FOR SEPARATION OF CHURCH AND STATE<br>Richard B. Katskee<br>Kenneth D. Upton Jr.<br>1310 L Street NW<br>Suite 200<br>Washington, DC 20005 | ALTSHULER BERZON LLP<br>Stacey Leyton<br>P. Casey Pitts<br>177 Post Street<br>Suite 300<br>San Francisco, CA 94108<br>sleyton@altber.com |

4

DEFENDANTS' BRIEF REGARDING THE DISTRICT COURT'S JURISDICTION TO DECIDE THE MOTION TO DISMISS WHILE PLAINTIFFS' PRELIMINARY INJUNCTION APPEAL IS PENDING (Pursuant to September 6, 2022 Order)                               Case No. 5:20-cv-2798-HSG

| | |
|---|---|
| katskee@au.org | cpitts@altshulerberzon.com |
| upton@au.org | |

☒ (VIA ELECTRONIC SERVICE) [Code Civ. Proc. Sec. 1010.6; CRC 2.251] by electronic mailing a true and correct copy through DANNIS WOLIVER KELLEY's electronic mail system from sneuber@DWKesq.com to the email address(es) set forth above, or as stated on the attached service list per agreement in accordance with Code of Civil Procedure section 1010.6 and CRC Rule 2.251.  The transmission was reported as complete and without error.

I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

Executed on September 12 2022 at Berkeley, California.

_____

Samantha Neuber

---

5

DEFENDANTS' BRIEF REGARDING THE DISTRICT COURT'S JURISDICTION TO DECIDE THE MOTION TO DISMISS WHILE PLAINTIFFS' PRELIMINARY INJUNCTION APPEAL IS PENDING (Pursuant to September 6, 2022 Order)                                                          Case No.  5:20-cv-2798-HSG

DWK DMS
3907031v1