1  AMY R. LEVINE, State Bar No. 160743
   alevine@DWKesq.com
2  Dannis Woliver Kelley
   200 California Street, Suite 400
3  San Francisco, CA  94111
   TEL: (415) 543-4111
4
   KENNETH D. UPTON, JR., Appearance Pro Hac Vice
5  upton@au.org
   RICHARD B. KATSKEE, Appearance Pro Hac Vice
6  katskee@au.org
   Americans United for Separation of Church and State
7  1310 L Street NW, Suite 200
   Washington, DC 20005
8  Tel: (202) 466-3234

9  STACEY M. LEYTON, State Bar No. 203827
   sleyton@altber.com
10 P. CASEY PITTS, State Bar No. 262463
   cpitts@altber.com
11 Altshuler & Berzon, LLP
   177 Post St., Suite 300
12 San Francisco, CA  94108
   Tel: (415) 421-7151
13
14 Attorneys for Defendants

15 **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**

16 ELIZABETH SINCLAIR, CHARLOTTE          **CASE NO. 4:20-CV-2798-HSG**
   KLARKE, FELLOWSHIP OF
17 CHRISTIAN ATHLETES, an Oklahoma       **[PROPOSED] STIPULATED ORDER**
   corporation, and FELLOWSHIP OF        **GRANTING RICHARD B. KATSKEE'S**
18 CHRISTIAN ATHLETES OF PIONEER         **ADMINISTRATIVE MOTION TO**
   HIGH SCHOOL, an unincorporated        **WITHDRAW AS COUNSEL FOR**
19 association,                          **DEFENDANTS NANCY ALBARRAN,**
                                         **HERB ESPIRITU, PETER GLASSER,**
20         Plaintiffs,                   **STEPHEN MCMAHON AND**
                                         **DISMISSED DEFENDANT SAN JOSE**
21 v.                                    **UNIFIED SCHOOL DISTRICT BOARD**
                                         **OF EDUCATION**
22 SAN JOSE UNIFIED SCHOOL DISTRICT
   BOARD OF EDUCATION, in its official
23 capacity, NANCY ALBARRÁN, in her
   official and personal capacity, HERBERT
24 ESPIRITU, in his official and personal
   capacity, PETER GLASSER, in his official  **COURTROOM: Courtroom 2, 4th Floor**
25 and personal capacity, and STEPHEN       **JUDGE: Hon. Haywood S. Gilliam, Jr.**
   MCMAHON, in his official and personal
26 capacity,                                **Third Amended Complaint Filed 7/15/2021**
27         Defendants.

28

[PROPOSED] STIPULATED ORDER GRANTING RICHARD B KATSKEE'S
ADMINISTRATIVE MOTION TO WITHDRAW AS COUNSEL          CASE NO.: 4:20-CV-2798-HSG

PAGE NO. 1  OF  2

Upon consideration of the Administrative Motion of Richard B. Katskee to Withdraw as Counsel of record for Defendants Nancy Albarran, Herb Espiritu, Peter Glasser, Stephen McMahon, and dismissed Defendant San Jose Unified School District Board Of Education, the motion is granted and Mr. Katskee's appearance is withdrawn.

PURSUANT TO STIPULATION, IT IS SO ORDERED, this _____, 2023.


_____
Haywood S. Gilliam, Jr.
United States District Judge

Approved by Plaintiffs:

*/s/ Daniel H. Blomberg*
Daniel H. Blomberg (by Richard B. Katskee*)

*(signature submitted pursuant to Civil Local Rule 5.1(h), attesting that Mr. Blomberg concurred in the filing of this stipulated order)

Approved by Defendants:

/s/ Richard B. Katskee
Richard B. Katskee

[PROPOSED] STIPULATED ORDER GRANTING RICHARD B KATSKEE'S
ADMINISTRATIVE MOTION TO WITHDRAW AS COUNSEL        CASE NO.: 4:20-CV-2798-HSG