AMY R. LEVINE, State Bar No. 160743
alevine@DWKesq.com
Dannis Woliver Kelley
200 California Street, Suite 400
San Francisco, CA  94111
TEL: (415) 543-4111

KENNETH D. UPTON, JR., Appearance Pro Hac Vice
upton@au.org
RICHARD B. KATSKEE, Appearance Pro Hac Vice
katskee@au.org
Americans United for Separation of Church and State
1310 L Street NW, Suite 200
Washington, DC 20005
Tel: (202) 466-3234

STACEY M. LEYTON, State Bar No. 203827
sleyton@altber.com
P. CASEY PITTS, State Bar No. 262463
cpitts@altber.com
Altshuler & Berzon, LLP
177 Post St., Suite 300
San Francisco, CA  94108
Tel: (415) 421-7151

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH SINCLAIR, CHARLOTTE KLARKE, FELLOWSHIP OF CHRISTIAN ATHLETES, an Oklahoma corporation, and FELLOWSHIP OF CHRISTIAN ATHLETES OF PIONEER HIGH SCHOOL, an unincorporated association,<br>        Plaintiffs,<br>v.<br><br>SAN JOSE UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, in its official capacity, NANCY ALBARRÁN, in her official and personal capacity, HERBERT ESPIRITU, in his official and personal capacity, PETER GLASSER, in his official and personal capacity, and STEPHEN MCMAHON, in his official and personal capacity,<br>        Defendants. | **CASE NO. 4:20-CV-2798-HSG**<br><br>**ORDER GRANTING RICHARD B. KATSKEE'S ADMINISTRATIVE MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS NANCY ALBARRAN, HERB ESPIRITU, PETER GLASSER, STEPHEN MCMAHON AND DISMISSED DEFENDANT SAN JOSE UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION**<br><br>**COURTROOM: Courtroom 2, 4th Floor**<br>**JUDGE: Hon. Haywood S. Gilliam, Jr.**<br><br>**Third Amended Complaint Filed 7/15/2021** |

Upon consideration of the Administrative Motion of Richard B. Katskee to Withdraw as Counsel of record for Defendants Nancy Albarran, Herb Espiritu, Peter Glasser, Stephen McMahon, and dismissed Defendant San Jose Unified School District Board Of Education, the motion is granted and Mr. Katskee's appearance is withdrawn.

PURSUANT TO STIPULATION, IT IS SO ORDERED, this 3/31/2023.

_____
Haywood S. Gilliam, Jr.
United States District Judge