| | |
|---|---|
| 1 | AMY R. LEVINE, State Bar No. 160743 |
|   | alevine@DWKesq.com |
| 2 | Dannis Woliver Kelley |
|   | 200 California Street, Suite 400 |
| 3 | San Francisco, CA  94111 |
|   | TEL: (415) 543-4111 |
| 4 | |
|   | |
| 5 | KENNETH D. UPTON, JR., Appearance Pro Hac Vice |
|   | upton@au.org |
| 6 | RICHARD B. KATSKEE, Appearance Pro Hac Vice |
|   | katskee@au.org |
| 7 | Americans United for Separation of Church and State |
|   | 1310 L Street NW, Suite 200 |
| 8 | Washington, DC 20005 |
|   | Tel: (202) 466-3234 |
| 9 | |
|   | STACEY M. LEYTON, State Bar No. 203827 |
| 10 | sleyton@altber.com |
|    | P. CASEY PITTS, State Bar No. 262463 |
| 11 | cpitts@altber.com |
|    | Altshuler & Berzon, LLP |
| 12 | 177 Post St., Suite 300 |
|    | San Francisco, CA 94108 |
| 13 | Tel: (415) 421-7151 |
|    | |
| 14 | Attorneys for Defendants |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELIZABETH SINCLAIR, CHARLOTTE KLARKE, FELLOWSHIP OF CHRISTIAN ATHLETES, an Oklahoma corporation, and FELLOWSHIP OF CHRISTIAN ATHLETES OF PIONEER HIGH SCHOOL, an unincorporated association, <br><br>         Plaintiff, <br><br>   v. <br><br> SAN JOSE UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, in its official capacity, NANCY ALBARRÁN, in her official and personal capacity, HERBERT ESPIRITU, in his official and personal capacity, PETER GLASSER, in his official and personal capacity, and STEPHEN MCMAHON, in his official and personal capacity <br><br>         Defendants. | CASE NO. 4:20-CV-2798-HSG <br><br> **STIPULATED ORDER GRANTING P. CASEY PITTS'S ADMINISTRATIVE MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS NANCY ALBARRAN, HERB ESPIRITU, PETER GLASSER, STEPHEN MCMAHON AND DISMISSED DEFENDANT SAN JOSE UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION** <br><br> COURTROOM: COURTROOM 2, 4th Floor   JUDGE: Hon. Haywood S. Gilliam, Jr. <br><br> Third Amended Complaint Filed 7/15/2021 |

`

Upon consideration of the Administrative Motion of P. Casey Pitts to Withdraw as Counsel of record for Defendants Nancy Albarran, Herb Espiritu, Peter Glasser, Stephen McMahon, and dismissed Defendant San Jose Unified School District Board Of Education, the motion is granted and Mr. Pitts's appearance is withdrawn.

PURSUANT TO STIPULATION, IT IS SO ORDERED, this June 29, 2023.

_____
Haywood S. Gilliam, Jr.
United States District Judge