Amy R. Levine (SBN 160743)
**DANNIS WOLIVER KELLEY**
200 California Street, Suite 400
San Francisco, CA 94111
Tel: 415.543.4111
Email: alevine@dwkesq.com

Stephen P. Berzon (SBN 46540)
Stacey M. Leyton (SBN 203827)
**ALTSHULER BERZON LLP**
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: 415.421.7151
Fax: 415.362.8064
Email: sberzon@altber.com
  sleyton@altber.com

Kenneth D. Upton, Jr. *(pro hac vice)*
**AMERICANS UNITED FOR SEPARATION OF CHURCH AND STATE**
1310 L Street NW, Suite 200
Washington, DC 20005
Tel: 202.466.3234
Email: upton@au.org

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHEN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELLOWSHIP OF CHRISTIAN ATHLETES, an Oklahoma corporation, FELLOWSHIP OF CHRISTIAN ATHLETES OF PIONEER HIGH SCHOOL, an unincorporated association, CHARLOTTE KLARKE, and ELIZABETH SINCLAIR,<br><br>Plaintiffs,<br><br>v.<br><br>SAN JOSE UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, in its official capacity, NANCY ALBARRAN, in her official and personal capacity, HERB ESPIRITU, in his official and personal capacity, PETER GLASSER, in his official and personal capacity, and STEPHEN McMAHON, in his official and personal capacity,<br><br>Defendants. | Case No. 4:20-cv-02798-HSG<br><br>**STIPULATION STAYING PROCEEDINGS; [PROPOSED] ORDER** |

- 1 -
STIPULATION AND [PROPOSED] ORDER

- 2 -

1 | Plaintiffs FELLOWSHIP OF CHRISTIAN ATHLETES, FELLOWSHIP OF CHRISTIAN
2 | ATHLETES OF PIONEER HIGH SCHOOL, CHARLOTTE KLARKE, and ELIZABETH
3 | SINCLAIR, and Defendants SAN JOSE UNIFIED SCHOOL DISTRICT BOARD OF
4 | EDUCATION, NANCY ALBARRAN, HERB ESPIRITU, PETER GLASSER, and STEPHEN
5 | McMAHON submit the following stipulation, and ask that the Court enter this stipulation as an
6 | order of the Court.

**RECITALS**

1. On September 13, 2023, the United States Court of Appeals for the Ninth Circuit issued its judgment in the appeal of this Court's order denying a preliminary injunction.

2. On October 5, 2023, the mandate of the United States Court of Appeals for the Ninth Circuit pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure issued in this action. ECF 224.

3. The parties have agreed that discussing the possibility of settlement may be appropriate at this time.

4. The parties have agreed that it would therefore be appropriate to stay this action until December 31, 2023, or so long as the parties continue to agree that discussing the possibility of settlement is appropriate.

**5.    STIPULATION**

Based on the above, IT IS HEREBY STIPULATED, by and between the parties to this action that this action should be stayed until December 31, 2023, or until plaintiffs or defendants notify this Court that they no longer believe settlement discussions will be fruitful.

IT IS SO STIPULATED.

DATED: October 24, 2023          ALTSHULER BERZON LLP

By: *s/ Stacey Leyton*
STACEY M. LEYTON
Attorney for Defendants

DATED: October 24, 2023          THE BECKET FUND FOR RELIGIOUS LIBERTY

By: *s/ Danielle Blomberg*
DANIEL H. BLOMBERG
Attorney for Plaintiffs

**[PROPOSED] ORDER**

Having considered the Stipulation filed by the parties, and good cause appearing therefore, the Court hereby orders that the case shall be stayed until December 31, 2023, or until one of the parties notifies the Court that it no longer believes settlement discussions will be fruitful.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October \_\_\_\_, 2023

_____
THE HONORABLE HAYWOOD S. GILLIAM, JR.