Amy R. Levine (SBN 160743)
**DANNIS WOLIVER KELLEY**
200 California Street, Suite 400
San Francisco, CA 94111
Tel: 415.543.4111
Email: alevine@dwkesq.com

Stephen P. Berzon (SBN 46540)
Stacey M. Leyton (SBN 203827)
**ALTSHULER BERZON LLP**
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: 415.421.7151
Fax: 415.362.8064
Email: sberzon@altber.com
       sleyton@altber.com

Kenneth D. Upton, Jr. *(pro hac vice)*
**AMERICANS UNITED FOR SEPARATION OF CHURCH AND STATE**
1310 L Street NW, Suite 200
Washington, DC 20005
Tel: 202.466.3234
Email: upton@au.org

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELLOWSHIP OF CHRISTIAN ATHLETES, an Oklahoma corporation, FELLOWSHIP OF CHRISTIAN ATHLETES OF PIONEER HIGH SCHOOL, an unincorporated association, CHARLOTTE KLARKE, and ELIZABETH SINCLAIR,<br><br>Plaintiffs,<br><br>v.<br><br>SAN JOSE UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, in its official capacity, NANCY ALBARRAN, in her official and personal capacity, HERB ESPIRITU, in his official and personal capacity, and PETER GLASSER, in his official and personal capacity,<br><br>Defendants. | Case No. 4:20-cv-02798-HSG<br><br>**STIPULATION FURTHER STAYING PROCEEDINGS; [PROPOSED] ORDER** |

Plaintiffs FELLOWSHIP OF CHRISTIAN ATHLETES, FELLOWSHIP OF CHRISTIAN ATHLETES OF PIONEER HIGH SCHOOL, CHARLOTTE KLARKE, and ELIZABETH SINCLAIR, and Defendants SAN JOSE UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, NANCY ALBARRAN, HERB ESPIRITU, and PETER GLASSER, submit the following stipulation, and ask that the Court enter this stipulation as an order of the Court.

## RECITALS

1. On September 13, 2023, the United States Court of Appeals for the Ninth Circuit issued its judgment in the appeal of this Court's order denying a preliminary injunction.

2. On October 5, 2023, the mandate of the United States Court of Appeals for the Ninth Circuit pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure issued in this action. ECF 224.

3. On October 24, 2023, this Court entered an order, pursuant to stipulation, that the case be stayed until December 31, 2023 or until one of the parties notified the Court that it no longer believes settlement discussions will be fruitful.

4. The parties continue to discuss settlement and have agreed that it would therefore be appropriate to stay this action until January 31, 2024, or so long as the parties continue to agree that discussing the possibility of settlement is appropriate.

# STIPULATION

Based on the above, IT IS HEREBY STIPULATED, by and between the parties to this action that this action should be stayed until January 31, 2024, or until plaintiffs or defendants notify this Court that they no longer believe settlement discussions will be fruitful.

IT IS SO STIPULATED.

DATED: December 13, 2023                ALTSHULER BERZON LLP


By: /s/ Stacey M. Leyton
STACEY M. LEYTON
Attorney for Defendants

DATED: December 13, 2023                THE BECKET FUND FOR RELIGIOUS LIBERTY


By: /s/ Daniel H. Blomberg
DANIEL H. BLOMBERG
Attorney for Plaintiffs

**[PROPOSED] ORDER**

Having considered the Stipulation filed by the parties, and good cause appearing therefore, the Court hereby orders that the case shall be stayed until January 31, 2024, or until one of the parties notifies the Court that the stay should be lifted.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: December \_\_\_\_, 2023

_____
THE HONORABLE HAYWOOD S. GILLIAM, JR.