UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH SINCLAIR, CHARLOTTE KLARKE, FELLOWSHIP OF CHRISTIAN ATHLETES, an Oklahoma corporation, and FELLOWSHIP OF CHRISTIAN ATHLETES OF PIONEER HIGH SCHOOL, an unincorporated association,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>SAN JOSÉ UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, in its official capacity, NANCY ALBARRÁN, in her official and personal capacity, HERBERT ESPIRITU, in his official and personal capacity, PETER GLASSER, in his official and personal capacity, and STEPHEN MCMAHON, in his official and personal capacity,<br><br>　　　　Defendants. | CASE No. 4:20-cv-2798<br><br>JUDGE: Hon. Haywood S. Gilliam, Jr.<br><br>**JOINT MOTION FOR ENTRY OF REVISED CONSENT JUDGMENT AND PERMANENT INJUNCTION** |

The Parties jointly move the Court to enter the attached revised consent judgment and permanent injunction for the reasons stated therein.

                                                  Respectfully submitted,

DATED: May 1, 2024           THE BECKET FUND FOR RELIGIOUS LIBERTY

                                                  By:*/s/ Daniel H. Blomberg*  
                                                  Daniel H. Blomberg (DC BN 1032624)*  
                                                  THE BECKET FUND FOR RELIGIOUS LIBERTY  
                                                  1919 Pennsylvania Ave. NW, Suite 400  
                                                  Washington, DC 20006  
                                                  202-955-0095  
                                                  dblomberg@becketlaw.org  
                                                  *Attorney for Plaintiffs*  
                                                  *admitted *pro hac vice*

DATED: May 1, 2024           ALTSHULER BERZON LLP

                                                  By: *Stacey M. Leyton*  
                                                  Stacey M. Leyton (SBN 203827)  
                                                  ALTSHULER BERZON LLP  
                                                  177 Post Street, Suite 300  
                                                  San Francisco, CA 94108  
                                                  415-421-7151  
                                                  sleyton@altber.com  
                                                  *Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of May 2024, the foregoing document was filed pursuant to the Court's electronic filing procedures using the Court's CM/ECF system.

    /s/Daniel Blomberg
Daniel Blomberg
*Counsel for Plaintiffs*