UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH SINCLAIR, CHARLOTTE KLARKE, FELLOWSHIP OF CHRISTIAN ATHLETES, an Oklahoma corporation, and FELLOWSHIP OF CHRISTIAN ATHLETES OF PIONEER HIGH SCHOOL, an unincorporated association,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>SAN JOSÉ UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, in its official capacity, NANCY ALBARRÁN, in her official and personal capacity, HERBERT ESPIRITU, in his official and personal capacity, PETER GLASSER, in his official and personal capacity, and STEPHEN MCMAHON, in his official and personal capacity,<br><br>　　　　Defendants. | CASE No. 4:20-cv-2798-HSG<br><br>JUDGE: Hon. Haywood S. Gilliam, Jr.<br><br>**JOINT MOTION FOR ENTRY OF REVISED CONSENT JUDGMENT AND PERMANENT INJUNCTION** |

The Parties jointly move the Court to enter the attached revised consent judgment and permanent injunction for the reasons stated therein.

Respectfully submitted,

DATED: May 1, 2024　　　　THE BECKET FUND FOR RELIGIOUS LIBERTY

By: */s/ Daniel H. Blomberg*
Daniel H. Blomberg (DC BN 1032624)*
THE BECKET FUND FOR RELIGIOUS LIBERTY
1919 Pennsylvania Ave. NW, Suite 400
Washington, DC 20006
202-955-0095
dblomberg@becketlaw.org
*Attorney for Plaintiffs*
*admitted *pro hac vice*

DATED: May 1, 2024　　　　ALTSHULER BERZON LLP

By: Stacey M. Leyton
Stacey M. Leyton (SBN 203827)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
415-421-7151
sleyton@altber.com
*Attorney for Defendants*

JOINT MOTION FOR ENTRY OF REVISED CONSENT JUDGMENT AND PERMANENT INJUNCTION
CASE NO.: 4:20-cv-2798-HSG　　　　1

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of May 2024, the foregoing document was filed pursuant to the Court's electronic filing procedures using the Court's CM/ECF system.

/s/Daniel Blomberg
Daniel Blomberg
*Counsel for Plaintiffs*